UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | Judge Suzanne B. Conlon |
| DARRYL JOHNSON | ) | |

**MOTION TO RECONSIDER BASIS FOR REJECTING
INEFFECTIVE ASSISTANCE CLAIM AND FOR ENTRY OF JUDGMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court to reconsider its basis for rejecting Johnson's claim of ineffective assistance of counsel, and for entry of final judgment. In support of this motion, the government states as follows:

1. On March 11, 2003, this Court entered a Memorandum Opinion and Order rejecting all of the claims raised in Johnson's motion pursuant to 28 U.S.C. § 2255, save one. Judgment was stayed to allow Johnson an opportunity to gather support for his claim that he is mentally retarded, and therefore ineligible for a sentence of death under the Eighth Amendment as construed in *Atkins v. Virginia*, 536 U.S. 304 (2002). It is the government's belief that at this point, Johnson and his counsel have decided not to pursue this claim.

2. Johnson raised a claim of ineffective assistance of counsel at the sentencing phase, for failure to investigate and develop information regarding the Bureau of Prisons' Special Administrative Measures for dealing with dangerous inmates, for use in cross-examining Warden Vanyur. The government argued in the alternative that (a) the claim was procedurally defaulted because the record supporting it was complete at the time of direct

appeal, and that the cause and prejudice tests for procedurally defaulted claims, see *United States v. Frady*, 456 U.S. 152, 170 (1982), applied; and (b) that even under the less stringent prejudice test for non-defaulted claims, see *Strickland v. Washington*, 466 U.S. 668, 694 (1984), the claim should be rejected.  Gov.Resp. 8-22.

3.  This Court agreed that the claim was procedurally defaulted, and applied the *Frady* cause and prejudice tests (Mem.Op. 5-8), but the Court also considered the claim on the merits, which could be read as an application of the *Strickland* prejudice test in the alternative.  Mem.Op. 8-10.

4.  On April 23, 2003, a little more than a month after this Court issued its Memorandum Opinion and Order, the Supreme Court decided *Massaro v. United States*, 538 U.S. 500 (2003).  *Massaro* held that ineffective assistance claims are not procedurally defaulted, even if the record was complete at the time of direct appeal and the claim could have been raised then.  *Id*. at 504 ("We hold that an ineffective-assistance-of-counsel claim may be brought in a collateral proceeding under § 2255 whether or not the petitioner could have raised the claim on direct appeal.").

5.  It is appropriate in light of *Massaro* that this Court reconsider its treatment of the ineffective assistance claim by applying the *Strickland* prejudice test, to the extent it has not already done so.

6.  The government has nothing to add to the arguments presented in its response to the § 2255 motion, and submits that for the reasons stated in the response, and this Court's

Memorandum Opinion and Order, Johnson was not prejudiced, within the meaning of *Strickland*, by the alleged deficiencies of trial counsel. Johnson has already fully briefed the question of prejudice under the *Strickland* standard. Mem. 21-31; Reply 6-24. He denied that the claim was procedurally defaulted (Reply 2-6), and never addressed the *Frady* prejudice standard.

7. Following reconsideration in light of *Massaro*, this Court should reject the ineffective assistance claim and enter final judgment.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
         DAVID E. BINDI
         Assistant U.S. Attorney
         219 South Dearborn Street
         5th Floor
         Chicago, Illinois 60604
         (312) 886-7643

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
        )
   vs.           )   No.  02 C 6998
        )   Judge Suzanne B. Conlon
DARRYL JOHNSON        )

## NOTICE OF MOTION

To:   Terrence Campbell           Lorinda Meier Youngcourt
      Cotsirilos, Tighe & Streicker, Ltd.   P.O. Box 206
      33 North Dearborn Street      Huron, Indiana 47437-0206
      Suite 600
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Tuesday, November 13, 2007, at 9:00 a.m., I shall appear before the Honorable Suzanne B. Conlon, United States District Court, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the government's Motion to Reconsider Basis for Rejecting Ineffective Assistance Claim and for Entry of Judgment, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
       DAVID E. BINDI
       Assistant U.S. Attorney
       219 South Dearborn Street
       5th Floor
       Chicago, Illinois 60604
       (312) 886-7643