UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
 )
 vs. ) No. 02 C 6998
 ) Judge Suzanne B. Conlon
DARRYL JOHNSON )

## NOTICE OF MOTION

To: Terrence Campbell  Lorinda Meier Youngcourt
 Cotsirilos, Tighe & Streicker, Ltd. P.O. Box 206
 33 North Dearborn Street Huron, Indiana 47437-0206
 Suite 600
 Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Tuesday, November 13, 2007, at 9:00 a.m., I shall appear before the Honorable Suzanne B. Conlon, United States District Court, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present the government's Motion to Reconsider Basis for Rejecting Ineffective Assistance Claim and for Entry of Judgment, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:  /s/ David E. Bindi
  DAVID E. BINDI
  Assistant U.S. Attorney
  219 South Dearborn Street
  5th Floor
  Chicago, Illinois 60604
  (312) 886-7643