# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 11/6/2007 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DARRYL JOHNSON | | |

**DOCKET ENTRY TEXT**

United States' motion to reconsider basis for rejecting ineffective assistance claim and for entry of judgment [27] is taken under advisement. Defendant shall respond by January 7, 2008. The motion will not be heard on November 13, 2007 as noticed.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|