Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | .. |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 (96 CR 379-1) | **DATE** | 1/14/2008 |
| **CASE TITLE** | UNITED STATES vs. DARRYL JOHNSON | | |

**DOCKET ENTRY TEXT**

The government's unopposed motion to reconsider the basis for rejecting defendant's ineffective assistance of counsel claim [27] is granted. A hearing is set on this issue as well as defendant's most recent motion for leave to conduct discovery [30] on January 30, 2008 at 1:30 pm.

*Suzanne B. Conlon*

Docketing to mail notices.

| | Courtroom Deputy Initials: | WH |
|---|---|---|