UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,
     Respondent-Appellee-Plaintiff,          No. 02 CV 6998

     v.                                 The Honorable Suzanne B. Conlon

DARRYL JOHNSON,
     Petitioner-Appellant-Defendant.          Death Sentence Imposed

**AGREED MOTION TO RESET JANUARY 30, 2008
HEARING DATE DUE TO COUNSEL'S TRIAL SCHEDULE**

Petitioner Darryl Johnson, by his counsel, Terence H. Campbell and Lorinda Meier Youngcourt, respectfully submit this Agreed Motion to Reset the January 30, 2008 Hearing Date because defense counsel will be on trial in another case. In support of this Agreed Motion, Defendant states as follows:

1.     On January 14, 2008, this Court entered an Order setting this case for a hearing on January 30, 2008 at 1:30 p.m. on (a) the motion to reconsider the Court's ruling on Mr. Johnson's ineffective assistance of counsel claim, and (b) Johnson's renewed motion to conduct discovery.

2.     Darryl Johnson's lead counsel is Terence H. Campbell of the law firm of Cotsirilos, Tighe & Streicker in Chicago. Mr. Campbell is trying a criminal case, *United States v. Paul Van Eyl*, 02 CR 287, before the Hon. James B. Zagel beginning on January 22, 2008. That trial is expected to last until mid-February, and will, therefore, be ongoing on January 30, 2008.

3.     Because of defense counsel's trial schedule, we respectfully request that the Court reset the currently-schedule January 30, 2008 hearing date to any date convenient to the Court on or after February 21, 2008.

1

4.    Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi about this motion, and the government has agreed to this request.

WHEREFORE, for the reasons stated herein, Petitioner respectfully requests that the January 30, 2008 be reset to any date convenient to the Court on or after February 21, 2008

Respectfully submitted,

/s/ Terence H. Campbell
An attorney for Defendant Darryl Johnson

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
(312) 263-0345

2

## **CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.    Agreed Motion to Reset January 30, 2008 Hearing Date Due to Counsel's Trial Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell