IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. Suzanne B. Conlon |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | **Death Sentence Imposed** |
| Defendant - Appellant - Petitioner. | ) | |

**NOTICE OF MOTION**

TO:    David Bindi
        Assistant United States Attorney
        219 South Dearborn Street, Suite 500
        Chicago, Illinois  60604

        PLEASE TAKE NOTICE that on Tuesday, January 29, 2008, at 9:00 a.m., we shall appear before the Honorable Suzanne B. Conlon, United States District Judge, in the courtroom usually occupied by her at 219 South Dearborn Street, Chicago, Illinois, and present our Agreed Motion to Reset Hearing Date Due to Counsel's Trial Schedule, a copy of which accompany this Notice and are hereby served upon you.

                                Respectfully submitted,


                                /s/ Terence H. Campbell
                                Attorney for defendant

                                Terence H. Campbell
                                Cotsirilos, Tighe & Streicker, Ltd.
                                33 North Dearborn Street, Suite 600
                                Chicago, Illinois  60602
                                (312) 263-0345