UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Respondent-Appellee-Plaintiff, | No. 02 CV 6998 |
| v. | The Honorable Suzanne B. Conlon |
| DARRYL JOHNSON,<br>　　　Petitioner-Appellant-Defendant. | Death Sentence Imposed |

**PETITIONER'S SUPPLEMENTAL SUBMISSION
IN SUPPORT OF INEFFECTIVE ASSISTANCE OF COUNSEL CLAIM**

Petitioner Darryl Johnson, by his counsel, Terence H. Campbell and Lorinda Meier

Youngcourt, respectfully makes this supplemental submission in support of his ineffective assistance

of counsel claim.

**I.　　Documents Attached**

Attached hereto are the following:

EXHIBIT A:　Affidavit of Jill Miller (with attachments);

EXHIBIT B:　Jill Miller *curriculum vita*;

EXHIBIT C:　Chronology of Events in Darryl Johnson's Family and Life - sent to

Defense Counsel;

EXHIBIT D:　April 22, 1997 Memo from Jill Miller to Defense Counsel;

EXHIBIT E:　August 8, 1997 Preliminary Social History from Jill Miller - sent to

Defense Counsel;

1

EXHIBIT F:   Jill Miller October 24, 1997 Memo to Defense Counsel re: Darryl Johnson's Special Education history and interviews with his grade school Special Education teacher and high school administrator;

EXHIBIT G:   Affidavit of Juliet Yackel.

## II.      Discussion

Ms. Miller's affidavit (Exhibit A) provides a detailed discussion of a raft of weighty mitigation issues which were, alternatively, either unexplored, underdeveloped, not presented to the jury in the penalty phase, or some combination thereof.  Similarly, Ms. Yackel's affidavit points out further significant failings in the defense team's conduct of the mitigation investigation and presentation.

Ms. Miller's affidavit, Ms. Yackel's affidavit, and the other documents submitted herewith provide further compelling support Petitioner's claim for ineffective assistance of counsel.  Indeed, a proper investigation and presentation of mitigating evidence is absolutely essential in capital cases – a fact which has been emphatically re-emphasized by the Supreme Court in its recent decisions in *Wiggins v. Smith*, 539 U.S. 510 (2003) and *Rompilla v. Beard*, 545 U.S. 374 (2005), both of which emphasize the vital importance of both (a) a thorough mitigation investigation by the defense, and (b) a proper presentation of mitigating evidence to the jury.  Thus, in *Wiggins*, the Supreme Court held that defense counsel rendered constitutionally ineffective assistance under *Strickland* by failing to properly research and present evidence in mitigation in that capital case.  On the issue of "prejudice," the Court found that, ***"[h]ad the jury been able to place [the evidence omitted by defense counsel] on the mitigating side of the scale, there is a reasonable probability that at least one juror would have struck a different balance."***  539 U.S. at 537 (emphasis added, citation

2

omitted). As set forth in the affidavits and other documents attached hereto, much of the mitigation evidence available in Darryl Johnson's case was never properly investigated, and a good deal of mitigating evidence that was available and in the hands of the defense team was never presented to the jury – and there was no strategic or tactical reason for failing to do so.

We respectfully submit that a review of these materials warrants relief under Petitioner's §2255 claim for ineffective assistance of counsel. At a minimum, this evidence – combined with the other matters previously put before the Court with respect to trial counsel's ineffective assistance – requires an evidentiary hearing on these issues. Thus, for the reasons set forth in this submission, as well as those in Petitioner's prior submissions to the Court, we respectfully request that the Court grant Petitioner's §2255 Petition and order a new sentencing hearing in this case. Alternatively, we request that the Court enter an Order granting Petitioner an evidentiary hearing on his claims of ineffective assistance of trial counsel, and set a discovery schedule in advance of that hearing.

<div style="margin-left: 50%;">

Respectfully submitted,


/s/ Terence H. Campbell
An attorney for Defendant Darryl Johnson

</div>

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, IN 47437-0206
(812)849-9852

## **CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies

that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing

(ECF), the following document:

1.  Petitioner's Supplemental Submission in Support of Ineffective Assistance of
    Counsel Claim

was served pursuant to the District Court's ECF system as to ECF filers, including the United States

Attorney's Office.


/s/  Terence H. Campbell
Terence H. Campbell