# ATTACHMENT 1

# JILL MILLER, MSSW

Forensic Social Work Services

330 East Wilson Street, Suite 100
Madison, Wisconsin 53703
(608) 257-7990
FAX (608) 256-7909

## CONFIDENTIAL MEMORANDUM TO ATTORNEYS

**TO:**       Attorneys Jeffrey Urdangen & Cynthia Giacchetti
**RE:**       Darryl Lamont Johnson - Social History Investigation
**DATE:**     January 2, 1996

I have reviewed my file, including my interview notes from my December 18th trip, and have developed a list of persons to be interviewed, some of whom have to be located, and records to be obtained. In addition, there are certain topics that need to be researched. We need to discuss what research can be done in Chicago by a paralegal or legal assistant, and what research I can do from here, or on trips. I also have some recommendations regarding expert assessments that need to be done, or types of experts we might want to bring into the case. Certain themes are emerging, and will be discussed at the conclusion of this memo. I am enclosing copies of records provided to me by Brenda Smith. We should keep a master set of all records for the penalty phase at your office. I also enclose some materials from the Mack case (Miami) relating to cultural/community issues. I see similarities in Mack's and Darryl's cases, particularly the way in which we addressed the factors that drew Mack into the drug economy.

## Sources - Persons

[Note: For those names that have a phone number following them, nothing need be done. I will schedule those interviews myself. When I have information on who might know the location or phone number, I will so indicate. Mort needs to obtain an address and phone number for other persons.]

John Jonnson, father (he is critically ill with cirrhosis and needs to be interviewed soon. Kim Williams will know how to locate.)
Andre Johnson, brother, Ph. 708-339-4222
John Johnson, Jr., brother (ask Brenda)
Kimberly Williams, sister, Ph. 312-846-2947
Sharon Cresswell, sister, Ph. 312-283-5136
Benjamin Smith, step-father, Ph. 312-873-4442 (also Brenda's home number)
Minnie Livingston, paternal aunt (ask Brenda)
Michelle Gaines, girlfriend, Ph. 312-846-0983 (must go through her lawyer, which    I will do)
Lucky Johnson, daughter (through Brenda - I will handle)
Bianca Gaines, "step-daughter" (through Michelle's mother)
Kenya Morgan, ex-girlfriend (ask Brenda for leads)
Lakiesha Hayes, friend, Ph. 630-829-1140)
Letra Watson, ex-girlfriend
Carolyn Demerey, friend, Ph. 708-891-3397

Page 2

Donald Taylor, maternal uncle, in Miami (ask Brenda)
Shirley Dantzler, paternal cousin (try Kim or Minnie Livingston) ·
Mrs. Burford, former special ed teacher at Esmond School (Brenda can help`
Mr. Weltz (or Welch), former basketball coach at Esmond (check with school)
Tommy Adams, engineer at YMCA (Brenda will help)
Richard Lofton, a friend who was shot and paralyzed (shot by Mike Edwards, the same man
  who shot Darryl)
Reginald Fletcher and his sister Sheryl (re: manslaughter charge)
Former probation/parole agents (need names from records`

### Records to be Obtained

All school records - check with Former Pupil Records and get everything, even if it's only an enrollment card; then go to each individual school and ask for anything they might have. He was in special education - see if those records are kept separately. Schools: Mary Terrell (located at Robert Taylor Homes), Douglas Elementary, Dumas Elementary, Esmond Elementary, Morgan Park High School. Also check on whether there are teachers at each school who were on staff when he attended, and who might remember him. Ms. Burford may have names.

All Department of Corrections records. I want everything, including assessment, programming, conduct, medical, clinical, work assignment, visitors lists, etc.

All Cook County Jail records, from all times arrested, and everything, including visitors lists, medical, conduct, etc.

MCC records - all.

Birth records. I know a search has been done, and we have been told they don't exist. Brenda reports a difficult pregnancy and birth. There are indications of neurological problems. Birth records are important, and we need to be very sure they have been destroyed, rather than put on microfiche or stored someplace. I can check on this if someone gets the phone number for medical records. Brenda received her pre-natal care at the clinic at Presbyterian St. Luke's. Check if they are available.

Childhood medical records. Physician was Dr. Beasley, who is deceased. His records may be stored somewhere, or may be with the doctor(s) who took over his practice.

Cook County Hospital. Darryl was reportedly evaluated there at age two.

Providence Hospital, treated in emergency room before 1970.

Roseland Hospital, ER medical records for head injury in about 1983.

Christ Hospital, medical records from being shot in 1990.

Page 3

Chicago Board of Health, records of seeing a social worker there while in grade school at Esmond (Brenda said it was located on Monterey, between Hale and Longwood)

Michael Reese Hospital, Brenda received mental health treatment there for about three months in 1969 - will need her release

Police incident reports re: domestic disturbance calls to home of Brenda and John Johnson. Brenda reportedly called police a number of times. Also do a criminal history check on John Johnson, Sr.

Need all police reports on Darryl's prior arrests (even when not convicted). Regarding the Manslaughter conviction, we need the police reports, the transcript, including sentencing transcript, and the presentence report.

Juvenile Court records, including any possible detention, social service, etc.

Probation/parole records. He recalls reporting to an office at Exchange and 79th Streets. We need everything, including any handwritten process recordings, and names of agents.

All tax returns

Manpower Service employment records, about 1981

YMCA employment records (Brenda can help)

Social Security itemized statement of earnings (I can tell Mort how to do this)

Criminal history check on Brenda's parents, John and Josie Taylor.

Robert Taylor Homes, any records on Darryl's family living there (1961-70); also, information on Robert Taylor Homes - conditions, etc.- during that period.

Records and reports regarding the shooting death of Wilbert Showers

Records and reports relating to the death of Richard Johnson, a friend of Darryl's who died while Darryl was incarcerated at Menard.

## Miscellaneous Thoughts

I have already suggested that we have a thorough neuropsychological evaluation done, and recommend Dr. Michael Gelbort. I feel that we should have this done as soon as possible, as it may shed some light on the reasons for Darryl's volatile temperament and conduct in the jail. I have spoken to Mike; he is available and interested. Please have him appointed soon. At some point I may also suggest bringing in Dr. James Garbarino and Dr. James Johnson. Garbarino is an expert on exposure to trauma, including violence, and trauma syndrome. Interviews to date suggest that Darryl was exposed to violence in his home and in his community, and suffered traumatic loss. Dr. Johnson has expertise on the experiences of urban

Page 4

black males, and factors contributing to their involvement in criminal activity. He work on the penalty phase presentation for one of the men accused of killing Michael Jordan's father. I believe that it will be very important to have a jury consultant to help in design of the questionnaire and jury selection. Robert Hirschorn did a great job in Miami. There is also another person who is skilled at dealing with racial issues in jury selection. I will obtain his name.

We need all the information we can get on the Gangster Disciples. Anything that you know of that has been written should be obtained (you mentioned a recent book). If there are any local experts on this gang we should obtain their names. We also need to research Vitiligo. It is an immune system problem exacerbated by stress, and progresses gradually. We will need data on the schools that Darryl attended, including per pupil expenditures, per cent of children below poverty level, test scores, availability of special education, condition of the physical plant, safety and security, etc. (for where this is leading, see Jonathon Kozol's <u>Savage Inequalities</u>, particularly the chapter on Chicago schools).

We will want to investigate the co-defendant in this case, the snitches, and the victims. Start with their criminal histories. Obtain the obituaries for the victims, and any newspaper accounts of the murders. We need to anticipate Quan Ray's penalty phase presentation. Darryl tells me that Quan is a Muslim. We will want information about Larry Hoover, as well. What is the evidence regarding Darryl and substantial resources derived from the enterprise? We will want to know the extent to which members of Darryl's family knew about his activities, had any link to his activities, or derived any benefit from his activities. I will deal with that in my interviews, but want to know anything that turns up in discovery.

Some of the factors or themes that are beginning to emerge include: family history of alcohol or drug dependence; family history of mental illness; exposure to abuse in his home (father beating mother); child of alcoholic; exposure to violence in the community, including being shot; possible unusual reaction to small amounts of alcohol (pathological intoxication); indications of neurological damage/disorder; possible Attention Deficit Hyperactivity Disorder; low cognitive functioning. Darryl was in EMH (Educable Mentally Handicapped) classes in grade school. If he is not retarded (75 or below IQ), he is almost certainly borderline. Gelbort will test him. We need this soon.

I feel we have a good start on this case, and have a sense of where we need to go and what we need to do. I hope to be able to get back to Chicago by the end of the month for two or three days. The more records I have before that time, the more productive I can be. Please send things to me as they are obtained. Call me if there are any questions regarding this memo. Mort can call if he has any questions or concerns.

# ATTACHMENT 2

**JILL MILLER, MSSW**
Forensic Social Work Services

330 East Wilson Street, Suite 100
Madison, Wisconsin 53703
(608) 257-7990
FAX (608) 256-7909

## CONFIDENTIAL MEMORANDUM TO ATTORNEYS

**TO:**      Attorneys Jeffrey Urdangen & Cynthia Giachetti
**RE:**      Darryl Johnson - Preliminary Penalty Phase Strategy
**DATE:**   July 29, 1997

The penalty phase strategy in this case encompasses both the mitigation and the challenges to, and mitigation of, the aggravation. This memo will lay out preliminary thoughts and suggestions for both, including a list of aggravating factors and aggravating information\evidence that will likely be introduced in the first part of the trial, and with which we must contend, even though it may not be specifically noticed. Much of it will go to the future dangerousness aggravator. A summary of the general evolution of gang involvement in the neighborhood, as well as Darryl's specific involvement, will also be provided, as will an organizational hierarchy of the Gangster Disciples. This information applies to Darryl and to many of the government's witnesses, whose paths have been similar to his. It will aid in addressing the issues of use of and sale to minors.

Mitigation strategy must be multi-focused and encompass several types of evidence, including: explaining the crime (Darryl's involvement in the drug economy, with its ensuing consequences, including acts of violence); positive acts/good guy evidence (e.g. good son, good father, specific helpful acts, including financing education of others, etc.); normalizing/humanizing ("he's not so different from you and me" stuff); Skipper evidence (of which we have very little - though we do have some); and crime-related (e.g. not actually causing the deaths, relative culpability). Later memos will include a list of potential penalty phase witnesses, and the information/evidence that can be provided by each, as well as thoughts on demonstrative evidence (e.g. family tree, records, photos, etc.).

### Explaining the Crime

The main focus of this evidence will be to present Darryl's vulnerabilities to becoming involved in the gang and the drug economy. This includes evidence of personal vulnerabilities (e.g. low cognitive functioning, developmental delays, ADHD, low self-esteem) and social/cultural vulnerabilities (e.g. poor quality of education, racism, the social and economic marginalizing of African-American males, etc.). It will also include his exposure to violence in his home and community, and the effects of it, as well as the sense of fatalism and futurelessness that young African-American males develop due to homicide and incarceration rates. A complicated mix of personal/family and cultural/social factors led to his involvement in the drug economy, and his rationalization of his life choices. A summary of the evidence/themes follows:

Page 2

1.  Early (pre-birth) family history - Hereditary/Genetic factors and factors affecting his parents (their functioning, including parenting): There is a family history of alcohol and drug abuse on both sides of the family. Brenda's parents were both drug addicts; her mother abused alcohol. Her father was a major drug dealer. Both parents were incarcerated. Her brother abused drugs. Though Brenda has not abused alcohol or drugs, she is a classic child of an alcoholic, and fits the role of super-responsible child. Marrying an alcoholic (and marrying young, while pregnant) are also child of alcoholic behaviors. John, Sr.'s mother abused alcohol, as did his maternal grandmother. John, Sr. and his sister Ruth (deceased) are/were alcoholic. John, Sr. was also a compulsive gambler. John, Jr. appears to be the only child of Brenda and John, Sr. to abuse alcohol. Others report a low tolerance for alcohol - Darryl, Kim and Andre. Each child in this family fits a role of child of alcoholic: Andre is super-responsible; Kim is a placater: Sharon was a caretaker early, then became immature and self-centered - she married a man who abused substances and was abusive towards her; John, Jr. is alcoholic; Darryl was emotionally dependent and immature for some time, with some acting out (also had problems with relationships of trust and intimacy), then became a caretaker.

    John, Sr., the youngest of five children, was only two years old when his father died. He was reportedly spoiled, as the baby of the family. The family received welfare. He reportedly attended school only through the ninth grade (though he may have earned his GED in the Air Force). He did not abuse alcohol prior to being in the Air Force. Brenda has one brother, who lives in Miami, and with whom she has had little contact. Brenda's father physically abused her mother. He then left her mother and lived openly with another woman. Brenda's mother reportedly had a number of men in the home. Minnie Livingston believes that Brenda was accosted by men who stayed with her mother at various times. Brenda had little supervision or guidance. Brenda was out riding motorcycles with John, Sr., when she was twelve years old and he was fourteen or fifteen. She became pregnant at age thirteen. She gave birth to her first child at age fourteen, two days before her mother's death. She then went to live with John, Sr.'s family. She and John married shortly after Andre's birth. She had five children in eight years (by age twenty-two), plus three miscarriages, including a set of twins. It appears that John. Sr.'s abuse of alcohol and physical abuse of Brenda began while he was in the Air Force, and they were living on or near Andrews Air Force Base, Washington, D.C. (1956-61).

    There is a family history of mental illness on Brenda's side of the family, and a family history of Attention Deficit Hyperactivity Disorder (not clear yet where this comes from). Brenda's Aunt Mabel, with whom she was very close, was in and out of mental hospitals (Tinley Park) a number of times. She reportedly suffered from "nervous breakdowns" (schizophrenia or depression?). Brenda's nephew (her brother's child) reportedly has schizophrenia. Brenda has been treated for depression. John, Sr. may have suffered from depression. There are multiple members of the family that appear to have ADHD (which is often hereditary), including Darryl, Lucky, Andre's son, Kim's son, Sharon, Sharon's

Page 3

daughter, Sharon's grandson, John, Jr., John's son (probably more, if we really look). This can have an hereditary basis. No one else seems to suffer from low cognitive functioning similar to Darryl so, review of prenatal and birth records is important for any clues.

2.  Birth: Darryl's birth appears to have been normal, with no anomalies apparent; birth weight of 7'6". Brenda was hospitalized, however, one month before his birth for false labor. The family moved to the newly opened Robert Taylor Homes in June, 1963, five months before Darryl's birth. By the time of his birth, Darryl's father had become an alcoholic and had been physically and verbally abusive towards Brenda for some time (appears to have begun while they lived in Washington, D.C.).

3.  Cognitive deficits/impairments: Darryl was diagnosed as a slow learner early, and placed in EMH (educable mentally handicapped) classes. Recent testing reveals a full scale IQ of 76 (mentally retarded is 70-75, with adaptive skills deficits). Developmental delay occurred in the area of speech; he did not talk until he was two years old. He was taken to Cook County Hospital for evaluation at that time (search for records is ongoing). Behavioral observations of family members and testing are indicative of probable Attention Deficit Hyperactivity Disorder (linked to impulsivity, poor judgement and risk-taking behaviors). This disorder appears to run in the family.

4.  Early family life - chaotic and violent: Darryl spent the first six years and three months of his life in the Robert Taylor Homes. The condition of the homes rapidly deteriorated. Large numbers of persons were confined to a small space. Physical condition and safety of buildings deteriorated. There were large numbers of children, including adolescents, with nothing to do. Poverty rate was high. Residents were almost totally African-American. Gang activity (Blackstone Rangers) was present, with pressure on young people to get involved. Uncle Clarence "Bill" Johnson opined that Taylor Homes were built for political and economic reasons, to keep minorities together in a small space. When Darryl was still a pre-schooler both parents were working second shift - Brenda at the Post Office and John, Sr. at Railway Express. Finances were still a problem for the large family. Darryl was looked after by his older siblings (Andre and Sharon), who were quite young themselves.

