Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 (96 CR 379) | **DATE** | 2/29/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. DARRYL LAMONT JOHNSON | | |

**DOCKET ENTRY TEXT**

Hearing held on defendant's motion to vacate his sentence pursuant to 28 U.S.C § 2255, and the government's motion to reconsider the basis for rejecting defendant's ineffective assistance claim. The government's unopposed motion [27] is granted. The court vacates portions of its Memorandum Opinion and Order issued March 11, 2003 finding that defendant procedurally defaulted his ineffective assistance of counsel claim by not raising this issue on direct appeal. *See Massaro v. United States*, 538 U.S. 500 (2003) (ineffective assistance of counsel claims may be raised in a collateral proceeding under § 2255 even if not raised on direct appeal). The court therefore shall consider the ineffective assistance of counsel claim fully on the merits. Defendant's renewed motion for leave to conduct discovery [30] is held in abeyance.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

02C6998 UNITED STATES OF AMERICA vs. DARRYL LAMONT JOHNSON

Page 1 of 1