Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 6/3/2008 |
| **CASE TITLE** | U.S.A. vs. JOHNSON, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/26/08 at 10:30 am.  At the next status, the government is to report on the state of Darryl Johnson's adjustment in the BOP, and turnover as discovery materials any instances of either special administrative measures under the BOP regulations or statutory provisions providing for extraordinary security measures for inmates that were requested or imposed at the time of Darryl Johnson's sentencing that involved restrictions continuously.  Defendants' counsel to tender to the Court a complete set of all pleadings since the 2255 petition was filed.  Parties to tender to the Court any missing transcript pages.

Docketing to mail notices.

01:00

| | Courtroom Deputy Initials: | JHC |
|---|---|---|