Order Form (01/2005)

## United States District Court, Northern District of Illinois

*MHK*

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 9/25/2008 |
| **CASE TITLE** | U.S.A. vs. DARRYL JOHNSON | | |

### DOCKET ENTRY TEXT

Petitioner's ex parte motion for interim payment of fees is granted. Payment of interim attorneys' fees and expenses is appropriate under the Criminal Justice Act because, due to the length and complexity of this case, the appointed attorneys in this matter will experience a hardship in undertaking the representation without compensation for a substantial period of time.

*Wm. J. Hibbler*

Attorney Notified by telephone.
*Copy delivered to Fiscal.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|

02C6998 U.S.A. vs. DARRYL JOHNSON

Page 1 of 1