UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL L. JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**AGREED MOTION FOR LEAVE TO FILE HIS RENEWED DISCOVERY AND LEAVE
TO SEEK EXPERT FUNDING *EX PARTE* FUNDING MOTIONS *INSTANTER***

Petitioner, Darryl Lamont Johnson, by his attorneys, Terence H. Campbell of Cotsirilos, Tighe & Streicker, and Lorinda Youngcourt, respectfully submits this Agreed Motion for Leave to File His Renewed Discovery and Leave to Seek Expert Funding *Ex Parte* Motions *Instanter*. In support of this motion, Mr. Johnson states as follows:

1. Darryl Johnson's Section 2255 case is pending before the Court. By prior Order, the Court directed Johnson's counsel to file (a) a renewed and narrowed discovery request relating to the conditions of confinement available and implemented by the BOP at or prior to the time that Darryl Johnson's sentence was finalized in the trial court in July 1998; and (b) a motion regarding our request for leave to seek expert funding *ex parte*. These motions were due to be filed on Friday, November 21, 2008.

2. During the two-plus weeks preceding November 21, 2008, undersigned counsel's time was been dominated by other matters, including: (a) meetings with client, research, and in-person representation of a public school teacher in a termination proceeding before the Board of Education; (b) several new and existing matters which unexpectedly required immediate attention, including representing individuals who are subjects of ongoing grand jury proceedings, or defendants

in criminal and SEC cases.  Because of these and other commitments, undersigned counsel was not able to complete and file Petitioner's Renewed Discovery Motion and his Motion for Leave to Seek Expert Funding *Ex Parte* motion until Monday, November 24, 2008 – one business day after the scheduled filing date.

3.        ***On November 21, 2008, undersigned counsel communicated with AUSA David Bindi, who represents the government in this matter, and Mr. Bindi stated he has no objection to Petitioner filing his Renewed Discovery motion and his Leave to Seek Expert Funding Ex Parte motions one day late, on November 24, 2008, and agreed to this motion***.

4.        Petitioner filed his Renewed Discovery and Leave to Seek Expert Funding *Ex Parte* motions on Monday, November 24, 2008, and copies were served on the government through the ECF system that day.  Currently, the government's responses, if any, are due on December 5, 2008, and Petitioner's replies are due on December 12, 2008. The Court set January 8, 2009 as a ruling and status date in this matter. Thus, the filing of these motions one business day after the previously set date causes no prejudice to the government, and we obviously have no objection if the government wants additional time to respond to one or both of the motions.

WHEREFORE, for the reasons set forth herein, Petitioner Darryl L. Johnson respectfully requests that this Court grant this Agreed Motion For Leave to File His Renewed Discovery and *Ex Parte* Funding Motions *Instanter*.

Respectfully submitted,

/s/ Terence H. Campbell
An Attorney for Darryl L. Johnson

2

Terence H. Campbell
COTSIRILOS, TIGHE & STREICKER, LTD.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with Fed.R.Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

1. Notice of Motion

2. Agreed Motion For Leave to File His Renewed Discovery and *Ex Parte* Funding Motions *Instanter*

were served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell

4