UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | Judge William J. Hibbler |
| DARRYL JOHNSON, | ) | |
| Petitioner | ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME TO RESPOND
TO PETITIONER'S DISCOVERY AND EXPERT WITNESS MOTIONS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a 14-day extension of time, from December 5, 2008, to and including December 19, 2008, within which to respond to petitioner's discovery and expert witness motions. In support of this motion, the government states as follows:

1. Briefing on petitioner's renewed motion for discovery and motion for finding for an expert witness was set by order of this Court on October 21, 2008. Petitioner filed his motions on November 24, 2008. The government's response is due December 5, 2008.

2. In the time since the briefing schedule was set, counsel for the government has been assigned a priority task that has consumed the bulk of his time, and he has been unable to prepare the government's response to petitioner's motions. An additional two weeks, until December 19, 2008, is requested.

3. Counsel for the government contacted one of petitioner's attorney's, Terrence Campbell, by phone on December 4, 2008, and Mr. Campbell stated that petitioner had no

objection to this motion.

WHEREFORE, the government respectfully requests that this Court grant a 14-day extension of time within which to answer petitioner's motions.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
       DAVID E. BINDI
       Assistant U.S. Attorney
       219 South Dearborn Street
       5th Floor
       Chicago, Illinois 60604
       (312) 886-7643