UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) No. 02 C 6998
) Judge William J. Hibbler
DARRYL JOHNSON )

## NOTICE OF MOTION

To:   Terrence Campbell                         Lorinda Meier Youngcourt
      Cotsirilos, Tighe & Streicker, Ltd.        P.O. Box 206
      33 North Dearborn Street                   Huron, Indiana 47437-0206
      Suite 600
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, December 11, 2008, at 9:30 a.m., I shall appear before the Honorable William J. Hibbler, United States District Court, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the government's Motion for an Extension of Time, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
       DAVID E. BINDI
       Assistant U.S. Attorney
       219 South Dearborn Street
       5th Floor
       Chicago, Illinois 60604
       (312) 886-7643