IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**AGREED MOTION FOR SHORT EXTENSION OF TIME TO FILE REPLY**

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe &
Streicker, respectfully requests leave of this Court for a short extension of time to file Petitioner's
Reply brief in support of his Motion for Leave to File Application For Funds for Expert Assistance
and Necessary Investigation *Ex Parte* and Under Seal. In support of this motion, Petitioner states
as follows:

1. On November 24, 2008, Petitioner filed his Motion for Leave to File Application For
Funds for Expert Assistance and Necessary Investigation *Ex Parte* and Under Seal. Pursuant to an
agreed extension, the government filed its response to that motion on December 19, 2009.
Petitioner's Reply is currently due to be filed on January 8, 2009. The Court has set ruling on the
motion for February 4, 2009

2. Undersigned counsel has been occupied with several other matters during the past few
weeks that have taken up a good deal of his time. Most notably, counsel has had to spend a good
deal of time recently on the representation of clients who have knowledge of and/or involvement in,
to one degree or another, various matters alleged in a criminal complaint recently filed against a

certain Illinois public official. In addition, counsel has had to devote substantial time to other matters in recent days, including for example, a new client who is the subject of a Grand Jury investigation and required immediate attention.[1]

3. Because of matters described in the preceding paragraph, undersigned counsel has not been able to prepare Petitioner's Reply on this issue by January 8, 2009 and, accordingly, respectfully requests that he be granted one additional week – *i.e.* until Thursday, January 15, 2009 – to file Petitioner's reply brief in this matter. Counsel believes that a reply will be beneficial to the Court in deciding the motion, and given that the ruling date is set for February 4, 2009, the requested extension should not affect any future scheduled dates.

4. Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi who is handling this matter for the government, and the government has no objection to this one-week extension. This one-week extension will not prejudice any party and is not requested for any improper purpose.

WHEREFORE, Johnson respectfully requests this Court to grant an extension of time, until January 15, 2009, for Petitioner to file his Reply in support of his Motion for Leave to File Application For Funds for Expert Assistance and Necessary Investigation *Ex Parte* and Under Seal.

Respectfully submitted,

/s/ Terence H. Campbell
An attorney for Petitioner Darryl Johnson

---

[1] In the interest of full disclosure, undersigned counsel also spent some time with family and friends over the holidays, which was necessary to both his familial good standing and domestic tranquility.

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, Indiana  47437-0206
(812) 849-9852

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Agreed Motion for Short Extension of Time to File Reply

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell