**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

United States of America

               Plaintiff,

v.

                                      Case No.: 1:02−cv−06998
                                      Honorable William J. Hibbler

Darryl Lamont Johnson

               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 12, 2009:

      MINUTE entry before the Honorable William J. Hibbler: Defendant's Agreed Motion for short extension of time until 1/15/09 to file reply brief regarding MOTION by Defendant Darryl Lamont Johnson for discovery − *Renewed and Amended*[53], MOTION by Defendant Darryl Lamont Johnson for discovery − *Renewed Based on Massaro v. United States*[30] [62] is granted. Ruling on motion for discovery [53], motion for discovery [30] before Honorable William J. Hibbler on 2/4/2009 at 10:00 AM. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.