IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**NOTICE OF FILING**

TO:   David Bindi
      Assistant United States Attorney
      219 South Dearborn Street, Suite 500
      Chicago, Illinois  60604

    PLEASE TAKE NOTICE that on Thursday, January 15, 2009, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Reply in Support of His Renewed and Amended Motion for Discovery on Petitioner's Ineffective Assistance of Counsel and *Brady* Claims, and His Motion For Leave to Seek Expert Funding *Ex Parte*, a copy of which accompany this Notice and are hereby served upon you.

                            Respectfully submitted,


                            /s/ Terence H. Campbell
                            Attorney for defendant

                            Terence H. Campbell
                            Cotsirilos, Tighe & Streicker, Ltd.
                            33 North Dearborn Street, Suite 600
                            Chicago, Illinois  60602
                            (312) 263-0345