Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 5/15/2009 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. JOHNSON | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. The Court DENIES Defendant's Motion for Discovery (Doc. #53). Status hearing set for 5/26/09 at 10:00 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|