Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 6/9/2009 |
| **CASE TITLE** | U.S.A. vs. JOHNSON | | |

**DOCKET ENTRY TEXT**

Status hearing held. Petitioner to file additional motions with supporting memoranda by 7/31/09. Government to respond by 8/31/09. Petitioner to reply by 9/21/09. Ruling by mail.

Docketing to mail notices.

00:04

| | | Courtroom Deputy Initials: | JHC |
|---|---|---|---|