IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**AGREED MOTION TO MODIFY BRIEFING SCHEDULE**

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe &
Streicker, respectfully requests leave of this Court for a short extension of time to file Petitioner's
Brief in support of his claim for relief under Section 2255. In support of this motion, Petitioner
states as follows:

1. On June 9, 2009, the Court entered a scheduling order that calls for Petitioner to file
any briefs on the outstanding issues underlying his Sec. 2255 petition by July 31, 2009. (Docket
Entry 73). The government was to file a response brief on August 31, 2009, and Petitioner's reply
brief was due on September 21, 2009. (*Id*.). No hearings are set, and the Court's Order indicates
that after briefing by the parties, it would issue a ruling by mail. (*Id*.).

2. Since the date of that scheduling order, undersigned counsel has been occupied with
several other matters which have taken up a great majority of his time. For example, counsel has had
to spend a good deal of time during the past several weeks on a preliminary injunction hearing in the
case *Colophon Real Properties v. William J. McEnery Revocable Trust Dated April 22, 1993*, Case
No. 09 CH 2038, which is pending in the Circuit Court of Will County. The evidentiary hearing on

plaintiff's motion for a preliminary injunction occurred over seven court days during a two-week-plus time period in June. Counsel has also been required to spend a substantial amount of time representing one of the defendants in the related cases of *SEC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 07 C 4684 and *CFTC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 08 C 2410, which cases are pending before the Hon. Charles B. Kocoras in this district. These cases are complex securities fraud cases involving literally millions of pages of documents and a claimed loss of more than $500 million. Several all-day depositions -- which had not been scheduled at the time the briefing schedule was set in this case -- have taken place in July, with more to come. In addition, undersigned counsel has been required to spend a substantial amount of time representing three foreign clients who are subjects of a complex, inter-national criminal anti-trust investigation by the Department of Justice. This representation has not only been time-consuming, but has required counsel to travel out of state recently, and will require further out-of-state travel later this month.

3. In addition, Petitioner's co-counsel, Ms. Lorinda Youngcourt, recently had to undergo a surgical procedure which caused her to miss a week of work. Accordingly, she, too, has been unable to devote the necessary time to the preparation of Petitioner's brief.

4. Because of these matters (and others) that have dominated undersigned counsel's time during the past month -- and which will continue to demand substantial time over the coming weeks -- he has not been able to devote the time necessary to research and prepare the brief due to be filed in this case by July 31, 2009. *Accordingly, we respectfully request that Petitioner be granted an extension until August 28, 2009 to file his brief in this matter*. Undersigned counsel believes that this short extension will be beneficial both to the Court and to the parties, particularly given the

significant issues presented in this case.

5. If the Court is amenable to the requested extension, we would ask that the remaining briefing schedule also be adjusted by 28 days – *i.e.*, Petitioner's initial brief would be due by August 28, 2009; the response brief by September 28, 2009; and the reply brief by October 19, 2009.

6. Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi who is handling this matter for the government, and the government has no objection to this motion. This modification of the briefing schedule will not prejudice any party and is not requested for purposes of delay or any other improper purpose.

WHEREFORE, Petitioner Darryl Johnson respectfully requests this Court to grant his motion to modify the briefing schedule in this case, and order the briefing to proceed as follows: Petitioner's initial brief to be due by August 28, 2009; the response brief by September 28, 2009; and the reply brief by October 19, 2009.

Respectfully submitted,

/s/ Terence H. Campbell
An attorney for Petitioner Darryl Johnson

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, Indiana 47437-0206
(812) 849-9852

3

## **CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Agreed Motion To Modify Briefing Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell