IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**MOTION TO MODIFY BRIEFING SCHEDULE**

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe & Streicker, respectfully requests leave of this Court for an extension of time to file Petitioner's Brief in support of his claim for relief under Section 2255. In support of this motion, Petitioner states as follows:

1.     On July 21, 2009, the Court entered a modified scheduling order that calls for Petitioner to file any briefs on the outstanding issues underlying his Sec. 2255 petition by August 28, 2009. (Docket Entry 76). The government was to file a response brief on September 28, 2009, and Petitioner's reply brief was due on October 19, 2009. (*Id*.). No hearings are set, and the Court previously indicted its intent to issue a ruling by mail after full briefing. (*Id*.).

2.     Since the date of that scheduling order, undersigned counsel has continued to be occupied with several other matters which have taken up a great majority of his time, and which will demand a great deal of time in the coming weeks. For example, counsel is representing one of the defendants in *Citadel Investment Group v. Teza Technologies, et al.*, Case No. 09 CH 22478, which is pending in the Circuit Court of Cook County. This is a complex case alleging various intellectual

property and theft of trade secret violations. The plaintiff is seeking a preliminary injunction against the defendants, and the court has set an evidentiary hearing for that preliminary injunction to begin on September 29, 2009. It is estimated by the parties that the hearing will take up to two weeks to try. Moreover, there is a huge volume of documents and there are expected to be over 20 depositions taken in the next 5 weeks, as well as fairly extensive expert discovery, in advance of the evidentiary hearing staring in late September.

Counsel has also been required to spend a substantial amount of time representing the lead defendant in the related cases of *SEC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 07 C 4684 and *CFTC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 08 C 2410, which cases are pending before the Hon. Charles B. Kocoras in this district. These cases are complex securities fraud cases involving literally millions of pages of documents and a claimed loss of more than $500 million. Several day-long depositions have taken place this month, with a good many more to come, both in August and September. In addition, undersigned counsel has been required to spend a substantial amount of time recently representing a client who is the subject of an SEC and grand jury investigation, and who was recently deposed by the SEC. Finally, undersigned counsel also has a number of criminal cases pending in the Northern District of Illinois that require his attention in the coming days and weeks.

3.      In addition, Petitioner's co-counsel, Ms. Lorinda Youngcourt, has been, and will continue to be, substantially occupied on various matters. Specifically, Ms. Youngcourt is spending the good majority of her time preparing for a death penalty trial that is scheduled to start on October 5, 2009, in *State of Indiana v. Desmond Turner*, Case No. 49 G 02-0606-MR-101336, which is pending in the Marion County Superior Court in Indiana. Mr. Desmond's trial is expected to take

2

approximately 6 weeks. Accordingly, she, too, has been unable to devote the time necessary to the preparation of Petitioner's brief in order to meet the current August 28, 2009 date.

4. To be sure, counsel have also spent time working on Petitioner's case during the past several weeks, but because of the above-referenced matters and others that have dominated undersigned counsel's time during the past month-plus – and which will continue to demand substantial time over the coming weeks – Petitioner's counsel will not be able to devote the time necessary to properly research and prepare the brief currently due to be filed in this case by August 28, 2009. ***Based on the above schedules of Petitioner's counsel, we respectfully request that Petitioner be granted a 60-day extension, until October 30, 2009, to file his brief in this matter.*** Undersigned counsel believes that this extension will be beneficial both to the Court and to the parties, particularly given the significant issues presented in this case.

5. If the Court is amenable to the requested extension, we would ask that the remaining briefing schedule also be adjusted by the same 60 days – *i.e.*, Petitioner's initial brief would be due by October 30, 2009; the response brief by November 30, 2009; and the reply brief by December 21, 2009.

6. Undersigned counsel has tried to reach Assistant U.S. Attorney David Bindi who is handling this matter for the government, but Mr. Bindi is out of town this week, so we are not able to represent here whether the government has no objection to this request. This modification of the briefing schedule will not prejudice any party and is not requested for purposes of delay or any other improper purpose.

WHEREFORE, Petitioner Darryl Johnson respectfully requests this Court to grant his motion to modify the briefing schedule in this case, and order the briefing to proceed as follows: Petitioner's

initial brief to be due by October 30, 2009; the response brief by November 30, 2009; and the reply brief by December 21, 2009.

Respectfully submitted,

/s/  Terence H. Campbell
An attorney for Petitioner Darryl Johnson

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, Indiana  47437-0206
(812) 849-9852

4

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Motion To Modify Briefing Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell