**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

United States of America

                                Plaintiff,

v.                                                    Case No.: 1:02−cv−06998
                                                      Honorable William J. Hibbler

Darryl Lamont Johnson

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 24, 2009:

 MINUTE entry before the Honorable William J. Hibbler: Motion to modify
briefing schedule [77] is withdrawn as moot. Agreed Amended Motion to modify briefing
schedule [79] is granted. Petitioner's brief in support of his claim for relief under Section
2255 to be filed by 11/10/09. Government to respond by 12/10/09. Petitioner to reply by
1/11/10. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.