IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

### *AGREED* MOTION TO MODIFY BRIEFING SCHEDULE

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe &
Streicker, respectfully submits this *Agreed Motion* requesting an extension of time to file Petitioner's
Brief in support of his claim for relief under Section 2255. In support of this motion, Petitioner states
as follows:

1. On August 24, 2009, the Court entered a modified scheduling order that calls for
Petitioner to file any briefs on the outstanding issues underlying his Sec. 2255 petition by November
10, 2009. (Docket Entry 81). The government was to file a response brief on December 10, 2009,
and Petitioner's reply brief was due on January 11, 2009. (*Id*.). No hearings are set, and the Court
previously indicted its intent to issue a ruling by mail after full briefing. (*Id*.).

2. Since the date of that scheduling order, undersigned counsel has continued to be
occupied with several other matters which have taken up a great majority of his time, and which will
demand a great deal of time in the next few weeks. For example, counsel is representing several
lawyers who are being deposed as to their involvement in matters relating to the collapse of Refco,
a large trading firm that went bankrupt a few years ago and which has led to several criminal

convictions. *In Re Refco Securities Litig.*, 07 MDL No. 1902 (GEL) (U.S. District Court for the Southern District of New York). This Multi-District Litigation case will require counsel to be out of town from the afternoon of Monday November 2 through Friday, November 6, 2009. Undersigned counsel also has a trial set for November 18, 2009 before Judge Lefkow, in *United States v. John Esposito*, Case No. 08 CR 565, and both the government and defense are firmly of the opinion that the case will not be resolved short of trial. Preparation for that case will require a good deal of counsel's time in the next three weeks, and the trial is likely to go into the week of November 23. In addition, counsel is representing two individuals in three separate enforcement actions brought by the SEC and CFTC. *SEC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 07 C 4684 (J. Kocoras); *CFTC v. Sentinel Management Group, Eric Bloom, and Charles Mosley*, Case No. 08 C 2410 (J. Kocoras); and *SEC v. Fisher, et al.*, 07 C 4483 (J. Zagel). (The *Bloom* cases and the *Fisher* case are entirely unrelated to each other.) Depositions are being taken in these complex financial cases, and that, too, has occupied and will continue to occupy a significant amount of counsel's time in the coming weeks. Discovery in the *Bloom* cases is set to close at the end of November, and there are at least 8-10 more significant depositions to be taken, some out of town.

3. In addition, Petitioner's co-counsel, Ms. Lorinda Youngcourt, has been, and will continue to be, substantially occupied on various matters. Ms. Youngcourt recently finished a lengthy murder trial in State of Indiana v. Desmond Turner, *Case No. 49 G 02-0606-MR-101336, in the* Marion County Superior Court in Indiana. Ms. Youngcourt was also just appointed to represent the defendant in *State v. Larry M. Caraway*, 47C01-0910-MR-620, a murder case pending in the State Court of Indiana. The Caraway case requires some immediate attention by Ms. Youngcourt. Ms.

Youngcourt also has a substantial sentencing hearing set for December 1, 2009 in *State v. Ruby G. Ramsey*, 14D1-0710-FB-786, also pending in the Indiana state court, which will require substantial time in the coming weeks. Ms. Youngcourt also has a number of other criminal matters that, likewise, will require her attention in November, including preparation of a petition for certiorari in the capital case of *State v. Roy Lee Ward*. Accordingly, she, too, has been unable to devote the time necessary to the preparation of Petitioner's brief in order to meet the current November 10, 2009 date.

4.    To be sure, counsel have also spent time working on Petitioner's case during the past several weeks, but because of the above-referenced matters and others that have dominated undersigned counsel's time during the past month-plus – and which will continue to demand substantial time over the coming weeks – Petitioner's counsel will not be able to devote the time necessary to properly research and prepare the brief currently due to be filed in this case by November 10, 2009. ***Based on the above schedules of Petitioner's counsel, we respectfully request that Petitioner be granted a one month extension, until December 16, 2009, to file his brief in this matter.*** Undersigned counsel believes that this short extension will be beneficial both to the Court and to the parties, particularly given the significant issues presented in this case.

5.    If the Court is amenable to the requested extension, we would ask that the remaining briefing schedule also be adjusted accordingly – *i.e.*, Petitioner's initial brief would be due by December 17, 2009; the response brief by January 22, 2010 (given the holidays); and the reply brief by February 19, 2010.

6.    Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi who is handling this matter for the government, and ***the government has no objection to this motion***. This

modification of the briefing schedule will not prejudice any party and is not requested for purposes of delay or any other improper purpose.

WHEREFORE, Petitioner Darryl Johnson respectfully requests this Court to grant his motion to modify the briefing schedule in this case, and order the briefing to proceed as follows: Petitioner's initial brief to be due by December 17, 2009; the response brief by January 22, 2010; and the reply brief by February 19, 2010.

Respectfully submitted,

/s/ Terence H. Campbell
An attorney for Petitioner Darryl Johnson

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois 60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, Indiana 47437-0206
(812) 849-9852

4

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Agreed Motion To Modify Briefing Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.


/s/  Terence H. Campbell
Terence H. Campbell

5