# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

UNITED STATES OF AMERICA )
)
)
vs. )   Case No.  02 C 6998
)
JOHNSON, et al. )
)
)
)

## DECLARATION OF B. ENGLISH

I, B. English, do hereby declare as follows:

1.     I am a Case Manager, employed at the United States Department of Justice, Federal Bureau of Prisons (BOP), Federal Correctional Complex, (FCC Terre Haute). I have been employed in this capacity since February, 2005. I have been employed by the BOP since 1994.

2.     I am assigned to the Special Confinement Unit (SCU), USP Terre Haute. Plaintiff was assigned to my case load from March, 2005, through present. My job duties as Case Manager include preparation of progress reports for consideration of parole, transfer, restoration of forfeited good conduct time, and to make appropriate recommendations. I prepare correspondence regarding inmates to attorneys, judges, probation/parole officers and other individuals. Further, I make recommendations regarding programming for inmates and conduct program reviews of inmates. Other duties include classification of inmate security levels, tracking of Central Inmate Monitoring cases, Victim/Witness cases, coordinating the inmate's court ordered financial obligations, organize Parole Review Panels, serve on Unit Discipline Committees, conduct

Protective Custody Investigations, and other various issues that pertain to inmates assigned to my case load. I have access to inmates central file, SENTRY records, and other records maintained by the Bureau of Prisons.

3. This Declaration is provided in regard to Darryl Johnson, Reg. No. 06710-424, as a progress update. Johnson has been assigned to the SCU at USP Terre Haute, IN, since July 13, 1999.

4. I consider Johnson to be a well adjusted inmate without any out of the ordinary management concerns. He has a work assignment as a SCU orderly and performs his assigned duties in a satisfactory manner. Johnson does not have any recent disciplinary issues. He receives regular social visits and participates in recreational opportunities regularly. Johnson does not have an assignment as a Special Administrative Measures ("SAMS") inmate. Johnson has participated in the GED self study program but has discontinued participating without completion. He has not participated in any other educational programming since his confinement. Overall, Johnson is a quiet and civil individual. Input from the Psychology Department indicates he has not presented any mental health concerns since his arrival to this facility.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this ___25___ day of August, 2008.

B. English, Case Manager
Federal Correctional Complex
Terre Haute, Indiana