    Ben Smith noted that during her pregnancy with Darryl, Brenda was in an abusive relationship with an alcoholic husband; she was under a great deal of stress and had four young children to care for during the pregnancy. Over the years, especially after she started working, John, Sr. became increasingly jealous, possessive and abusive. The older children enjoyed some pleasant times with their father, and were able to develop a relationship with him. Darryl's only memories of his father are of his mistreatment of his mother and his failure to support his family. He never had a positive relationship with his father. He witnessed a great deal of physical and verbal abuse of his mother by his father. The police were called to the home numerous times. There were a number of times that Brenda

Page 4

gathered the children and fled to a relative's home, usually Minnie Livingston's (John, Sr.'s sister).

In 1968, John, Sr. was laid off from his job at Railway Express. He never held a steady job after that time. He did not support his family. Brenda filed for divorce in 1968, but then reconciled with John. Brenda was robbed at gunpoint in Taylor Homes (there may have been two robberies). Shortly after that she and the family left Taylor Homes and moved back into John, Sr.'s mother's home on S. Prairie. Mrs. Johnson had died by this time, but family remained in the home. The death of Minnie Johnson was a loss for Darryl, who had been close to his grandmother. John, Sr. continued to be abusive towards Brenda. Family members, including Minnie and her daughter Shirley personally witnessed incidents.

Brenda left John and the home on S. Prairie in 1970. John, Sr. continued to harass her for years afterward. He would frequently phone her or would stand outside her home yelling at her and verbally demeaning her. Darryl would witness these incidents. Brenda had to work two jobs to try to support the family. They struggled financially. There were times there was nothing to eat in the house. Brenda would go to the grocer's and beg for food until payday (this continued even while they lived in Morgan Park). At times they ate ketchup or syrup sandwiches, or pancakes for dinner. Sometimes they would go to relative's or neighbor's for something to eat. Christmases and birthdays were difficult; they had very little. They had few clothes, which were often hand-me-downs, though Brenda kept the children neat and clean. Darryl was aware of the family's difficult circumstances and his father's failure to help the family. He was devoted to his mother - extremely attached to her - and did not like to see her struggle. His memories of her struggles were indelibly etched in his mind.

Darryl is described by all as an active and energetic youngster, but also a quiet child, who was a bit of a loner and extremely attached to his mother. Brenda reported that after she and John, Sr. divorced, Darryl stopped talking for a time. He wanted to be with his mother all the time, and was extremely demanding of her attention. Family described Darryl, as a child, as withdrawn and a loner.

5.    School - Special Education and Self-Esteem: Darryl started school at Mary Terrell at age four, in a pre-school class (1968). This was a time of great turmoil in his home (see divorce records). He was one of the slowest children in the class, and did not seem to communicate much. He did not mix well with other children. He attended Terrell for a year and a half; then transferred to Douglas School in 2-70. In the fall of 1970, he enrolled in the first grade at Dumas School (three schools in three years). In 1971, Brenda moved the family to Morgan Park. Darryl was enrolled in the second grade at Esmond School (4th School). This number of school changes is problematic for any child, but particularly for a low-functioning child with special needs, who is somewhat withdrawn, immature and dependent (and who has experienced the level of emotional turbulence in his home). We know that by this time

Page 5

he had been determined to be in need of EMH services (special education for educable mentally handicapped, e.g. mildly or borderline retarded). His second grade teacher, Edith Burford, took a special interest in him and gave him extra attention.

Darryl referred to himself as "slow", as did family members. It clearly bothered him to have this label attached to him. He was made fun of by other children at school because of this. Brenda recalled that Darryl would often cry about being teased and because he had such a hard time with schoolwork. She had to work long hours, and was attending school, so she was able to give him little help. Kim worked with Darryl to help him learn to read. At age twelve he was identified as a virtual non-reader. Brenda recalled that when he was little his father would "threaten and hound him" to be more like his siblings, who were good students. All of Darryl's siblings are cognitively competent. He felt he could never compete with them or be as good as they were at anything. Darryl did not like to go to school because of his low functioning and the teasing he received. He was easily frustrated in school and was distractible. He just gave up. Except for Ms. Burford, he could remember none of his teacher's names. He did not participate in organized activities at school. The neighborhoods in which the family lived, and, therefore, the schools, were segregated - primarily black. The quality of education in Chicago's inner city schools, especially for children with special needs, was poor at the time (need data/information on this). All family members report that Darryl's self-esteem was severely affected by his low functioning and by being identified as "slow"/EMH. Ben Smith noted that Darryl always questioned his worthiness and ability; he was always looking for approval.

Darryl's elementary school years, from second through eighth grades, were spent in the Morgan Park neighborhood. During that period the neighborhood changed rapidly from one that was integrated to one that was primarily black, due to white flight. Brenda worked, went to school, and was involved with Ben Smith. Though she was always a loving mother, she did not spend much time with Darryl. He was often in the care of older siblings or left to fend for himself. Sharon, who had looked after him much of the time, became pregnant at a young age (16 or 17, in 1975-or '76). His father was non-existent in his life; Darryl wanted nothing to do with him anyway. As he approached his teens, he was out in the streets and neighborhood more, and subject to the influence of the neighborhood gang, the Gangster Disciples. It appears he had few, if any, close friends. Darryl began truanting during high school. His performance was poor. He withdrew from Morgan Park High School (or just stopped attending) in the spring of 1980. He started spending time at Eileen Dean's house, on Esmond. He was using marijuana, and probably selling a little marijuana. At the time, marijuana was the thing in the neighborhood; cocaine did not come into the neighborhood until he returned from his first stint in prison.

In June, 1980, Darryl entered the alternative school at Central YMCA (which it appears he only attended until early 1981). By that time, he had hooked up with Ricky Johnson, the neighborhood drug dealer (marijuana). Darryl said that he idolized Johnson. The pressure

Page 6

to get into the gang (Gangster Disciples) in the neighborhood was "relentless." It was not highly structured or organized at that time (see below). Andre was able to avoid it because he was an honor student and bookworm, college bound.     John, Jr. flirted with the gang - was on the fringes - but was a talented athlete in school and an average student who went on to join the military.

6.     Darryl's need for acceptance and belonging, and to feel good about himself made him vulnerable to gang recruiters. He was also a passive and easily led adolescent. The center of the marijuana selling trade was at 111th Street and Vincennes. As a teen, Darryl had little supervision, guidance or limits. He drifted into the gang and the selling of marijuana. His mother married in 1981, moving out of the house on Hermosa, and leaving Darryl, Sharon and Kim there. Andre was in college and John, Jr. in the service. Darryl was pretty much on his own. Darryl's marijuana use was regular (daily) through the early 1980's, until his incarceration. He had some occasional employment prior to his first incarceration, but his lack of education and skills, and his low functioning, combined with the fact of being African-American meant that only menial, low paying jobs were available to him. Ben Smith noted that teens got drawn in by being offered a way to make quick money..."go to the corner and take this package to this man for $10...or stand on the corner and tell us if the police are coming...get $50 a day...take that home to Momma, who is living on food stamps...so he has sanction at home (and in the community)... making money to help out...gets hooked."

Darryl's involvement in the offense which led to his voluntary manslaughter conviction was a turning point. At the time, he was a regular marijuana user and occasional drinker, and low-level seller of marijuana. His low cognitive functioning and ADHD contributed to impulsivity and poor social judgement. In the situation, he felt he was helping a friend and protecting the friend's sister. He is described as extremely distraught upon learning that Jesse Simpson had died, and extremely concerned about Simpson's family. He was also terrified of being incarcerated. He was actually twenty-one years old (not nineteen, as previously thought) when he was incarcerated at Menard, though he functioned socially and emotionally at a lower level. He was not well-prepared for the prison experience. It is not yet clear what happened at Menard, though something did (possibly assault - I need to spend more time with him on this).

Two things did happen while Darryl was in prison that had an impact on him. The first was the death of Ricky Johnson (I believe he was shot and killed). Darryl said that Johnson had been trying to turn his life around at the time. He was going to college and trying to find a way out of the drug economy. He had a family and was "stepping away from the life." He was turning away from violence. He had been Darryl's mentor. Darryl was extremely upset about his death. He stopped using marijuana at that time, and did not abuse substances

Page 7

again. The second thing appears to be his recruitment into the serious and more organized drug dealing of the Gangster Disciples. They were extremely organized in the jails and prison system. There was a formal screening process when someone entered the prisons, and heavy distribution of literature. Darryl made the decision to become more involved in selling drugs when he left prison; it is while in Menard that he made this life choice.

Darryl's reasons for this career choice were his desire to gain respect (especially self-respect/self-esteem) and to earn money to take care of his family. Money would enable him to help his mother, whose financial struggles he had witnessed throughout his life, as well as others in his family (see below), and to feel successful (enhance his self-esteem). Stating, "I always had dreams...just because I'm slow doesn't mean I don't have dreams," Darryl said he knew of no other way to compete with his siblings or to make the kind of money, and have the material things, that symbolized success in America. Like most young people, he wanted the outward symbols of success in our society, e.g. car, clothes, jewelry. He said that in his community, and his circumstances, selling drugs was how a lot of people "got things...it was on every corner." Others noted that in Morgan Park many people in the neighborhood were connected to the drug economy. David (nephew) said it was a way of life for kids in the neighborhood, accepted as part of the culture of the neighborhood.

By this time he had several obstacles to legitimate opportunities: low cognitive functioning; being black (especially young, black male) in a racist society; no education, and no training or job skills; and being a convicted felon. In the world of the drug economy the fact of having spent time in prison, especially for having shot someone to protect a friend's sister, earned him automatic respect in the streets and neighborhood. John, Jr. noted that in this world he could be "be a big shot...the fact he couldn't read didn't matter." Ben Smith said that Darryl got "caught up trying to be somebody...brothers and sisters were accomplishing things...he wanted to compete...be as good...saw having money as a sign of making it...drug dealing as the easiest, quickest way to have money." Stacy Curtis, who met him shortly after he got out of prison in 1986, said that Darryl started selling cocaine as a low-level street dealer. He said he was just going to do it for a little while; he wanted to get some money together and start a business.

Darryl progressed in the drug economy over the years. When he came back into the neighborhood in 1986, cocaine/crack had become the main drug that was sold (previously it had been marijuana). It became known that he was selling, and making money. He earned respect in the neighborhood. Then others he knew would ask him to get some for them. Suppliers became willing to front him because he was known to pay his bills. He was then able to obtain larger amounts. He gradually became a coordinator; he had people selling under him. Curtis said these were generally people he knew, and were generally his same age (she did not know him to use juveniles). He was making more money, and spending more money. At first, he seemed to need to have the outward symbols of success. He dressed in flashy clothes, wore jewelry and drove a Mercedes. As he gained in confidence,

Page 8

he did not need these things as much. He did help his family financially. He also helped others (see below). By 1989, Darryl was a governor in Morgan Park. He remained in that position until he went to prison in 1992. When he came out, he was on the Board of Directors, where he remained until his arrest.

Over the years of his involvement in the drug economy, Darryl was exposed to violence. He was shot. A friend was shot and paralyzed in the same incident. He lost other friends to violent deaths (particularly the Showers). His early life had been violent, as well. Witnessing violence and suffering traumatic losses caused him to develop self-protective behaviors, including numbing of feelings. He said that, growing up, "violence (was) all around you...you have to turn off your emotions to survive." In his world, violence was dramatized, romanticized and justified. Compounding the problem is the sense of futurelessness and fatalism that young black men develop. Homicide rates and incarceration rates of young black males leads to a belief that they will be dead or in prison at a very young age. This facilitates rationalization of involvement in the drug economy where quick money can be made. I believe Darryl did not feel he would last long in the business - he knew he would be dead or in prison. Towards the end he evidenced increasing signs of stress and anxiety. The Vitiligo is an immune system disorder exacerbated by stress. His hair was falling out. He had a nervous stomach, and a rash. He had symptoms of depression and anxiety, including hypervigilance. The death of his cousin Salima in December, 1994 was a devastating loss for him. He talked about wanting to get out. While he may, at times, have not believed he could get out, he did make some plans. He even sent Michelle to Atlanta in early 1995 to look for a place for them to live (she has photos). He worried about having enough money to start a legitimate business. Michelle said he did not have that much money; they were often behind in the rent and other bills. He told Kim that he wanted to get out of the business, but that he feared for the safety of his family if he tried.

Evidence/testimony related to coping and resilience would be relevant in this part. Factors relating to the effects on him of trauma/exposure to chronic violence include: low cognitive functioning; young age at which he witnessed violence towards his mother; number of school changes; large family; periods of poverty; lack of father figure (accumulation of risk factors has a multiplier effect). Resilience would be enhanced by the stable, supportive and loving relationship he had with his mother and siblings, though he lacked time and attention from his mother due to her need to work and the fact that she attended school.

## Positive Qualities and Acts/Good Deeds

This category of evidence encompasses positive qualities that Darryl has exhibited and acts of kindness towards others. There are many examples of this. This is the "he is more than the worst thing he ever did" evidence. It demonstrates, in many ways, his true concern for his family and others, and an understanding of his own mistakes, including an awareness of the wrongfulness of

Page 9

what he was doing. Most people talk about the two Darryls - the one that is portrayed by the government, who is cold violent, and ruthless (though he would say that he worked to establish a persona in the streets, stating you have to establish yourself and earn respect, both in the streets and in jail, so that people will leave you alone, and not harass you) - and the one that his family and friends know, who is warm and caring, generous and loyal, friendly and affectionate. Some examples:

He was determined that his children not be exposed to what he was exposed to growing up (domestic violence). He was careful with Bianca and Lucky, making sure they were not exposed to this.

When Lucky was born, the delivery was by caesarean. Darryl was present for her birth. Michelle remained hospitalized for twelve days. Darryl took a bed at the hospital and remained with her. He did nighttime feedings, changed and bathed Lucky in the hospital (Michelle has photos).

He participated in all aspects of care for both daughters, feeding, changing, bathing, reading to them, taking them to the park, etc. He made sure they had good health care, as well as good educations.

He made sure that Bianca and Lucky went to good schools (private schools), and that they are receiving a good education.

He always treated Bianca as though she were his biological daughter, and treated her the same as Lucky. He is the only father Bianca has known. She calls him Daddy. Her biological father died in 1991.

He met Michelle when she was pregnant with Bianca. He was with Stacy Curtis at the time. Michelle's good friend had just died. She had no money. He bought her clothes to go to the funeral. Then he got her an apartment and furnished it with furniture and equipment for the baby, and food. He bought her maternity clothes. At this time, they were only friends, though they soon became involved.

As a teen, when he worked at the YMCA, other odd jobs, or even selling small amounts of marijuana, he would do things for his cousins and other children in the neighborhood, like buying everyone ice cream or soda.

He often brought children from the neighborhood home to eat, if they had nothing to eat. He helped an elderly lady (deceased) in the neighborhood, when they lived on Ellis, by doing errands and chores for her.

Page 10

He has helped family and relatives out financially, including giving them food, or money for clothes, furniture, or to send children to school. [We need to address this issue with Brenda and his siblings, and deal with the fact that they knew where the money was coming from]

When Richard Lofton was shot and paralyzed (while with Darryl, in Darryl's car - drive-by shooting), he brought Lofton home from the hospital to the apartment that he and Michelle shared, and personally cared for Lofton for months, including bathing, feeding, and carrying him.

He encouraged his nieces and nephew in school, constantly reminding them to stay in school and finish their education. He helped some of them with college expenses. He constantly stressed the importance of a good education.

He has always remained absolutely devoted to his mother, and respectful towards her. He has done things to help her over the years.

He wanted Lucky to have a safe, stable and normal upbringing, so he placed her in the care of his mother, though he spent a great deal of time with her. His greatest gift to his daughter has been the stable and loving home in which he chose to have her raised. He continues to encourage Lucky and Bianca in school and in their activities, including rewarding them for good report cards.

He encouraged his nephew David, an honor student, in his education. He kept him out of the gang. He helped him with college expenses. He bought him a car (used!) for getting back and forth from college. He told David that he regretted not finishing school and told him that being in the streets is no way to live. He has motivated David to do well and to achieve (he is a recent college graduate and a devout Muslim). He encouraged David in his faith. He has been a good listener, and someone David could talk to about problems. David said that Darryl even pushed other kids in the neighborhood to go to school, and rewarded them if they did.

He has been like a father to his niece Nicole. He has helped her financially. She is eighteen and has two young children. He encouraged her to stay in school, even when she had the babies. She did finish high school. He took care of Nicole one summer when her mother was working.

He was a good friend to Carolyn Demeray, and encouraged her to stay in school. She, too, is a single parent. He has read books and articles on child development and child rearing, and shared these materials with her.

Page 11

These are some of the things I have been told, so far. I'm sure there will be more as I continue my interviews. We have to show that the person described by the government is still capable of acts of kindness and can have positive qualities by providing very specific details.

## Humanizing Evidence

This is somewhat related to the information above, though it is basically evidence and information, apart from good deeds/qualities, that helps the jurors relate to him as a person, and see him as not so different from themselves. As long as they can separate him from themselves, and see him as some kind of demon, it is easier to kill him. It is harder to kill someone in whom you see some of yourself. Here, we will explain how he got his nickname. He was called "Poppa" or "Pops" shortly after his birth, by relatives, because he looked like an old man (it would be nice to find photos that bear this out). He played Little League for a while as a child, with the son of Eugene and Margaret Austin. They are good at explaining why their son did not get caught up in the gang. He was a gifted student who went to a special school. He had two parents who spent time with him, encouraged him in his activities, and provided supervision and guidance. Family photos will be used here.

## Prison Adjustment (Skipper)

His conduct records in prison, both state and federal, are not really bad. We do have the write-up for supposedly threatening Quan, though Quan denies he was threatened. If there was another threat, we need to see it. He did participate in programs, including educational programming, and had work assignments. He moved quickly to low-security facilities and received extra good time credits. This will be linked to the stuff we do on future dangerousness when we deal with challenging the aggravators (Mark Cunningham and I have talked at length about ways to address this and have some good ideas). Other factors that can be brought out here include his age (as he ages - matures - conduct/adjustment would be expected to improve), and his ties to conventional norms (stable and supportive family, commitment to daughters, belief in education, religion).

## Crime-Related Mitigation

Includes such things as the fact that he did not actually cause the deaths at issue; and that others are equally or more culpable (e.g. Anthony Copeland, Roger Steward, Richie Wash, and hopefully Quan Ray). We also need information on the victims - the fact that they were a part of the criminal enterprise. Anything about their criminal history, including acts of violence on their parts, would be helpful. This information must be brought out in the guilt phase, so it does not appear that

Page 12

we are trashing the victims. Information on the informants, especially those who had a role in the murders (e.g. Stewart and Copeland) will be helpful, as well.

## AGGRAVATING FACTORS/ADDITIONAL AGGRAVATION

### Noticed Aggravating Factors

I.    Count Five and Count Six - Murder/Intentional Killing of Darryl "Blunt" Johnson
      A. Threshold Culpability Factors

      1. Intentional Acts to Take Life or Use Lethal Force (death of Darryl "Blunt" Johnson)

      2. Intentional Acts in Reckless Disregard for Life (death of Darryl "Blunt" Johnson

      B. Statutory Aggravating Factors

      1. Procurement of Offense by Payment - alleges that he paid money to Anthony Copeland to shoot "Blunt" Johnson

      2. Substantial Planning and Premeditation (conversations with Roger Stewart, et. al. re problems caused by "Blunt" cooperating)

      3.    Continuing Criminal Enterprise Involving Drug Sales to Minors - alleges that the CCE involved the distribution of drugs to persons under the age of 21 (information as to Darryl's participation in, or knowledge of, sales to minors?)

      C. Non-Statutory Aggravating Factors

      1. Vileness of the Crime - Johnson ordered the murder in order to obstruct justice.

      2. Future Dangerousness - probability that Johnson would commit serious acts of violence in the future which would be a continuing and serious threat to society. Alleges numerous instances of violent criminal conduct including: (1) ordering the murder of Gregory Sharp; (2) threatening and ordering the beatings, shootings and /or murders of gang members for violating rules (some specific acts detailed below); (3) urging and ordering GD members to commit acts of violence against rival gang members, including drive-by shootings (see below); (4) planning to kill a witness against him while he was incarcerated at the MCC (presumably the "threat" against Quan); and (5) conviction for the voluntary manslaughter of Jesse Simpson in 1983.

Page 13

    3. Victim Impact - impact upon the victim's family ("devastating!") [Obviously, we need all information possible on Darryl "Blunt" Johnson, including his criminal history, role in the gang, acts of violence, and his family]

II.    Counts Seven and Eight - Murder/Intentional Killing of Charles "Jello" Banks

    A. Same as above

    B. Statutory Aggravating Factors

    1. Previous conviction of violent felony involving a firearm (the voluntary manslaughter conviction for the shooting of Jesse Simpson)

    2. Procurement of Offense By Payment - paying Quan Ray with an automobile

    3. Substantial Planning and Premeditation

    4. Continuing Criminal Enterprise Involving Drug Sales to Minors

    C. Non-Statutory Aggravating Factors

    1. Future Dangerousness - same as above

    2. As to Count Eight only - Vileness of the Crime - Johnson ordered this murder because he believed Banks was cooperating with federal authorities and to obstruct the effective enforcement of the law

    [Notice: they do not allege victim impact on Banks]

**Other Aggravating Evidence/Information** : that will be used to support Future Dangerousness or that will be presented in the guilt phase (from statements and Grand Jury testimony)

-    Larry Hoover is the only person above Darryl "Pops" Johnson in the Gangster Disciples; Pops generally relayed his orders through Roger Stewart

-    The offense of involving minors in the distribution of drugs is aggravating (will be viewed as such by the jury)

Pugh Affidavit/testimony:

Page 14

- Pugh joined the Gangster Disciples at age 12 or 13; sold marijuana as a teen in Morgan Park; sold for Ronnie Showers (as did Richie Wash and Roger Stewart); Showers got his marijuana from Darryl

- At age sixteen he worked security for Darryl; the first time he did this he was paid $50; was seventeen when he sold (distributed/delivered) for Darryl

- Darryl directed the drug business from prison during 1992-93; he used Michelle Gaines (the mother of his children - thereby placing her at risk) and others to direct the business

- Pugh witnessed the violation of Delano "Trouble" Finch the day that Darryl got out of prison (5-11-93); Finch was given a "pumpkin head" for messing up the peace treaty with the Vice Lords - he lied to Shorty G; Mike J (Johnson) told Finch that Darryl said he was in violation; Finch accepted the violation; he ended up at the hospital

- Pugh was made to take a violation for not taking a gun charge (not taking the weight) for Big Rog (Roger Stewart), who had already been in jail/prison; the violation was a punch in the eye from Stewart after Darryl asked Pugh why he didn't take the weight

Finch Testimony/Affidavit:

- When Finch was a governor he violated members on orders from Darryl, e.g. Dre - Darryl ordered him violated for being responsible for getting a member murdered

- Finch was violated by Darryl when Darryl got out of prison because he had argued with Darryl while he was in prison; had to go to the hospital (medical records from St. Francis Hospital confirm that he was treated in the ER for head injuries from being assaulted on 5-11-93, the same day Darryl was paroled from Centralia)

- As a director Darryl had the power to name governors, assistant governors and regents, e.g. he made Finch governor of the south suburbs the night that Ronnie Showers was murdered; he took this job away from Finch when he got out of prison

- Darryl gave Nation Work to governors, etc.; the quality of the nation dope was poor and the price was high - $1200 (the cocaine had been "stepped on" several times - good cocaine was $800/oz.); he required members to sell a certain amount of Nation Dope

- BJ reported that Parks told his partner to kill BJ because Darryl thought BJ was cooperating (BJ was governor in Minnesota after Noonie Ward)

Page 15

- Finch heard a conversation between Darryl and Parks in which Darryl told Parks to get together with Herron (Harold Jackson) to eliminate a situation; Finch believed that Darryl wanted Herron killed; Herron was removed as regent

- Darryl had Finch's name on a list of people he thought were cooperating; Darryl saw Finch in the bullpen the day of Finch's proffer; Darryl told Finch he saw Finch's family in court (which can be interpreted as a threat to harm Finch's family)

- Richie Wash told Finch that Darryl wanted Lance and someone in Roger Stewart's family killed because they could testify as to who killed Jello and Blunt

- Richie Wash told Finch that Quan Ray murdered Angel (nothing about an order from Darryl, though Quan was known as enforcer for Darryl)

- Finch heard Darryl say that he wanted Capone and Victor Thompson murdered; Darryl personally went looking for Capone

- Darryl sent Roger Stewart, Kevin Williams and Blue to shoot up Victor Thompson's mother's house; Darryl told Finch to send a couple guys with them; Darryl talked about shooting up and burning Thompson's mother's house

- Finch was present when Meechie and two of his guys told Darryl they had murdered Capone's brother, E-Man (presumably for Darryl)

- Eight Ball was murdered by Quan Ray and Mendell; Eight Ball worked as security under Victor Thompson; Darryl had Eight Ball killed so it would be easier to kill Thompson

- Richie Wash told Finch that Darryl had Stan murdered; Stan was one of Darryl's guys

- Finch heard Darryl tell Thael ( or Thel - Jathael Garrett) to kill E-Man, Victor Thompson's brother; he also heard Darryl tell Meechie to kill Kenny, Thompson's nephew; Darryl said if they didn't do it, Trouble (Finch) and Fool (Parks) would kill them (Thael and Meechie); Darryl gave them a week to do the murders; within a week E-Man was dead (Ricky G was, however, locked up for the murder; there was also a rumor that the opposition killed E-Man)

- In March, 1995, Finch's house was shop up; Darryl blamed it on Victor Thompson and Thompson blamed Darryl

- Murder of Gregory Sharp (G Sharp): Sharp was a governor; Finch said that Darryl told him that the other governors were complaining about Sharp, alleging that he was mistreating members; Darryl said he was going to "holler at" G. Sharp; there was a meeting in the gym at the Boys Club during which Darryl and G Sharp had a heated discussion; a week before

Page 16

Sharp's murder Darryl said he was going to hit Sharp (though Finch could not recall the exact words); logistics were discussed; on the day of Sharps murder, several GDs met at a gas station; Darryl told K-Dog, Parks and Finch to kill G Sharp whenever they got the chance; later Sharp was in a car going down the Dan Ryan; Parks said "it's a go"; K-Dog and Heavy (not Roger Stewart, but a different Heavy) shot Sharp and Otis; Parks called Darryl and told him that they took care of it

Roger Stewart testimony/statement:

- Darryl had Michelle Gaines (the mother of his children) get guns and ammunition for the GDs; she picked up and delivered drugs and money, and picked up burn-out cellphones for Darryl

- Stewart implied that Darryl had Finch violated by Mendell and Mike J after Darryl got out of prison because he didn't like the way Finch handled the business in Morgan Park while he was away

- Darryl had Stewart violated for failing to go to the funeral of a GD drug dealer; Darryl had two other GDs violated for the same reason

- The GDs who worked security were usually fourteen or fifteen (though as old as twenty-five); security made sure the streets had lookouts; they had guns

- Darryl told Parks to have some GDs drive by and shoot up Victor Thompson's mother's house and burn the garage down; Parks had K-Dog and his crew do the drive-by shooting

- Darryl told Richie Wash to "stand strong, stand on his function...don't let anyone play you." Richie took the advice too seriously and shot someone (Stewart said Richie was talking crazy)

- Quan Ray would do violations and executions for Darryl; he was Darryl's enforcer

- Jamie Pugh did whatever Darryl ordered him to do

- Darryl ordered the murders of several people, including "Blunt"

- Murder of Angel: Darryl thought Angel had something to do with the murder of Ronnie Showers; Angel was a rival coke dealer; the day Angel was murdered Q asked Stewart for a gun; later Q said he had murdered Angel; Q did this murder to get back in Darryl's good graces; Darryl bought Q a car

Page 17

- Darryl would buy cars for GDs for their silence

Will Showers statement/testimony:

- The death of Ron Showers: that night Darryl was going, with Will Showers, to talk to Capone (a member of another gang); Darryl and Capone's nephew had words, and Darryl hit him; the nephew got a gun and fired it, but it didn't go off; Will Showers was given a gun and shots were exchanged - no one was hit; later Darryl wanted Will to go back and get Darryl's rental car; Ron Showers said he would go for the car; Showers left with Speedio and Bugaloo, and Will followed; Will heard gunshots; when he pulled up he saw a body lying in the street - it was Ron Showers, who had been shot by a rival gang (Darryl felt responsible for the death of Showers, who was a close friend)

- A few days after Showers death, Michael Harris, Capone's brother, was killed; Will Showers was present at Finch's, with Darryl, Finch and Parks when Parks said to Will that he "got them" for his brother; while there is no statement that Darryl ordered this, Darryl did give Will some work after this, including picking money up from Darryl's workers and delivering drugs

Debriefing of Delano Finch:

- Darryl was having problems with Victor Thompson, a GD governor; he wanted Thompson killed but was unable to do so; Darryl told Jathel Garrett (Thel/Thael) to kill E-Man, Thompson's brother - E-Man was killed; Darryl told Meechie to kill Kenny, Thompson's nephew - Kenny was not killed

- Darryl told Dollar Bill (may be Lamar Rozier) to kill Mike Edwards, who had previously shot Darryl (need to get the circumstances of shooting, which Finch may have wrong); later Darryl said that Dollar Bill "took care of that"

- Patrick White, a supplier of cocaine to the GD's and close associate of Darryl's, said that he had kilos of cocaine and money stolen from him by two GDs; Darryl wanted to find out who was responsible; two possible GDS who located and were taken to a residence to be interrogated by Darryl; the subjects were told they would be beaten if they didn't reveal the whereabouts of the cocaine and money; the subjects were stripped and beaten, including with a metal pipe; salt was poured on their wounds; hot curling irons were used to burn their chests; at some point Darryl left, then returned, stating that the two didn't know anything; they were released

- Finch was present at times when Darryl ordered violations on numerous GDs; he heard about other violations ordered by Darryl; some beatings required hospitalizations. Victims of violations/beatings included: Finch, Roger Stewart, James Yates, Dre, Blue, Sherman Moore,

Page 18

Andrew Howard, Torrence, William Edwards, Jathel Garrett, Patrick White, Victor Thompson, Mendel, Quan Ray, Jamie Pugh, Mickey Red, Charles Dorsey, Raynard McDowell, Lil Rob, Germaine Haslett, Meechie, and Dollar Bill

- Quan Ray, who was enforcer for Darryl, was involved in the murders of Gregory Sharp, Charles Banks, Angel and Eight-Ball

Other:

- There are transcripts of Grand Jury testimony by Roshawn Smith, age 16, Alonzo Butler, age 16, and Demetrius Banks, age 13, all regarding the murder of Charles "Jello" Banks. All say the were members of the GDs, but do not describe roles in the drug economy. They may be used, however, as evidence of use of minors

# ATTACHMENT 3

**ᴸL MILLER, MSSW**

orensic Social Work Services

330 East Wilson Street, Suite 100
Madison, Wisconsin 53703
(608) 257-7990
FAX (608) 256-7909

## CONFIDENTIAL MEMORANDUM TO ATTORNEYS

**TO:** Attorneys Jeffrey Urdangen & Cynthia Giachetti
**RE:** Darryl Johnson - Penalty Phase Witnesses
Outline of testimony
**DATE:** October 15, 1997

This memo contains information obtained in interviews that will form the basis of testimony to be provided by each potential penalty phase witness. It is prepared in the order that it is suggested witnesses be called. Any potential problems with a particular witness will be noted. Addresses, phone numbers, and relationship to Darryl will be listed. I am still in the process of conducting collateral interviews. Additional witnesses, with outlines of their testimony will be furnished as these interviews are completed.

1.    **Andre Johnson, oldest brother**
17124 Vollbrecht, South Holland, Ill.; Ph. 708-339-4222

- DOB 5-10-55 (Brenda was fourteen years old at the time, and still not married to John Johnson; they married on 6-13-55)
- Works as a telecommunications consultant, out of his home; previously worked for Ameritech; college graduate; married with three children
- Andre manages the affairs of his father, who is seriously ill and generally not competent. John Sr. suffers from health problems related to chronic alcoholism, including cirrhosis, and lives in a nursing home. He recently had seizures and a stroke; he is not lucid most of the time.
- John, Sr. was the youngest of five children born to Minnie Lou and William Johnson; William died in 1940 (one of the sons, Haven, was a Chicago police officer)
- There is a history of alcoholism/alcohol abuse on the Johnson side of the family - Minnie Lou drank heavily; John Sr.'s sister Ruth died of alcoholism; Clarence "Bill" Johnson drank heavily at one time
- The senior Johnson family had a house at 3150 S. Prairie - at times, Brenda lived there; later they all lived there for a while; they always spent time there, until after Minnie Lou died and Brenda divorced John
- John Johnson, Sr. went to Wendall Phillips High School, where he was a basketball player; he did not finish high school, as Brenda became pregnant with Andre, and the two married
- Andre described his father as having a charming, but combative personality; he said John Sr. was a sensitive and nervous man who used bravado to cover his insecurities; he grew up in a household where the adults smoked, drank, fought and flashed guns every night

Page 2

- John, Sr. entered the Air Force after he and Brenda married; he was stationed at Andrews Air Force Base outside Washington, D.C.; he earned his GED in the military
- John, Sr. did not abuse alcohol prior to entering the military
- Andre said that they were never very close to Brenda's family, except for her aunt Mabel Coleman; Mabel had mental health problems and was in mental hospitals at times; Andre thought her problems might have been alcohol-related; Brenda has one brother Donald Taylor, who lives in Miami and who has had little contact with the family; Donald has had drug problems and has a son who is a schizophrenic
- Brenda Taylor's parents were involved in the drug economy in Chicago; her father John Taylor was in prison for racketeering at the time of Andre's birth; her mother, Josie Taylor, died just two days after Andre was born; she had been ill for some time, so Brenda lived with the Johnson family during her pregnancy with Andre
- Brenda and Andre joined John Sr. in Washington, D.C. in November of 1956; while they lived there, Sharon and John, Jr. were born, both at Walter Reed Hospital; Sharon was born in 1958 and John, Jr. in 1961; Brenda also lost four children through miscarriage, including a set of twins
- John Sr.'s abuse of alcohol began while he was in the service in Washington, D.C.
- The family moved back to Chicago in the summer of 1961, after John, Sr. was discharged from the Air Force; they lived with John's family at 3150 S. Prairie; Andre, who had gone to kindergarten in Washington, was put in the second grade at Douglas Elementary School
- The Johnsons lived with John's family for two years, during which time Kim was born (12-07-61, just ten months after John, Jr.; both were premature births)
- Andre recalls that during the two years that they all lived with John's family on Prairie, other children and grandchildren were residing there, sometimes as many as seventeen children were in the house; he noted that every night the adults would sit around the table and drink - C & G Whisky; they would often argue; the children would just be around this activity
- In the summer of 1963, John, Sr., Brenda and the children moved into the newly constructed Robert Taylor Homes; they lived in Apartment 403 at 5266 S. State Street; at that same time, Minnie Livingston (John, Sr.'s sister) and her family moved into Henry Horner Homes
- While the family lived with the senior Johnsons, John Sr.'s sister Ruth's daughter, Shirley Dantzler, lived there, as well; she was raised by Minnie Lou Johnson; Shirley often took Andre to school; she remained close to Brenda and the children through the years
- When they first moved to Taylor Homes, the buildings were new and neat; the grass was green, and the hallways didn't smell; within a few years, the buildings deteriorated; the 16 story buildings soon became crowded; the gangs came in; it became difficult to go back and forth to school without being harassed by gang members (at that time, in that area, it was Blackstone Rangers)
- Andre recalled that he spent his life running from the gangs, trying to avoid fights; he was a bright student who did well in school and could use this to avoid gang involvement; yet, he recalls just "trying to survive"
- Noting that his father was still in the home at this time, and had become violent towards his mother, Andre said he was more afraid of his father than of the gangs

Page 3

- Darryl was born a few months after they moved into Taylor Homes, on November 11, 1963 (the youngest of Brenda's five children - Brenda was twenty-two years old at the time)
- John Johnson, Sr. worked for Railway Express, loading boxcars, after leaving the service; Andre said that he stole merchandise while on the job; he wore jewelry and flashy clothes, and was a ladies man; he slept with a lot of women, yet was jealous and possessive of Brenda
- During the time that the Johnsons lived in Robert Taylor Homes, Andre said that his "family fell apart"; his father's alcohol abuse became worse and he became abusive towards Brenda, whom Andre described as "extremely good-looking"
- Due to John Sr.'s alcoholic and abusive behavior, the police were frequently called to their apartment; John would be in and out of the house; his brother Haven, who was a police officer, would tell John not to touch Brenda
- Andre believes that his father was depressed, and that this contributed to his problems with alcohol; he said that it was hard for a black man to find the kind of employment in the 1960's that would support a large family; over the years his father's drinking became worse, and his violence at home became worse, as well
- John Sr. disciplined his children with spankings; he used belts, though Andre did not feel he was abusive; when they were punished it was for doing something wrong; if they got into the middle of a fight between the parents, they could get pushed or hit
- In the mid-1960's Brenda Johnson went to work on the second shift at the post office; Andre and Sharon had a lot of responsibility to watch the younger children (Andre is eight and a half years older than Darryl; Sharon is five years older); when both parents worked, the children were often left to fend for themselves; John Sr. became more jealous and abusive
- Andre reported that Darryl, as the youngest child, was exposed to the most violence in the home; the older children could leave the house; Andre remembers particular beatings that Darryl would have witnessed, in which Brenda's face was bruised and she lost some hearing
- At Taylor Homes, Darryl was exposed to shootings and gang-banging; their mother and father were robbed at gunpoint coming into the building; Brenda was robbed another time
- Andre described Darryl as "the sweetest little boy...giving...would share his cookies", willing to share anything he had with anyone who needed; he described Darryl as a hyperactive child, and noted that attention deficit hyperactivity disorder runs in the family
- Andre reported that both he and Sharon were intellectually bright; John, Jr. was relatively bright and a star athlete; both Darryl and Kim were "slow", though Kim functioned somewhat higher than Darryl
- John Sr. lost his job at Railway Express in 1968; Brenda was the sole support of the family; marital disputes and beatings escalated during the next two years, with the police called at various times, and John Sr. being arrested; they separated and reconciled
- In 1970, after reconciling, the Johnsons moved out of Taylor Homes and into the Johnson home at 3150 S. Prairie - this was a couple months after Minnie Johnson died (or possibly just before); Andre said that his father's abuse of his mother was not as bad when they lived there (other relatives lived there at the same time), but the drinking was bad; one time, during an argument, his father beat Shirley Dantzler

Page 4

- Sharon was the one child who would stand up to her father; one time she hit her father with a toaster
- The abuse did continue on Prairie, and the police were called there, as well; John Sr. would leave; then he would call or come around, begging Brenda to take him back; Andre ran away from home a couple times, to his aunt Ruth's, because of the abuse; he told his mother that if she didn't leave his father, he would not live with her
- Brenda finally left John Sr. for good; she took her children and moved to an apartment at 6509 S. Ellis (1970), in a building owned by Haven Johnson's first wife; they lived there for about a year; the children, including Darryl, transferred from Douglas Elementary School to Dumas; Brenda worked at the YMCA; Andre noted that S. Ellis was in the heart of the Blackstone Rangers area, and the gang pressure was intense
- There were times during Darryl's childhood when the family really struggled financially and there was nothing to eat in the house; Brenda would go to the grocer's and beg for food until payday; they had hand-me-down clothes from relatives; some days they had only grits to eat, or ketchup or syrup sandwiches
- Brenda purchased a subsidized home at 11449 S. Hermosa, in Morgan Park, in the summer of 1971; at the time, the neighborhood was racially mixed and generally safe; over time (within two or three years), the whites fled, and the gangs (primarily Gangster Disciples) moved in; Andre left as soon as he finished high school (1973), and went away to college
- The family continued to struggle; there was a little grocery store in Morgan Park owned by a white man named Jim; Brenda would go to Jim and get food on a promise to pay; they paid him when they could; sometimes they had to ask neighbors for food
- Christmases and birthdays were hard; usually there was no money for gifts
- Darryl never really had a relationship with his father; Andre and John did have some good times with their father; Brenda had to work long hours to support the family, so he didn't get much of her time and attention either; Andre, who had been somewhat of a role model, left the home when Darryl was only ten; John Jr. was out in the streets
- Up until the first time Darryl went to prison (1984, at age 21), Darryl was "a sweet little boy"; Andre said that Darryl met a lot of guys in the streets through his brother John Jr., who was a star athlete at school; Darryl was exposed to negative influences, including marijuana, through John; Andre admitted that both he and John Jr. smoked marijuana then
- Andre returned home from college in 1977, and lived at home on Hermosa for a year or so; he got a job with the phone company; Darryl was a teen then and just being drawn into the streets; Brenda was working at the Y, and was seeing Ben Smith; she wasn't home much
- Gangster Disciples was the gang in Morgan Park; Andre said that the pressure to get into gangs was "phenomenal...relentless"; threats were used; Darryl may have been involved, in an informal sense, at age seventeen or eighteen; it was not organized the way it was later; it was not into cocaine sales at the time
- For a youth, like Darryl, who was not doing well in school and not feeling good about himself, not getting attention at home, the gang represented a place to find a sense of belonging and acceptance

Page 5

- In 1981, Brenda married Ben Smith and moved to the house at 7714 S. Prairie; by that time Andre had married; Darryl was left in the house on Hermosa with his two sisters; Sharon had already had her son David and her daughter Nicole by that time (by Darry Pulse, a drug user who was abusive)
- After Darryl went to prison, and Andre realized the extent of gang pressure and involvement in the neighborhood, he persuaded his sisters to move out of the house on Hermosa, and his mother sold it
- It was after Darryl got in trouble the first time, and ended up at Menard that "the graduation" took place; when Darryl came home from Menard, he was different; he would never talk much about what happened, but Andre believes that he was accosted (he said that Darryl's clavicle was broken); Darryl began to work out in prison, and built his body up
- When Darryl came home from prison in 1986, he was a full-fledged Gangster Disciple; Andre remembers picking him up and driving him home; Darryl spoke to Andre about what he was going to do..."he felt someone in the family had to take a chance...to build some capital"; Darryl felt that this career choice would produce greater (and faster) monetary benefits for the family, even if he wasn't around to benefit from it himself..."it would be worth it for the kids behind him"; Darryl understood the risk that he could be shot/killed [Family members must admit on direct that they knew what Darryl was doing]
- Darryl was always good to family members and friends; he tried to do things for family - immediate and relatives; he bought things for them and helped with bills
- Darryl has an outgoing and infectious personality, which he gets from his father; he was always personable and well-liked
- Darryl remained estranged from his father over the years due to the beatings he saw his father give his mother; Darryl saw his father at Kim's house at Thanksgiving, 1994; they got along all right, but did not see each other again
- Darryl began losing friends to violence, which was traumatic for him; it began with the death of Rick Johnson in 1985; the deaths of Wilbert and Ronnie Showers were upsetting to him; Ronnie Showers was like a brother to him; Darryl was shot (1990)
- By early 1995, Darryl was evidencing increasing signs of stress; he realized he was in over his head, and there was no way out; he began intimating that he would probably be going to prison; his skin disorder worsened; his hair started falling out; he had a nervous stomach; he became hypervigilant
- Andre talked to Darryl about leaving the area with Michelle and his children; Darryl said that he couldn't do this because he would always be looking over his shoulder; he felt he'd be killed for trying to leave
- Andre sees Darryl as having been insecure about himself, particularly about his lack of education; Darryl would always say that if he had just stayed in school he could've succeeded legitimately; Andre feels that Darryl regrets the choices he has made; he always encouraged his nieces and nephews to stay in school
- The children in the family have been affected in different ways by their turbulent family life - Andre was smart and determined to get an education and be a professional; Sharon had babies very young and got involved in abusive relationships; John Jr. is an alcoholic and has ten

Page 6

children by several different women - he has trouble holding down a job (he was recently fired again); Kim has done generally all right, though she is the placater and mediator in the family - Andre repaired his relationship with his father, and has taken care of him in recent years; his father had been living in rooming houses and abusing alcohol; John Sr. is on Social Security disability and in a nursing home

- Andre has always felt that Darryl wished he could have the life that Andre has - a normal family life; Darryl never had that

- In the gang/drug crew, Darryl felt like "somebody"; he needed to feel like he was a person who could be looked up to; this was the only way he knew how to achieve that; Darryl was like two people - the man in the streets, and a warm and compassionate family man; he did a lot for family, friends and neighbors; he was always generous and giving (some examples)

2.     **Sharon Cresswell, older sister**
7909 S. Eberlein, Phone 773-783-5136

DOB 9-17-58; five years older than Darryl; works at Michael Reese Hospital; has worked there for 16 years; mother of three (David, age 22, and Nicole, age 18, by Darry Pulse, and Sharita, age 12)

- Knew some things about Brenda's family and Brenda's childhood; Brenda's mother died when Brenda was a teen (shortly after Andre's birth); her mother was a drug user, and Brenda saw her mother buying drugs; Sharon described Josie Taylor as "fast"

- Brenda's father never worked at a regular job; he was a drug dealer; both parents were in prison at times

- They all got to know John Taylor, Brenda's father, over the years; he was a quiet and soft-spoken man

- As a young teen (as young as twelve), Brenda rode motorcycles with John Johnson; after her mother died, Gladys (the woman with whom John Taylor was involved) didn't want Brenda around; she stayed with the Johnsons

- Darryl's paternal grandmother, Minnie Johnson, who had been good to Brenda and the children, died in 1969; this was the first funeral Sharon attended; she remembers being scared

- There was a lot of alcohol abuse on John Johnson's side of the family; everyone drank except aunt Minnie (Livingston); the cousins drink too, including Minnie's children

- Darryl was hyperactive as a child; so was/is Sharon, as well as her daughter Sharita (ADHD seems to run in the family, Nicole's son is clearly ADHD; Andre has a son who may be, as well)

- Sharon remembers living in Robert Taylor Homes; they weren't so bad in the beginning; their apartment was nice

- Her father worked for Railway Express and her mother worked at the post office; they weren't too poor during the years both parents worked

Page 7

- She doesn't remember hearing shooting in the area, or being exposed to violence in the neighborhood; their mother kept the younger children in the apartment to protect them; she does remember that the Blackstone Rangers were in the area, including on the playground
- Sharon said that Brenda didn't let the children play outside much at Taylor Homes; Sharon was a good student and a bookworm, so occupied herself that way; they only went to the playground if Brenda took them
- Sharon vividly remembers her father's abuse of her mother; he would come in and hit her mother; throw things off the table; he was usually drunk; he would get in Brenda's face and call her names; when she brought his food to her, he would throw it
- Sharon said that her father pushed, slapped and hit Brenda; Darryl was very young during these years, and witnessed a lot of the violence
[I plan to re-interview Sharon and get more details of the abuse]
- The family moved from Taylor Homes when she was ten, in 1969; Sharon remembers that her grandfather (John Taylor) came and got them, with his gun in his hand, because Brenda had called him and told him that John Sr. had beat her
- They lived with Minnie Johnson for a while, then moved to 6509 S. Ellis, where they lived for one year; Darryl attended Dumas Elementary; he had attended Douglas Elementary when they lived with Minnie
- They struggled financially after John Sr. lost his job, and after he and Brenda separated; there were times when they didn't have food in the house; sometimes they ate pancakes for dinner
- They rarely saw their father after Brenda and John Sr. separated; neither she nor Darryl wanted to see him; they were bitter towards him because of his treatment of their mother; Darryl would say, "he's not my father"
- Her father never really worked regularly after losing his job at Railway Express; he said he would never pay child support, and he never did; he just drank
- Sharon considers the Morgan Park neighborhood as the place where they all really grew up; at first it was racially mixed and generally safe
- Within two or three years, Morgan Park changed; the whites moved out and more blacks moved in
- Sharon remembers Rick Johnson ("Pretty Rick"), whom Darryl met as a teen; Rick Johnson was several years older than Darryl; she recalled that Darryl was very upset when Rick was killed (while Darry was at Menard); she knew that Rick Johnson sold drugs
- Sharon knew that Darryl's friends in the neighborhood were selling marijuana when Darryl was a teen; she didn't think it was a gang thing
- When Brenda worked, Sharon had to take a lot of responsibility for the younger children; she described herself as having to be "the mother in the family...I did the cooking and cleaning"
- John Jr., who is two and a half years older than Darryl, liked to hang out in the streets, drink and play basketball; he used marijuana; he drew Darryl into the streets initially
- Darryl had learning problems in school

Page 8

- Sharon feels that Darryl was first drawn into selling drugs by guys in the neighborhood who offered him a way to make some money; he was also probably lured by the opportunity to be noticed and get attention (feel better about self); Sharon feels that Darryl was vulnerable
- As a teen, Darryl had summer jobs at the YMCA; when he had his earnings from this job, if he heard the ice cream truck on the street, he would take his money and buy ice cream for all the kids in the neighborhood
- Darryl has always had a good heart, and has been willing to do for others ..."he'll give you the shirt off his back"
- Darryl was really affected by being in prison, after the Simpson shooting; he seemed different when he came back; he was very quiet and had built a wall around himself; when she asked him what had happened, he just told that he couldn't tell her..."it would kill you"; he wouldn't talk about it

3. **Minnie Livigston, paternal aunt**
9015 S. Elizabeth, Phone 773-445-4350

Minnie is the older sister of John Johnson Sr.; she is four years older than John; their brother Clarence"Bill" Johnson is eight years older than John; brother Haven and sister Ruth are both deceased; Haven was a Chicago police captain; Minnie has seven children
- Minnie stated that the senior Johnson family was raised in the neighborhood of 31st and Prairie; they had a large home, and at various times the Johnson children (as adults) and their families lived there; Minnie lived there with her family during some of the same times that John, Brenda and the children lived there
- Minnie knew Brenda and her family when Brenda was a child; she desribed the Taylor home as "a drug family"; both parents used drugs; Minnie Johnson was not happy when John Sr. spent time at Brenda's because there was no supervision in the home
- Minnie Johnson went to the Taylor home to see for herself what the conditions were; they were bad; Brenda's mother was drinking or using drugs (her father was living with another woman, Gladys, when he wasn't in prison); Brenda had to take care of herself; Brenda's mother had men in the house and Minnie believes that Brenda was accosted by these men at times
- John Johnson Sr. grew up without a father; his father died when he was two years old; Minnie Johnson, who drank, raised her five children alone; though Minnie Johnson abused alcohol she is described fondly by her children and by Brenda
- When Brenda's mother was dying (while Brenda was pregnant with Andre) she asked the Johnsons to take care of Brenda; Brenda was still thirteen, and pregnant, when she went to live with the Johnsons; at that time, Minnie said, this situation was "a disgrace"
- After Andre was born, the Johnsons took John and Brenda to Iowa to get married; Minnie said that Brenda was a beautiful girl who had led a life of the streets; John Sr. took her on as a father and husband

Page 9

- John and Brenda lived with the Johnsons, on south Prairie, when they first married; John went into the service; Brenda and Andre joined him in Washington, D.C., where Sharon and John Jr. were born
- John Sr. had some problems while he was in the military; he started drinking and gambling; Brenda and John began to have marital problems; Minnie Johnson called and spoke to John's commanding officer and his chaplain; this happened after Brenda called Minnie Johnson about John beating her
- John Sr., Brenda and the children returned to Chicago from Washington when John Jr. was a baby (Brenda was pregnant with Kim); they lived with the Johnsons at 3150 S. Prairie; Minnie and her family were living there at that time, as well; Minnie had three sons then; her sister Ruth lived there with her daughter Shirley; Clarence "Bill" lived there, too, so the household was crowded
- At first, when they came back to Chicago, John Sr. worked in a drugstore; he continued to gamble and to drink; Minnie described him as headstrong and determined; he was into cards and dice; gambling was a bigger problem than the drinking at that time
- Just before Brenda and John moved to Robert Taylor Homes, Minnie and her family moved out of the house on Prairie; they lived in an apartment, then Henry Horner Homes
- Minnie felt that Brenda and John were too young when they married, then had so many children in such a short time; they didn't know how to take care of themselves, much less raise children
- Their problems really escalated when they lived at Taylor Homes
- When John Sr. lost his job at Railway Express his drinking got worse; Brenda was working at the Post Office; John became abusive towards Brenda; he would drink with his sister Ruth..."they were buddies"
- Darryl was born a few months after they moved to Taylor Homes; Minnie went to the hospital to pick him up when he and Brenda were discharged
- Minnie often had the Johnson children, including Darryl, with her, "because of John chasing Brenda"; Brenda would take them to Minnie's or send them there in a cab..."anything she could get to get them out"
- John Sr. would get angry with Minnie for taking up for Brenda; he would phone her and curse at her, or threaten to go to her home and get the children
- Sharon had to take on a lot of responsibility for watching the younger children when Brenda worked, especially after John and Brenda separated
- Brenda, John and the children moved from Taylor Homes to the Johnson home on Prairie in 1969; Minnie Johnson had been sick, and had observed how abusive her son was to Brenda; she saw her son John "dissipating his life...not being the son he should be"
- John Sr. continued to beat Brenda; Minnie recalled that one time, when her niece Shirley was trying to defend Brenda, John Sr. jumped on her (Shirley)
- Minnie recalled how Darryl got his nickname; when he was born her mother (Minnie Johnson) said that Darryl looked so old - just like an adult, so Minnie Johnson gave him the nicknames Poppa or Pops

Page 10

- When Brenda, John and the children lived at the Johnsons, after Minnie died, the situation was bad; John Sr. and Ruth were drinking a lot; he'd beat Brenda; Brenda and the children would go to stay at Minnie's, at Horner Homes; one day Minnie finally told Brenda to make a stand..."I wasn't going to take her in anymore"
- Minnie's son took Brenda to look for a place to stay; Minnie's sister-in-law (former wife of Haven) had a building at 65th and Ellis; Brenda got an apartment there
- They had a neighbor on Ellis named Mrs. Lackley, an older woman;  Darryl liked her and would do things for her; he did errands for her and would always see if she needed anything; Mrs. Lackley is deceased
- Minnie said that Darryl was a quiet child who was always crazy about his mother; he spent a lot of time by himself; he would be with Sharon after school, as Brenda was working
- Brenda and the children then moved to Morgan Park
- Brenda left her job at the Post Office; she went to work at the YMCA; at the time she didn't drive; she had to be able to drive to get the job; the YMCA provided a station wagon to Brenda to go out and see people; she called Minnie and asked what to do; Minnie told her to just get the car home somehow and they would show her how to drive
- Brenda then worked and went to school; she was trying to better herself so she could provide better for her family, but it took a lot of her time; she didn't have much time to spend with Darryl, her youngest child
- Darryl didn't have much of Brenda's time, but he was devoted to his mother; he wanted to take care of her so she wouldn't have to work so hard; Darryl adored his mother and was very close to her; his goal in life was to take care of her; that was his main concern
- Darryl was never close to his father
- In Morgan Park there was a lot of pressure on Darryl to get involve in the gang; he was alone a lot of the time; Sharon would come home to watch him (though she got involved with someone early and had two children in the mid to late 1970s); Andre and John were older, and out in the streets (Andre went away to college; later John Jr. went into the military); Darryl was alone a lot and lacked attention
- Ben Smith came into the picture pretty early, after Brenda started working at the YMCA; he worked there too; Brenda asked Minnie what she thought about Smith; Minnie could see that Smith was good to Brenda, and felt this was good for her and her family
- John Jr. has had problems with alcohol; he has a good heart
- Darryl was always hurt by the fact that all of his siblings were smarter than he was; they were better students..."it was heavy on him...his learning problems"; it bothered Darryl that he was "slow"
-  Minnie believes that her brother John might have been depressed, and that this could have contributed to his alcoholism; Minnie's husband drank too, but was always there for his family
- Minnie knew what Darryl was doing; she said that she didn't approve of his life, and "he never brought it to me"
- Darryl was close to Minnie's sons, Ron and Tony; Ron went to the same college that Andre did (Lakeland, in Wisconsin); her sons had what Darryl didn't - both a father and mother
- Darryl didn't feel good about himself; he longed for a normal family life

Page 11

- Towards the end, Darryl would go to Minnie's; he would lay on the floor and talk to her; he asked her to tell him about what things were like when he was a baby; he seemed depressed
- Darryl's cousin (Minnie's grandniece - Salima Dantzler) was killed in a car accident (December, 1994); Darryl was very upset about this [let Shirley Dantzler discuss this]
- She feels that Darryl got caught up in the gang and drugs in Morgan Park because he was left to fend for himself so much..."whoever took an interest in him at the time, he was vulnerable to...whoever could make him feel good about himself"; Brenda was gone much of the time when they lived in Morgan Park; she was working, going to school, and seeing Smith [I have been told that Darryl did a lot for Minnie and her family; I will talk to her more about this; she seemed reluctant to admit this in our first, and only, meeting]

4. **Shirley Dantzler (Caldwell), cousin**
   12534 Deer Park, Alsip, Phone 708-489-0153

Shirley is the daughter of John Johnson Sr.'s sister Ruth. Ruth was an alcoholic; she died in the summer of 1987. Shirley was raised, much of the time, by her grandmother, Minnie Johnson. Shirley was close to Brenda and her children; she babysat for the children when Brenda worked. She lived in the senior Johnson household on S. Prairie when Brenda, John and the children lived there
- Alcoholism and alcohol abuse runs in the Johnson family; Minnie Johnson was an alcoholic; John Sr. saw a lot of alcohol abuse when he was growing up; their household always had a lot of people in it and was chaotic
- Shirley knew Brenda when she was pretty young, before she married John; Brenda's mother drank and her father was a drug dealer; her father left her mother for another woman
- When Brenda became pregnant with Andre, Minnie Johnson saw the situation in Brenda's home, and had her come to live with the Johnsons; Brenda's mother was dying at the time
- Shirley visited John, Brenda and the children in Washington D.C., when John was still in the military; she said, "Uncle John was going crazy...was abusing Brenda then...it was a bad situation...Grandma (Minnie Johnson) wanted to find out what was going on"; John was getting into trouble with his commanding officer
- When Darryl was born, Kim was just two years old and John Jr. was not yet three; Shirley would watch Kim so that Brenda could spend time with Darryl; Shirley was in high school and would go to Brenda's after school
- Darryl was a quiet child, an introvert
- Taylor Homes were new and nice when the Johnsons first moved in; they quickly deteriorated, within a couple years; Shirley was afraid to take the elevators (Johnsons lived on 4th floor); she didn't feel safe there, and would run to and from the bus stop
- The children were exposed to gangs and drugs at Taylor Homes; Andre was able to resist the gangs because he was so smart and such a good student; Brenda tried to keep her children safe at Taylor Homes

Page 12

- Darryl was in special education; this affected his self-image; he always felt like he was slow and had to prove himself
- Darryl struggled with a lot as a small child; he watched his father beating his mother; then his father was no longer in the home
- Shirley believes that Darryl felt he had no one to look up to, no father
- John Sr. was a good husband and father at first; then his alcohol abuse got worse; he chased women and was very mean to Brenda
- Shirley saw John Sr. beat Brenda; one time when she was trying to intervene, he jumped on her; she had a black eye; this happened when they lived on S. Prairie (1969-70)
- Shirley witnessed a lot of verbal and physical abuse of Brenda by John; Darryl witnessed it, too; she remembers it happening at Taylor Homes, where she said Darryl "witnessed a lot"
- John Sr. had a jealous streak; it didn't take much to set him off; he would be involved with other women and throw it in Brenda's face
- John hit Brenda with his fist; he pushed her; she'd try to fight back; the children would cry
- John would beat Brenda; then he would say he was sorry; later he would blame her for provoking him; Shirley saw bruises on Brenda at times
- Brenda finally left John Sr. for good; he lost his job and "got completely crazy"; Brenda was working at the Post Office and going to school; he became more jealous as he saw her becoming more independent; it got to the point that if she didn't leave him, she would have ended up scarred or seriously injured
- After Brenda left John, he would harass her; he would phone her and "say nasty things to her"; when she lived on Ellis, he would stand outside the house and yell at her; he would call her names and threaten her; he had a foul mouth; Darryl was home and heard this
- Darryl, as a child, always seemed to be in the background; he was a quiet and withdrawn child; when he was labeled a special ed child, that really affected him; he knew he was slow, but wanted to feel he could compete; all his siblings were smarter than him; he wanted to prove that he could achieve too
- She was happy for them when Brenda got her house, and they moved to Morgan Park; the neighborhood was nice at first; it changed over time; gangs came in; you would see a lot of young black men just sitting around; a lot of gang recruitment went on; it was fairly normal for adolescent males and young men in the community to get involved in the gang; there was nothing for them to do; it gave them a sense of belonging and of being somebody; selling drugs was a way to make some money
- The gang recruiters picked people out with special needs; they might have sensed Darryl's vulnerabilities
- Darryl watched his mother struggle, trying to raise five children on very little money; he always wanted to take care of his family, provide for them; he wanted to give his mother some of the nice things in life
- There wasn't much in the way of jobs in the neighborhood, just a summer job program for low-income kids
- When Darryl went to prison the first time (1984), it was "his learning session"; he had gotten into trouble over protecting a woman; when he came home from prison, he was different,

Page 13

more determined; he wanted to be someone and have things; "they" (the gang) showed him an easier way to have material things

- His motivations for getting involved in the drug economy were to feel better about himself, and to help his family; he always felt that people didn't expect much of him because he was "slow"; he didn't want to be seen as dumb

- He kept his business away from his family and relatives; didn't bring it to her home

- He was always loving and protective of family and relatives; he always encouraged everyone to get an education

- Shirley had two daughters (one died); Darryl was close to them; he would always tell them to stay in school; he offered to help them get an education; Shirley told him she didn't want his money - he didn't have to buy their love

- Darryl knew that education was important; that you needed an education to "go in the right direction"; he always encouraged others in school

- Shirley's daughter Salima, with whom Darryl was very close, was killed in a car accident in December, 1994; she was twenty-four years old and a senior in college

- When he learned of Salima's death, Darryl came to stay with Shirley; he told her he loved her and would be there for her; he kept stopping by to check on how she was doing; he offered to pay for Salima's cremation expenses, saying, "I loved her...this is something I have to do"; he did; he told Shirley he would always be there for her

- Shirley saw Darryl with Lucki a couple times; he was a very loving father; when he was with Lucki, "it was like the sky lit up for him"; he felt the same about Bianca; he always treated her like she was his own; he is the only father she has ever known

- Towards the end, Shirley saw signs of stress, depression and anxiety in Darryl; at a family picnic, she noticed a sadness about his face..."he kept telling me he loved me and everything would be okay"; before her death, Darryl talked to Salima about wanting to start a new life; he wanted to start a legal business and have a normal family life; Shirley felt that Darryl wanted a normal life, "But he was just too far gone"

5. **Edith Burford, former special education teacher**
   9905 S. Carpenter, Phone 773-239-2554

Edith Burford was Darryl's special education teacher at Esmond school from 1971 until 1975. She is now retired.

- At the time (1970's), children were placed in special education according to IQ tests, which the school system later stopped using. Darryl was classified EMH (Educable Mentally Handicapped).

- Burford stated that to be placed in special education, the child was tested and examined by a psychologist. Both IQ and achievement tests were used. To be classified EMH, Darryl's IQ had to be below normal, probably in the 68-75 range.

- Darryl was placed in her room in second grade; she generally had twelve to fifteen students in her room

Page 14

- In her program, the students functioned at different levels; they were taught according to what they could do; her coursework was at the kindergarten to third grade levels; students were promoted within the classroom, but remained in her room until they were twelve years old, or were working at the third grade level
- She did not keep students after they turned twelve, regardless of the level at which they were working; when they turned twelve, they moved to Ms. Sneed's room; when they turned fifteen, they were graduated from the eighth grade, regardless of the level at which they were working
- Darryl's graduation from the eighth grade at Esmond does not mean he was able to do work at that level; it just means that he was fifteen years old
- Burford looked at the Morgan Park High School transcript and said that she couldn't tell from it whether Darryl was in special education; she noted that it appeared that he had failed on level I courses
- She had Darryl in her room from the time he was eight years old until he was twelve; they moved to the next year at that time even if it was in the middle of the school year (November)
- Burford said that she became close to Darryl; she was clearly fond of him; he would talk to her about problems he was having
- She described Darryl as a congenial, sweet and gentle boy who always behaved well in her class
- Darryl worked very hard on his schoolwork; he tried to do the work, but found it difficult; he struggled
- She would talk to Brenda on the phone about Darryl; Brenda would come to school to meet with her, to talk about how to help Darryl
- The children who were in special education were teased by the other students; they were called names, including "dummy"; Burford would try to encourage the students and help them to feel better about themselves
- Her room was referred to as "the Dummy Room"
- Her classroom was in the basement of the school for a while; then it was in a trailer in back of the school; they were clearly separated; the children felt separated, isolated and different; they felt this was because they were "dumb"
- Darryl wanted to feel good, be good and look good; she would tell him he was a fine young man, that he was worth something
- Darryl was crazy about his mother; he wanted to show her what he could do; he wanted to make her proud of him; he adored her
- Darryl responded well to Ms. Burford; he got along well with the other children in the class
- She thought that Darryl did finally manage to do work at the third grade level by the time he was twelve; she recalled that he couldn't read well
- Burford really tried to help her students feel good about themselves; she understood that self-esteem was a real issue for them; she tried to find out what their interests were or what they were good at, and encourage them in these areas, so they could experience success
- In the area of Morgan Park in which Darryl lived, there were gangs; in that neighborhood, with no father in the home, and a mother working long hours, it was easy for a youngster to

Page 15

get caught up in the gangs; a child who functioned at a low level and who didn't feel good about himself was vulnerable to the lure of the gang
- A boy needs a father in the home or a positive male role model
- Burford feels that the home circumstances can contribute to a child's learning problems; the youngest child in a large family can be more affected by the home situation, especially if that child feels neglected and doesn't get the attention he needs; a child can have performance problems in school for emotional reasons
- At the high school, the teachers didn't provide the individual attention that special needs students required in order to succeed; these students didn't get help with emotional problems either; it makes them more vulnerable to the lure of the gang; the gang is a place where they can be someone and make some money
- Darryl was a "delight", a pleasant boy; she wished she could have worked with him longer and had more influence on him

6.   **Dr. Michael Gelbort**

7.   **John Johnson, Jr., brother**
     4561 S. Wabash, no phone (can reach through Andre)

DOB 2-27-61. John Jr. recently lost his job at the nursing home in which his father resides; Andre said this was due to John's drinking. We may need to re-interview him, and see what shape he is in before making a final decision on his testifying. John Jr. has ten children by at least three different women (his problems are classic for the child of an alcoholic).
- John is the middle child (only ten months older than Kim). He finished high school and was in the military from 1983 to 1986. He has had a number of different jobs since he was discharged. He took care of his father before John Sr. went into the nursing home.
- John feels that he was able to avoid becoming involved in the gang because he was a good student and an athlete; then he went into the military
- Darryl was in EMH/special ed classes in school; this was embarassing for him; the other kids teased him and laughed at him; this was upsetting to Darryl; John tried to help Darryl read
- Darryl always had problems with attention, concentration and distractibility; John has a son who is the same way
- Brenda would have to leave for work early; John (or Sharon, or?) would have to get Darryl's breakfast and walk him to school; he liked to tag along with John a lot
- John felt that Darryl didn't like to go to high school because of his "slowness"; Darryl didn't like crowds; he wasn't a star athlete, like John; Darryl became frustrated with school; he gave up
- As Darryl became a teen, both Andre and John Jr. left the home; then his mother married Ben Smith and moved out; Darryl lost guidance; he left school and was out in the streets; he got caught up
- John has remained closer to his father than any of the children over the years; he did not seem to have the bitterness that Darryl had

Page 16

- When John got out of the service he went with his mother to visit Darryl at Menard; he noticed a change in Darryl; Darryl had met older men in prison who were in the Gangster Disciples; John believes that Darryl was recruited in prison
- Shortly after he got out of prison, in 1986, Darryl started spending a lot of time in Morgan Park; John knew what he was doing; Darryl was getting fronted some drugs; he started making some money, and it escalated from there
-Towards the end, Darryl seemed to be anxious and hypervigilant; he would always say that he wanted to leave; John said, "once you're in, you can't get out"
- John feels that the fact that Darryl was mentally slow had a big impact on him; he described Darryl as a follower who was easily swayed; Darryl hadn't gone far in school and couldn't read; in the gang, he "could be a big shot...and the fact that he couldn't read didn't matter"

[Note: John talked about the t-shirt shop; several others have mentioned it, as well. It was at 79th and Evans, and, though they did make gang shirts and caps, they did other things as well. John, as well as others, talked about working in the shop. Some said that Darryl wanted to give some young men jobs, so they could see a way out of the gang/drug economy. We haven't talked much about the t-shirt business and how to deal with it; maybe we need to.]

8.  **Benjamin Smith, step-father**
    7714 S. Prairie, Phone 773-873-4442

Benjamin Smith was Brenda's employer at the YMCA, beginning in 1970. They became involved not long after she started working there. They were married in September, 1981, and moved to their present home. He has been involved in Darryl's life since Darryl was seven or eight years old. Smith taught in special education schools for the Chicago Public Schools, under a contract with a private school (Central YMCA, where Darryl attended) for twelve years; he worked at the YMCA for eighteen years
- Smith said that he met Brenda at the YMCA after she was separated from her husband; the family was living in the apartment on south Ellis at the time; she had five children, between the ages of eight and seventeen, when they met; Ben has children from his previous marriage
- When he and Brenda met, Brenda told him about her marriage and how abusive her husband had been towards her; he (John Sr.) did not provide financially for his family; Smith knows something of Brenda's childhood, which he said served to make her stronger, and able to cope with raising five children alone
- Darryl was a hyperactive child; he always had a lot of energy; he always "wanted to be a part of...equal to...with his brothers and sisters; Darryl would question his worthiness, his ability; he was looking for approval, confirmation; Smith remembers him saying, "did I do good...am I smart?"; Darryl felt he didn't measure up to his brothers and sisters
- Ben describes Brenda as "a very unusual person...very strong, very grounded in her spirituality...very well-organized"

Page 17

- Regarding Darryl being in special education, Smith said, "these kids get labeled...and told they can't do...and they don't...if you deal with them in a way that says they can, they will"; he feels Darryl had low self-esteem and never got the encouragement he needed
- Smith feels that early life, including pre-natal, experiences are critical; he notes that when Brenda was pregnant with Darryl, she was being "traumatized on a daily basis"
- As a young child, Darryl watched his father beat up his mother; he was traumatized by the violence
- Though Darryl was always a loving and generous person with family and others, he remained bitter towards his father; Darryl would not speak to his father; Smith said that Darryl's father was the only man that Darryl wouldn't help..."he'd help a man on the street, but not his father"
- Smith notes that in a family every child can be affected differently by the same experiences; all of the children in the Johnson family are different
- Darryl, as the youngest, was most traumatized by his early life experiences
- Taylor Homes were not as bad then as they are now, but they were overcrowded with nothing for the children to do..."people living on top of each other, like rats in a maze"
- Andre was smart; went to college; Sharon represented authority to Darryl because she had to care for him when Brenda wasn't around; Darryl "ran and scuffled" with John; John is not aggressive, and managed to be in the streets, but "skirt between the gangs"; John developed an alcohol problem; Darryl and Kim were always very close
- The most important thing a child needs is time from a parent; Darryl didn't have that; his father wasn't there and his mother couldn't be; when she was there, he only got 1/5 of her attention; Sharon fixed meals and watched Darryl; Darryl didn't like Sharon telling him what to do; he was pretty much fending for himself, without a lot of supervision
- As children get older, become teens, peers have a greater influence than parents; Darryl got caught up in trying to be somebody; his mother didn't have much time to spend with him; his brothers and sisters were accomplishing things; he wanted to compete; be as good; what better, quicker way to get money than to be a drug dealer; in our society, that is confirmed
- After Smith and Brenda married (1981), Darryl was pretty much on his own in the house on Hermosa (still seventeen years old)
- Was aware of what Darryl was involved in after he came back from prison (1986); he kept if from us as much as he could, to protect us; he got a reputation from going to jail, for shooting someone to protect his friend's sister
- The lure of the gangs is money and the chance to feel important; they take a kid and say, "go to the corner, and take this package to this man", for $10...or "stand on the corner and tell us if the police are coming... get $50 a day...you take that home to Momma, who is living on food stamps...has no money...so, has sanction at home...is making money to help out...gets hooked"
- There are thousands of young men in the same category as Darryl - young black men, with no education, training or skills...can't compete in the job market; they are drawn into the drug economy as a way to make money

Page 18

- Through the years, Darryl has always been very thoughtful, always concerned about other people; he's been giving - doing things for people; whenever they're in need (family, relatives, etc.), he will give or help; he gave his nieces and nephews whatever they needed, including financial support, gifts, etc.; e.g. he paid David's college tuition and bought him a car to get back and forth from school
- Darryl has a very close relationship with his mother; he's very respectful towards her; he worships the ground she walks on; treats her like a queen
- Darryl is Brenda's baby; she feels some guilt about him, because he was the last, and didn't get the love and attention he needed; she had to work long hours
- Lucki is the apple of Darryl's eye; he's crazy about her; he has tried to give her a good life and has made sure she had what she needed; we have been parents to Lucki; he has given Lucki the greatest gift, a stable, secure, loving home in which to be raised
- Darryl is a good person; the Darryl I know is a loving, caring, kind, concerned individual; he did nothing but give - gave to his family whenever they needed

9.  **David Johnson, nephew**
    Phone 773-768-6914 (I don't have an address, but Brenda will have it)

    David is twenty-two years old; he is Sharon Johnson Cresswell's oldest child. He recently graduated from college, and is planning to marry. He was an honors student in high school. He is now a practicing Muslim. He is a college graduate with a degree in Marketing, and works for Midwest Lighting, in sales.
    - David reported that Darryl was like an older brother to him; they are very close
    - His earliest memory of Darryl is of Darryl holding him, at his grandmother's house. David lived during his first nine years in the house on Hermosa, where Darryl lived
    - Darryl was always very protective of David; he looked after him
    - When David was young, he remembers Darryl going to the store an d buying soda pop for everyone in the neighborhood; he bought a whole case and handed it out; David remembers resenting this because he wanted Darryl to be special to him
    - Darryl always made sure that David went to school; he would ask David how he was doing in school and how his grades were
    - Darryl always told David that he should go to school, no matter what, because being out in the streets is not going anywhere; Darryl regretted not finishing school, so he always pushed David to finish
    - Darryl shielded David from his business, and kept him from the gangs; he didn't want David to have anything to do with what he (Darryl) was involved in
    - In their neighborhood, in Morgan Park, a lot of the kids were in gangs; their older brothers were in the gangs and drew them into it; Darryl didn't want David to do that
    - David went to a gifted school; he feels that if he had remained in regular public school he might have been caught up in the gang, or in the streets
    - Darryl had problems learning; he realized he didn't have that many avenues for succeeding

Page 19

- He would have David invite his friends over for the night; he would get videos for them to watch; he kept them off the streets and didn't allow any alcohol or drugs
- Darryl was always encouraging David in school, including college; David attended Tennessee State, and majored in Marketing; Darryl even encouraged David's friends and other young men in the neighborhood to stay in school, including Scott Davis
- David became a Muslim in October, 1995; he is devout; Darryl has encouraged him in his religious practices and is happy for him; he believes it is a positive force for David
- Darryl has helped David financially over the years, with school expenses, etc.; he bought David a 1990 Dodge in 1994 so he could drive back and forth from college
- Darryl has been the biggest help to David by just being someone he could talk to
- Darryl is not the person that everybody sees (the media, etc.); he has a street image, but at home is not like that; he's real kind-hearted and generous; he has provided financial help to his family, helping them with bills, etc.
- In Morgan Park, the schools were not very good; there was a lot of gang pressure in the neighborhood; Darryl didn't do very well in school; he was vulnerable to getting caught up in the gang; a lot of young men that David grew up with in the neighborhood got involved in the gang, including people who were his friends; they want to have money and things, but they just end up dead or in prison
- When Darryl went to prison the first time, on the manslaughter charge, it created a lot of expectations and assumptions about him; he was surprised by the reputation he had when he got out
- If Darryl involved persons under twenty-one in the business, they were people who were real poor; he was trying to put money in their pockets, even if it was wrong; I know they were poor - I knew where they lived; in Morgan Park the whole neighborhood was connected to this; for kids in the neighborhood, it was just a way of life, so it was accepted as part of the culture of the neighborhood
- Andre and Darryl are alike in that they are ambitious, and see money as the symbol of success, but Andre is smart and educated, so he was able to do it in the normal way; they are like this because they grew up poor
- Darryl wants Lucki to have a better life; he has sent her to good schools and placed her with his parents, in a good home
- Darryl is the most generous person David knows; he would give you the shirt off his back; he has always been like that, even before he made money

10.  **Nicole Johnson, niece**

Nicole Johnson is nineteen years old. She is the daughter of Darryl's sister Sharon. Nicole has two young children. She lived with Brenda for a while, but now has her own apartment and a new job. She lived, when she was young, with her mother in the house on Hermosa when Darryl was still living there.

Page 20

- Nicole said that her father wasn't around when she was a child; Darryl was like a father to her; she could talk to him about problems; he would always listen and understand; they have been very close
- Nicole sometimes spent the night at Darryl's house, when he was living with Michelle; she stayed with them one summer, when she was thirteen or fourteen so she wouldn't have to go to day camp while her mother worked
- She remembers when she was little, and they all still lived on Hermosa, that she would wake Darryl up in the middle of the night because she was hungry; he would fix her a grilled cheese sandwich
- Over the years he has helped her a lot; he bought her clothes for school
- Even though she got pregnant at a young age, Darryl encouraged her to stay in school and finish her education; she did graduate from high school, with his encouragement
- He encouraged her to go on to school after high school; she enrolled at DeVry Institute in computer information systems; she left school after having her second child a few months ago
- Darryl realized the importance of an education; he believes that if you finish high school and go on to school, college or vocational training, you can have a good career; he regrets his lack of education
- Darryl was a wonderful father to Bianca and Lucki; he spent time with them and played wit them; he treated them equally; he would feed and bathe them; he made sure they had everything they needed; he encouraged them in school
- All Darryl talks about is school, school, school
- Darryl has helped her mother by helping her (Sharon's) children; Sharon wouldn't ask for anything for herself, but appreciated the help he gave David and Nicole

11. **Kenya Pettigrew, former girlfriend**
18023 Idlewild, Country Club Hills, Phone 708-798-6354

Kenya Morgan Pettigrew was Darryl's first girlfriend. He was seventeen when they met and became involved. Kenya works at Northern Trust Bank on Canal, downtown, in the retirement benefits department. She is married with one child.
- Kenya said that she met Darryl at Central Y High School in March, 1981; she recalled that he was standing on the staircase of the school and he asked her if she wanted a pop; he bought her a pop and they talked; then she saw him every day; he started buying her lunch; they quickly became boyfriend and girlfriend
- She liked his personality; he was pleasant and very respectful; always kind-hearted to everyone; he was nice-looking, too, but that isn't what attracted her to him
- Her family really liked Darryl a lot; he spent time in her home; he would go to her house every day; she had a close-knit family; Darryl loved her mother, who died in December, 1982; her mother was very fond of Darryl
- Darryl liked to have Kenya cook for him; when he came to her house, he always brought enough food for everyone in her family; she is from a family of nine

Page 21

- One time her family's heat was turned off in the middle of winter; Darryl's family had four space heaters; he brought them to her house, telling her they needed the heaters to keep warm
- She and Darryl enjoyed going to movies and concerts; he didn't like parties and he didn't like to dance
- Darryl talk to her about his family, and about the way his father had treated his mother; she knew Darryl's father had been abusive to his mother; he didn't seem to like to talk about his father
- By late 1982, she became aware that Darryl was involved in selling small amounts of marijuana; she noticed that he was often late arriving at her house; he was spending time with Ricky Johnson, who was known to sell marijuana in Morgan Park; his activities affected their relationship; he was not actively involved with the Gangster Disciples at that time
- This was around the same time that her mother died; she began to draw away from Darryl; they would break up and get back together, over and over
- She did not like what he was doing in the streets, and told him; she confronted him about selling marijuana and broke up with him; he then got a job at McDonald's; it didn't last long
- She found out he was selling marijuana again; when she confronted him, he told her that it was the only way he knew to get ahead; he was just going to do it for a while
- Darryl talked to Kenya about going back to school; she thought he might have gone to a trade school briefly
- Darryl really cared about Kenya; he was always very upset when she broke up with him; one time, when she broke up with him he stood outside her house and cried; another time, when she broke up with him, he was so upset that he lost fifteen pounds; he would send his sister Kim to try to talk to her about getting back together; Kenya broke up with him the final time in the summer of 1983
- She believes that Darryl got involved in the drug economy because he didn't have enough confidence in himself; he didn't think he could be successful any other way; Darryl did not feel good about himself
- The gang and drugs became more organized in Morgan Park in the late 1980's, at about the time that Darryl got out of prison; she feels that he was drawn to it because he wasn't confident about himself and saw it as the only way to make money; he was not strong enough to resist
- Kenya believes that Darryl saw his involvement in the drug economy as a way to help his mother and family; his mother has always played a big part in his life; he looked back and saw what she had gone through, how she had struggled and never had enough money to do anything for herself; he wanted to give back to his mother; this was the only way he saw to make money fast
- Kenya said that Darryl was affected by having a criminal record so young (the manslaughter charge); he was labeled by this..."once you have a record, you're doomed...no one will give you a chance"
- His involvement made him feel like he could be good at something, he could succeed at something, and be looked up to; it takes control of you and you don't think rationally

Page 22

12. **Letra Watson, former girlfriend**
Phone 773-933-7344 (H), 773-471-5437 (W); don't have address, but can get it.

Letra Watson was Darryl's girlfriend after Kenya Morgan; they met in 1983. She was involved with Darryl at the time of the Fletcher/Simpson incident. Letra was a legal secretary for twelve years. She now works at the Academy of Learning, a day care center owned and operated by her family.
- Letra met Darryl in 1983 through a friend who was dating Rick Johnson at the time; she was eighteen years old when they met, and was attending school to be a court reporter. She talked about dropping out of school, but Darryl persuaded her to stay in school; he helped pay her tuition
- When Letra met Darryl, his family still had the house on Hermosa; some time after they met Darryl got an apartment in Calumet City; then he went to prison on the manslaughter charge
- At the time that she met Darryl, she was in an abusive relationship with a man; she was also using crack cocaine; Darryl got her out of the relationship and made the guy leave her alone; the man had been waiting for her at her apartment when she came home from work; he would beat her; Darryl started going there when she was due to get home, and told the guy to stay away from her; he helped her get off drugs; she feels that he changed her life
- Darryl told her what happened in the Fletcher/Simpson incident; he said that Simpson had tried to kill Reggie Fletcher and then came towards Darryl; Letra believes that Darryl just "freaked out" in the situation; he was so young at the time (she went to the whole trial; Darryl was in jail for a while, then was released when the case was SOL'd; it came back up and he went to trial
- Letra visited Darryl while he was in prison (1984-86) and talked to him regularly; they also corresponded
- At Menard, Darryl was exposed to hard core prisoners; he was young and good-looking, and had to find a way to protect himself; Darryl told her that men would approach him, sexually, on a daily basis; he would get into fights to protect himself from being sexually assaulted; he said that not a day went by that he wouldn't have something happen
- He said that the guards ignored what went on; if you weren't connected to a gang, you would be taken advantage of
- Darryl would not tell her details of what happened in prison; she said, "with a man, when something bad and degrading happens, they won't tell you"; whatever happened, it happened at Menard, not Lincoln; he seemed more relaxed when he was at Lincoln
- She asked him, when he was at Menard, what would make people leave him alone; he said if you had money you could buy peace; she sent him money every week at Menard so he could have peace of mind
- While Darryl was in prison Ricky Johnson was killed; Letra had to give him the news; he was very upset; Rick had tried to get Darryl to go to school; Johnson was killed in his own home by two people he knew
- Darryl was not in the gang before he went to prison; he got into it when he came home; he met the people who got him involved when he was in prison

Page 23

- He seemed different to her when he came home from prison; he had a different outlook on life; he had hooked up with the Gangster Disciples; they were operating in Morgan Park in a more organized way, and were more involved in selling drugs
- Darryl kept his business away from the people he cared about
- When Darryl got out of prison, he stayed with her for a while; he couldn't sleep at night; he told her that he wasn't able to sleep because he had so many things on his mind
- She broke up with Darryl after he got out of prison because of what he was getting involved in
- Darryl was always respectful and kind to her; he always loved children; he was "kid crazy"; he would do anything for his daughters
- They remained friends after they broke up; he was always willing to help her, even when she had another boyfriend; if she needed anything she could always go to Darryl, e.g. if she got behind in her rent or car payment, he would give her the money; he has helped her over the years; he would visit her, and would tell her that he just wanted her to be happy; he always said, "call me if you need anything"; he always worried about other people and never wanted to burden anyone with his problems; he would never admit it if he had problems; she said, "I don't know where my life would be if I didn't meet him"

Page 24

16. **Henrietta Johnson, mother of Michael Johnson, friend**
   1753 Steuben (off Vincennes), Phone 773-779-8954

Henrietta and Afford Johnson are the parents of Michael Johnson, a long-time friend of Darryl's. They have lived in Morgan Park sinsce 1970 or 1971. Michael is a couple years older than Darryl; the two met playing basketball on Esmond. Michael knew John Jr. before he met Darryl. They went to different elementary schools, but knew each other in the neighborhood. Michael recently got out of prison on a drug charge; he is trying to straighten his life out now; he is working at Walgreens
- Mrs. Johnson's first recollection of Darryl is from when he and Michael were teens; Michael had gotten into some trouble and got sent away to a juvenile facility; Michael asked Darryl to look after his sister, who went to Morgan Park High School (Darryl was attending there at the time); Darryl did this; he was protective of Michael's sister and made sure nobody bothered her
- Over the years, when Darryl was in the Johnson's home, he was always polite and respectful; he was always willing to help out and would ask if they needed anything or if there was anything he could do to help, e.g. mow the lawn, help in the garden, go to the store
- One time when Darryl was there, Henrietta mentioned that she could use some dishwashing soap; Darryl went out and got some for her; she didn't expect him to do that
- On another occasion, Afford Johnson had some trouble with his truck (may have had an accident); he didn't have any money to get it towed; Darryl saw him stalled on the side of the road and stopped and asked him if he needed help (about 1991 or 1992); Darryl called someone and had the truck towed for Mr. Johnson; Henrietta thought that "was beautiful" of Darryl to do that
- Henrietta and Afford have several children; Michael is the only one to get caught up in the gang; she feels that many of the young ment in the neighborhood got caught up because they had a hard time finding good jobs and they "see stuff (drugs) put out there...see a way to make some money"; many of the young people "came up hard" (poor), and when somebody higher up (somebody going to Mexico - suppliers to people like Darryl) bring it in, the young people see a way to make money; it's not right, but one can understand
- she has three sons and they all faced pressure to get into the gangs; Michael had problems in school and was more vulnerable to the lure of easy money
- People in the neighborhood understand the pressures that get the young men involved in the drug economy; lack of good jobs and the chance to make some quick money are part of it; it is not condoned, but people understand; church people try to talk to their sons, but they don't listen when they are young
- She knew what Darryl was doing
- Darryl was always willing to do for others, and was concerned about the young people in the neighborhood; he was involved in setting up the picnics in the neighborhood for the whole ward; they were hlep at the Forest Preserve; they would bring in buses of people, and have cookouts and games for them

Page 25

- He would always ask her if she needed anything; if she ran into him at the store or on the street, he would ask if she needed anything; he was always willing to help
- Darryl loves his daughters; he treated them well; the girls seemed to love him and be happy when they were with him

Page 26

17. **Carolyn Demeray, friend**
14638 Kenwood, Phone 708-891-3397

Carolyn is a single parent; I met her at her parents' home (the address above), but am not sure where she lives; she works, but I don't know where. Carolyn and Michelle became friends in high school; she met Darryl through Michelle.
- Carolyn met Darryl in about 1988, through Michelle; Michelle was pregnant with Bianca at the time; Carolyn and Darryl became friends
- Her first impression of Darryl was that he was a very caring person who was concerned with the well-being of everybody around him
- She guessed what he was involved in, but didn't really talk about it with him; Michelle didn't talk about it either
- They lived in apartment complexes that were close to each other
- Carolyn had relatively frequent contact with Darryl over the years, at least every month
- Darryl talked about Bianca and Lucki a lot; he looked on Bianca as his own; he never differentiated between the two girls once Lucki was born
- She admired the fact that Darryl was a good provider for his family; he was always very outgoing and concerned about others, including Carolyn, her mother and her sister; he would extend himself to help anybody
- One time her sister Sharisse got into some trouble; Darryl went out of his way to help her; he got her a lawyer
- One time when he came to visit Carolyn, he noticed that their storm door was broken; he offered to get it fixed or get a new one; another time, Carolyn had a flat tire; she was trying to get to the gas station when she met up with Darryl; he called a service place and got the tire fixed for her
- They were friends throughout the time they knew each other, not more; she respected Michelle as a friend
- Darryl was a positive motivator for her; he encouraged her to work for her goals; he was supportive
- Darryl gave her advice about being a single parent; he would send her articles from a child development book he was reading (he did this while at the MCC)
- Darryl sent her roses on Mother's Day; he sent them to her mother's house because he respected the relationship she has with her boyfriend
- Carolyn believes that Darryl got involved in the drug economy because he wanted to help his family, particularly his mother; she had struggled to raise her large family alone; he wanted to make a better life for his family; he did what he felt he had to do...'not everybody can go out and get a good job and make good money
- Darryl is crazy about his mother; he wanted to give something back to her for all the sacrifices she made; Carolyn doesn't feel it was a situation he was forced into or that greed was involved; it was just a way to make a better life for his family; she knows others who have taken the same path for the same reasons..."guys who can't read...can't make it out there...want to be a provider"

Page 27

- Darryl never talked about his father
- Darryl was always concerned about others and their problems; he wouldn't talk about his own problems
- Darryl would talk to her about what she wanted to do and what her goals in life were; he talked about wanting to open up some kind of business, e.g. laundromat or car-wash
- Michelle was always insecure and self-conscious about her looks; Michelle's mother focuses on looks and things; Darryl really cared for Michelle
- Carolyn sees Darryl as a very giving person, always concerned about people, especially children; he takes the time to talk to children, pays attention to them

Page 28

18. **<u>Angie Gaines, sister of Michelle</u>**
   Merryville, Indiana, Phone 219-736-8853
   [To be interviewed]

Page 29

19.    **Dr. Mark Cunningham**

Page 30

20. **Michelle Gaines, former girlfriend, mother of his children**
Metropolitan Correctional Center

Michelle Gaines met Darryl in 1987; they became involved in 1988. Michelle is the mother of Bianca Gaines and Daryl Lucki Johnson. Though they remained together, in many senses, particularly as parents, until Darryl's arrest, their relationship was not always monogamous. In later years, both had other relationships but remained committed to each other as the parents of the girls. Michelle needs to explain this. She also needs to explain that each girl has essentially been raised by a grandmother (Bianca by Linda Quinn and Lucki by Brenda), but that she and Darryl remained closely involved in the children's lives, and had frequent contact. This phenomenon is understood in African-American families, but may not be well understood by white jurors. Michelle also needs to acknowledge that she knew what Darryl was doing, while protecting her own situation, as to appeal. She does not have an attorney at this time, as she fired Donna Foley and no new attorney has yet been appointed.
- Michelle first met Darryl in 1987, through her sister Angie and through a man she met called "Peanut", who was a friend of Darryl's; she had dinner one time in early 1988 with Darryl, "Peanut", her sister Angie and her friend Alexis; they went to Red Lobster; at the time, Michelle was seeing Bianca's biological father; she didn't see Darryl again until spring, 1988, when she was pregnant with Bianca
- Michelle's sister Angie began dating Lavelle Clark (Chi Chi), a friend of Darryl's; Angie told Darryl that Michelle was pregnant; Michelle had broken up with her boyfriend, who married someone else
- In May, 1988, a very close friend of Michelle's, Angela Lockhart, was killed (or died of a drug overdose, though Michelle said she didn't do drugs); Michelle was quite upset and had no decent clothes to wear to Angela's funeral; Darryl contacted Michelle and told her to meet him; he gave her money to buy clothes for the funeral and to get her hair done; he observed that she was pregnant (about four months)
- In about June or July, 1988, Darryl took Michelle to an apartment at 119th and Alsip, which he had rented for her (as a surprise); it was furnished with a bedroom set, linens, things for the baby, food, etc. He told her that she needed a place for herself and her baby; he took her shopping for maternity clothes and more groceries; at this time, they were just friends (he was still with Stacy Curtis - sort of!); Darryl had his own apartment in Calumet City at the time; Stacy eventually broke up with Darryl
- Darryl visited Michelle at the apartment and, in time, they became romantically involved
- When asked what attracted her to Darryl, Michelle said that he was so nice..."real sweet...different from other guys...really a family man...loved the kids...all the kids...would bend over backwards for them"; Darryl was very healthy when she met him; he did not drink, smoke or do drugs; he worked out regularly and didn't eat meat
- Soon after seeing that Michelle was pregnant, Darryl went to see her mother, Linda Quinn, and told her that he wanted to be the godfather of Michelle's baby
- From the time Bianca was born (10-24-88), Darryl took her on as though she were his own; he has always treated her as his own; Bianca has always called him Daddy; Bianca's

Page 31

biological father was killed in a motorcycle accident in 1991, so Darryl is the only father she has ever known; Bianca only saw her real father one time
- When Bianca was a baby, including a newborn, Darryl would feed and clothe her, bathe her, get up in the middle of the night with her, dress her, etc.; Darryl is a homebody and enjoyed staying in with the baby all day; he would watch TV and read with Bianca; he took her to the park; as she got bigger, he spent a lot of time one-on-one with her
- Michelle's mother took Bianca home from the hospital, as Michelle, who had a caesarean, had gotten pneumonia and had to remained hospitalized; Bianca remained at Linda's much of the time, though spent weekends and other times with Darryl and Michelle; they would go to Linda's a lot to spend time with her (Bianca is clear about who her Mommy and Daddy are, and that Linda, who she calls' "Other Mommie" is her grandmother)
- Michelle knew what Darryl was involved in; she didn't like it, and said that she had never been with anyone like that before; when they met he told her he had his own business; she figured out what he was doing; she just accepted it and didn't talk to him much about it (I'm not clear what the evidence in her trial showed - that needs to be checked out)
- Darryl was shot in June, 1990; he went to Little Company of Mary Hospital, where he received stitches to his head; Michelle cared for Darryl after he was shot; Michelle said that Darryl had problems with the guy who shot him; he and Richard Lofton were just driving down the street (Esmond) in Darryl's car when these guys passed buy and shot; Richard Lofton, who was with Darryl in the car when he was shot, was shot and paralyzed from the waist down
- After Lofton was released from the hospital, Darryl took him to the apartment he (Darryl) shared with Michelle; he took care of Richard Lofton; he bathed him, fed him, carried him, did everything for him; Darryl did this for months, according to Michelle, until she "got tired of it" (appears she pressured Darryl about this); Michelle said that Darryl felt guilty (responsible) about what happened to Lofton
- While Darryl was caring for Lofton, Michelle learned she was pregnant with Lucki; Darryl was reluctant to have a child for a long time because he was afraid his children would be slow, like he was; he worried about this when Michelle was pregnant and after Lucki was born; when Michelle told Darryl she was pregnant, he said that he was ready to have a baby
- Michelle delivered Daryl Lucki Johnson on 4-19-91, by caesarean section, because the baby was breech; Darryl was in the delivery room with her; Michelle chose the name Daryl; Michelle was in the hospital for twelve days after Lucki's birth; Darryl stayed there with her and took care of the baby; he got a bed; he fed Lucki during the night, changed her diapers, etc.; Lucki was delivered at Lying In Hospital in Hyde Park
- After Lucki was born, things between Michelle and Darryl were good for a while; they spent a lot of time with their children; a little over one year after Lucki's birth, Darry lost his appeal on a case and had to serve a three year sentence (received at Joliet in May, 1992); he was gone for one year; during that time, Michelle visited him with the children every weekend; they stayed the whole weekend (there are photos; she said he did okay during this incarceration; he got day for day credit plus six months good time;

Page 32

- Darryl talked about being in special education as a child, and being labeled "slow"; this bothered him; he talked about how his sister Kim helped him learn to read; he worried about Lucki - whether she'd be smart, whether her hair would grow, or she would have the skin problem he has; he wanted her to do well; he always pushed education with everybody; he also talked about how his father beat his mother; he resented his father for this

- Darryl was a very good father; he spent time with his daughters; he always treated them equally; he was very close to BB; they had a little pool in the back yard; he'd get in the pool and play with her; he bought the girls a dog (different dog than Star); its name was Tuffy; he talked to them about taking care of the dog - feeding him, walking him, bathing him; he would take the girls to the park or the mall, read to them, watch cartoons and videos

- He liked to spend time with the girls by himself - at the park, etc.; he would go to Linda's house almost every day; he went to a few of BB's soccer games before he was arrested (she no longer plays soccer)

- Darryl used to take Lucki to school and pick her up almost every day; he would talk to her teachers to check on how she was doing; he sent the girls to Marva Collins school (preschool); he worked with them to make sure they did their homework (especially Bianca, because Lucki was so young)

- Darryl felt that Christmas, birthdays and other holidays were for children; he tried to make them special for the children

- Darryl was always giving money away to everybody; he would buy people groceries and go out of his way to make a big deal of birthdays (ask her about Mother's Day - he gave several people roses, and gave Michelle's mother Linda, a beautiful ring)

- Darryl's skin condition became noticeable in 1991; he went to a doctor about it (vitiligo diagnosed); it spread over time; he worries that Lucki will get it..."he worries about everything"; when Lucki got the chicken pox, he insisted they take her to the hospital

- They did not live a high life; they lived in apartments and later a three bedroom rented house, for which they paid $850 rent each month; they often weren't able to pay Illinois Bell, or the cable or electric bills on time; Darryl didn't have a car; he used rental cars so he wouldn't get shot (Darryl's money went to everybody else - helping people)

- The "organization" was about more than just bad things; they gave picnics and concerts for kids; they played with kids at the Boys and Girls Club; they encouraged people to vote; Darryl tried to help people feel better about themselves (because he never felt good about himself)

- He talked about wanting to get out of the business, especially when Ron Showers (Hub) was killed; Darryl was really upset about Showers' death; he felt that it was his fault; then his cousin Salima died; Darryl and Salima were really close; Darryl was quite upset about her death, too

- During 1994 and 1995, Michelle saw increasing signs of stress and anxiety in Darryl; Michelle told him she wanted to leave Chicago; Darryl told her they didn't have enough money; she told him she didn't care if they had money; they could live in an apartment and work at K-Mart, as far as she was concerned; at least they would have peace of mind; he

Page 33

began to talk about leaving, moving away; in early 1995, he sent Michelle to Atlanta to look for a house

- Darryl knew that the government was coming for him; he knew he would be arrested soon; he told her he was tired - he just wanted a normal life; he could have left, but he didn't; he had opportunities to leave, but he just gave up; one time he laid on the floor and said, "I'm tired...I'm tired...I just want to get out"; it was like he just gave up, laid down and let them come for him; he wanted it over; he felt that being in jail/prison would at least be a way that he could watch his kids grow up

Page 34

21. **Linda Quinn, Michelle's mother**
1815 105th Street, Phone 773-779-3768

Linda Quinn is the mother of Michelle and Angie Gaines; she has known Darryl since Michelle was pregnant with Bianca (1988). She is the grandmother of both Bianca and Lucki. Since Bianca has lived, primarily, in Linda's home, Darryl has spent a lot of time there (a different house than the one she lives in now). Linda stressed that Darryl has been a good father to Bianca and has always treated her as his own, and equal to Lucki. My primary purpose in meeting with her was to obtain her cooperation for the video. I did not get as much information about Darryl, e.g. his relationship with the girls, things he has done to help her family and others, etc. as I would have liked. I believe she has more to offer and should to be re-interviewed (Juliet could probably do this). She has regular phone contact with Darryl, who calls often to speak to Bianca. Linda is apprehensive about testifying, but I believe she will be willing to do it.
- Linda said that Angie knew Darryl before Michelle did; she met Darryl when Michelle was pregnant; Darryl would take Michelle to dinner and do things for her; he hovered over her..."you would have thought Bianca was his baby...he was there all the time"
- Darryl was with Michelle before and after the birth of Bianca; Michelle delivered Bianca by caesarean and contracted pneumonia; she had to remain in the hospital; Linda took Bianca home from the hospital, and just kept her; Darryl and Michelle would have her on weekends, and would see her often during the week [she can probably talk about Lucki's birth, as well, including how Darryl stayed at the hospital and took care of the baby for Michelle]
-Darryl would take Bianca to the park and the playground; he took her to movies; he picked her up from kindergarten and played with her on the school playground; she recalled that one time Darryl was wearing a white suit; he played with Bianca on the monkey bars and on the ground in his white suit
- Linda said that she didn't really know "that side" (gang/drug economy) side of Darryl; she just knew the caring family man; she clearly knew what he was doing (and will need to admit it); she said she was shocked by what she had read in the papers; she knew that he helped other people but said she didn't know details (she said Angie would know more)
- Linda described Darryl as kind of shy; he is polite, respectful and caring; he's very big on school and education, and would encourage everyone to stay in school; he would always ask Linda if she needed anything
- Darryl had some exercise equipment that he kept at Linda's, in her basement; he would frequently visit her and work out with her
- Bianca has a dog named Star that she got when she was two years old; originally Linda got the dog, but Darryl wanted it to be from him so he gave Linda the $600 that the dog cost (maybe we could leave the amount out)
- Bianca is a very good student; Darryl is proud of her; every time she got a good report card, he'd ask her what she wanted; she always wanted a Barbie doll; Linda always sends Darryl copies of Bianca's report cards
- Bianca talks to Darryl on the phone; her face lights up when she talks to him

Page 35

- She feels that the streets "just caught" Darryl; he has talked to her about how his mother struggled when he was growing up; he wanted to help his family, especially his mother
- Darryl really loves his daughters; they are both crazy about him; Darryl really wants the girls to be together; he didn't want them separated

# ATTACHMENT 4

# JILL MILLER, MSSW

Forensic Social Work Services

330 East Wilson Street, Suite 100
Madison, Wisconsin 53703
(608) 257-7990
FAX (608) 256-7909

September 8, 1997

Attorney Jeffrey Urdangen
Attorney Cynthia Giachetti
343 S. Dearborn, Suite 1510
Chicago, Illinois 60604

RE: U.S. vs. Darryl Johnson

Dear Jeff and Cindy:

I am writing to you to express, and stress, my continuing and growing concern regarding our ability to be adequately prepared to proceed to trial in late October. We have only six and a half weeks to complete our work before jury selection begins. Obviously, I can continue to work on matters while you are in trial, prior to the commencement of the penalty phase, but the bulk of the work should be completed prior to jury selection. I have reviewed my file and developed a preliminary list of tasks to be done in preparation for the penalty phase. It is very lengthy and will require a great deal of time and effort. Even with the assistance of Juliet, and the minimal help I am getting from Mort (who has furnished virtually nothing that I have requested), it will be difficult to complete this work. While my schedule is improving, I do still have other cases to work on. I can devote the majority of my time to this case, but not all of it. In addition, I have no real feel for what the guilt phase strategy is, or what work has been done to prepare for it. Clearly, due to the number of tapes and the heavy use of informants, it will be a monumental task to be prepared. The Santiago proffer makes clear the magnitude of the challenge we face.

Among the many tasks yet to be completed are the following:

- obtaining information on the victims and preparing to address the issue of victim impact;
- considering approaching the victim's ("Blunt" Johnson) family;
- preparation of the video, including getting the cooperation of Linda Quinn, spending time with the girls, finding photos, choosing the audiotape overlays, scripting, filming and editing
- obtaining all requested records (see memos of 1-2-97 and 4-22-97), which include, but are not limited to, complete DOC file, probation and parole records, medical and mental health records on Darryl and Brenda, school records, MCC records, sentencing transcript of manslaughter case, police reports on all priors
- obtaining information on Robert Taylor Homes, including conditions during early years and any information on lead levels
- arranging for and completing testing, including PET scan, and physical exam with lab tests
- researching Vitiligo

Atty. Jeffrey Urdangen
Atty. Cynthia Ciachetti
RE:    U.S. vs. Darryl Johnson
Page 2

- researching gang structure and operation (including recruiting) in Illinois jails and prisons
- getting all experts on board (e.g. Carl Bell), providing them with supportive documents and information, getting assessments completed, reviewing and finalizing reports
- completion of all collateral interviews (there are many still to do, and some of the sources are difficult to locate or to gain their cooperation)
- completing all work to get certification of expert fees from the chief judge of the Circuit
- clarifying penalty phase strategy, choosing witnesses (and order), outlining their testimony, and preparing them
- preparing to challenge and mitigate the aggravation
- developing a list of mitigators to present to the jury

In addition to the above, we discussed the value of doing some research on the whereabouts and adjustment of life-sentenced federal capital defendants. While I feel this may be useful, it could be time-consuming. It is not at the top of my list and may have to be deferred. Hopefully, Mark Cunningham's information on Florence and Federal BOP policies will be enough.

I hope you can understand the basis of my concerns. I know that both of you have other commitments, beyond this case. While we have a wonderful team, among the best I have ever worked with, there remains an overwhelming amount of work to be done in the next few weeks. You have indicated that, based on your knowledge of the Court, you do not feel a request for continuance would be granted. Nevertheless, I feel that there is a need to make a record of concerns regarding the complexity of this case and the time and resources necessary to properly represent the interests of our client. I felt compelled to put my thoughts on this matter in writing. I hope that you will take it in the spirit that it is offered. I want to make sure that we have all done everything we possibly can to afford Darryl a fair trial, and to persuade the jury to spare his life.

Sincerely,

Jill Miller

# ATTACHMENT 5

**JILL MILLER, MSSW**

Forensic Social Work Services

330 East Wilson Street, Suite 100
Madison, Wisconsin 53703
(608) 257-7990
FAX (608) 256-7909

### CONFIDENTIAL MEMORANDUM TO ATTORNEYS

**TO:**     Attorneys Jeffrey Urdangen & Cynthia Giachetti
**RE:**     Darryl Johnson - Social History Investigation
**DATE:**   October 3, 1997

I have, once again, reviewed my files in order to try to priortize the records and locates that we need. I spoke with Jeff this morning regarding those things that Mort could do and the tasks that Juliet (possibly with Mary Cay's help) can do. The most important things we need from Mort are locations, including phone numbers, of possible collateral sources/witnesses. I am trying to focus on family members of informants that Darryl has helped. I would like to locate Delano Finch's mother and his sister Lisa. Angie Gaines reported that Darryl had done a lot to help them. She thinks they may have moved out of town. She doesn't know how to find them. I am told that Darryl did a lot for Roger Stewart's family. His mother's name is Alma Stewart; she lives in the Morgan Park area (I got this from Michael Johnson's mother, Henrietta). I now have an address for Sheryl Fletcher; a phone number would really help. I can try to just drop in on her next week, but would prefer to phone.

We still need information on the victims in this case, at a minimum, Banks and "Blunt" Johnson. I am particularly concerned about Blunt, who will be a more sympathetic victim. We should probably get information on the other victims listed in the aggravators, at least their criminal histories and their role in the gang/drug crew. Perhaps Juliet or Mary Cay could locate the obituaries and information on their families, if Mort would obtain the other information.

With regard to Juliet's work, the records needed most urgently include: sentencing transcript from manslaughter conviction; all DOC records; all MCC records, especially threat or security assessments since 1-1996 and anything related to the solicitation to intimidate/harm Russell Romero, Lance Cleaton and Roger Stewart's family; Darryl's probation records; any special education records that might exist anywhere; Lucki's birth records; any childhood medical records re: Darryl - Dr. Beasley (deceased, but may may be stored somehwere); any record of Darryl's evaluation by the Chicago Board of Health in about 1965 or 1966. We should get the verdict forms from Quan's trial (I am getting the Virginia verdict forms). We need someone with knowledge or expertise regarding the operation of gangs in Illinois jails/prisons. Could Juliet call Morgan Park High School and see if a teacher named P. Hunter is still there? Can we find out if Darryl paid for Bank's funeral, and whether there is a record of this? When Juliet talks to Michelle, she needs to ask her where her photos, especially those of Lucki's birth, are stored. I have asked Mary Cay to ask Darryl to provide names of family members of informants that he has helped. I will be in Chicago on October 8 and 9 to do interviews and to meet with Juliet and Robin re: the video.