# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                      Criminal No. 3:96-CR-66-01

DEAN ANTHONY BECKFORD,
    a/k/a "Smiles"
    a/k/a "Smiley"
    a/k/a "Daniel Davis"
    a/k/a "Milo"

## SPECIAL VERDICT FORM

### I.  CATEGORY ONE STATUTORY AGGRAVATING FACTORS

Instructions:  For the following four statutory aggravating factors in Category One, you may find only one factor present as to the defendant and any count for which you have convicted the defendant for killing a particular victim.  If you unanimously find that one of these four factors has been proved beyond a reasonable doubt place an "X" next to "YES" as to that factor and move on to the Category Two factors for that particular count.

### COUNT FIVE -- KILLING OF DASMOND MILLER

1.  DEAN ANTHONY BECKFORD intentionally killed Dasmond Miller.

                           ✓ YES ·    X    _____

                             NO     _____


2.  DEAN ANTHONY BECKFORD intentionally inflicted serious bodily injury which resulted in the death of the Dasmond Miller.


                             YES  _____

                             NO   _____

3.    DEAN ANTHONY BECKFORD intentionally engaged in conduct intending that Dasmond Miller be killed and/or that lethal force be employed against Dasmond Miller which resulted in the death of Dasmond Miller.

YES _____

NO _____

4.    DEAN ANTHONY BECKFORD intentionally engaged in conduct which he knew would create a grave risk of death to a person, other than one of the participants in the offense, and which resulted in the death of Dasmond Miller.

YES _____

NO _____

## COUNT SIX -- KILLING OF SHERMAN AMBROSE

1.    DEAN ANTHONY BECKFORD intentionally killed Sherman Ambrose.

YES ___X_____

NO _____

2.    DEAN ANTHONY BECKFORD intentionally inflicted serious bodily injury which resulted in the death of the Sherman Ambrose.

YES _____

NO _____

3.    DEAN ANTHONY BECKFORD intentionally engaged in conduct intending that Sherman Ambrose be killed and/or that lethal force be employed against Sherman Ambrose which resulted in the death of Sherman Ambrose.

YES _____

NO _____

4.    DEAN ANTHONY BECKFORD intentionally engaged in conduct which he knew would create a grave risk of death to a person, other

2

than one of the participants in the offense, and which resulted in the death of Sherman Ambrose.

YES _____

NO _____

Instructions: If you answered "NO" with respect to all four of the Category One Statutory Aggravating Factors in Section I above as to either Count Five or Count Six, then that ends your consideration of the death penalty as to that Count. Accordingly, you must stop your deliberations and complete Section A of the Decision Form for defendant DEAN ANTHONY BECKFORD which relates to that count.

If you answered "NO" with respect to all four Category One Statutory Aggravating Factors as to both Counts Five and Six, then that ends your consideration of the death penalty as to this defendant. You must stop your deliberations and complete Section A of the Decision Form that relates to Count Five and Count Six for DEAN ANTHONY BECKFORD. You should then sign the Certification Form and advise the Court that you have reached a decision respecting DEAN ANTHONY BECKFORD.

If you answered "YES" with respect to one of the Category One Statutory Aggravating Factors in Section I above as to Count Five and/or Count Six, then continue your deliberations as to that count or counts in accordance with the Court's instructions and proceed to Section II which follows.

II. CATEGORY TWO STATUTORY AGGRAVATING FACTORS

Instructions: Please answer "YES" or "NO" as to whether you, the jury, unanimously find that the government has established the existence of any of the following Category Two statutory aggravating factors beyond a reasonable doubt as to each of Counts Five and Six. You may find more than one of the following factors for each of Counts Five and Six.

3

## COUNT FIVE -- KILLING OF DASMOND MILLER

1.   DEAN ANTHONY BECKFORD committed the offense described in Count Five of the Superseding Indictment in the expectation of the receipt of something of pecuniary value, to wit: control over the location and contents of 1514 Tifton Court and the profits from the sale of cocaine base, commonly known as "crack" cocaine, associated with that location.

YES _____

NO ___X_____

2.   DEAN ANTHONY BECKFORD committed the offense described in Count Five of the Superseding Indictment after substantial planning and premeditation.

YES ___X_____

NO _____

## COUNT SIX -- KILLING OF SHERMAN AMBROSE

1.   DEAN ANTHONY BECKFORD committed the offense described in Count Six of the Superseding Indictment in the expectation of the receipt of something of pecuniary value, to wit: control over the location and contents of 1514 Tifton Court and the profits from the sale of cocaine base, commonly known as "crack" cocaine, associated with that location.

YES _____

NO ___X_____

2.   DEAN ANTHONY BECKFORD committed the offense described in Count Six of the Superseding Indictment after substantial planning and premeditation.

YES ___X_____

NO _____

4

Instructions: If you answered "NO" with respect to all of the Category Two Statutory Aggravating Factors in Section II above as to either Count Five or Count Six, then that ends your consideration of the death penalty as to that Count. Accordingly, you must stop your deliberations, and complete Section A of the Decision Form for DEAN ANTHONY BECKFORD which relates to that count.

If you answered "YES" with respect to any one or more of the Category Two Statutory Aggravating Factors alleged as to Count Five or Count Six, or both, for the defendant DEAN ANTHONY BECKFORD in Section II above, then you may continue your deliberations in accordance with the Court's instructions only if you also found a Category One Statutory Aggravating Factor in Section I as to that particular count. If you have so found, please proceed to Section III which follows.

In short, you must have unanimously found one Aggravating Factor from Section I and at least one Aggravating Factor from Section II proven beyond a reasonable doubt as to the same count. Otherwise, stop your deliberations and complete Section A of the appropriate Decision Form. If you have signed Section A as to both Count Five and Count Six, then you should also sign the Certification Form and advise the Court that you have reached a decision respecting DEAN ANTHONY BECKFORD.

## III. NON-STATUTORY AGGRAVATING FACTORS

Instructions: Please answer "YES" or "NO" as to whether you, the jury, unanimously find that the government has established the following non-statutory aggravating factors beyond a reasonable doubt. You may find more than one of the following factors for each of Counts Five and Six.

### COUNT FIVE -- KILLING OF DASMOND MILLER

1. The defendant DEAN ANTHONY BECKFORD poses a future danger to the community in that there is a high probability that the

5

defendant would commit criminal acts of violence constituting a continuing threat to society

> YES _____
>
> NO ___X_____

2.    The defendant DEAN ANTHONY BECKFORD conceived of the plan to intentionally kill Dasmond Miller and Sherman Ambrose and recruited the defendant CLAUDE GERALD DENNIS to assist him in that plan.

> YES _____
>
> NO ___X_____

3.    The defendant DEAN ANTHONY BECKFORD intentionally killed and aided and abetted in the intentional killing of more than one person in a single criminal episode, to wit:  Dasmond Miller and Sherman Ambrose.

> YES ___X_____
>
> NO _____

## COUNT SIX -- KILLING OF SHERMAN AMBROSE

1.    The defendant DEAN ANTHONY BECKFORD poses a future danger to the community in that there is a high probability that the defendant would commit criminal acts of violence constituting a continuing threat to society

> YES _____
>
> NO ___X_____

2.    The defendant DEAN ANTHONY BECKFORD conceived of the plan to intentionally kill Dasmond Miller and Sherman Ambrose and recruited the defendant CLAUDE GERALD DENNIS to assist him in that plan.

> YES _____
>
> NO ___X_____

6

3. The defendant DEAN ANTHONY BECKFORD intentionally killed and aided and abetted in the intentional killing of more than one person in a single criminal episode, to wit: Dasmond Miller and Sherman Ambrose.

YES   X

NO   _____

Instructions: Regardless of whether you answered "YES" or "NO" with respect to the Non-Statutory Aggravating Factors in Section III above, continue your deliberations in accordance with the Court's instructions and proceed to Section IV which follows.

## IV. MITIGATING FACTORS

Instructions: Please answer each of the following questions, respecting the mitigating factors alleged by the defendant, "YES" or "NO." A "YES" answer must be recorded if one juror believes the mitigating factor to have been established by the defendant by a preponderance of the evidence. For each of the following, you also must indicate, in the space provided, the number of jurors who have found the existence of that mitigating factor to be proven by a preponderance of the evidence.

A finding with respect to a mitigating factor may be made by one or more of the members of the jury. Any member of the jury who finds a mitigating factor proven by a preponderance of the evidence, whether or not specifically argued by defense counsel, may consider such a factor in determining whether a sentence of death shall be imposed. This is true even if no other juror concurs that the factor has been proved. Any juror may find more than one mitigating factor.

### MITIGATING FACTORS AS TO THE KILLING OF DASMOND MILLER
#### (COUNT FIVE)

1. As of the date of the offense, DEAN ANTHONY BECKFORD, had no criminal convictions.

YES   X

NO   _____

Number of jurors who so find:   7 .

2.     As of this date, DEAN ANTHONY BECKFORD has no prior criminal convictions.

YES _____

NO ___X___

Number of jurors who so find: ___O___.

3.     DEAN ANTHONY BECKFORD did not commit any violent acts after 1989.

YES ___X___

NO _____

Number of jurors who so find: ___8___.

4.     As of the date of the offense, DEAN ANTHONY BECKFORD was youthful, although not under the age of 18.

YES ___X___

NO _____

Number of jurors who so find: ___I___.

5.     If incarcerated, DEAN ANTHONY BECKFORD will not represent a continuing danger to society.

YES ___X___

NO _____

Number of jurors who so find: ___7___.

6.     At the time of the offense, DEAN ANTHONY BECKFORD believed that Dasmond Miller, Sherman Ambrose and/or Delroy Smith posed a danger to his own life.

YES ___X___

NO _____

Number of jurors who so find: ___I___.

7.     DEAN ANTHONY BECKFORD felt and expressed remorse for the killing of Sherman Ambrose.

YES ___X___

NO _____

Number of jurors who so find: ___6___.

8.    A series of abandonments by his parents and other parental figures at multiple, critical stages of development rendered DEAN ANTHONY BECKFORD vulnerable to the corrupting influences of older males and the culture of drug trafficking in his community.

YES    X

NO    _____

Number of jurors who so find:    6    .

9.    DEAN ANTHONY BECKFORD's circumstances and environment were conducive to his becoming involved in the drug business as a seller, user, or both.

YES    X

NO    _____

Number of jurors who so find:    7    .

10.    DEAN ANTHONY BECKFORD has adjusted to incarceration.

YES    X

NO    _____

Number of jurors who so find:    1    .

11.    DEAN ANTHONY BECKFORD expressed remorse for shooting Tracy LaVache.

YES    _____

NO    X

Number of jurors who so find:    0    .

12.    DEAN ANTHONY BECKFORD expressed remorse for the pain that he has brought to his mother by his criminal activity.

YES    X

NO    _____

Number of jurors who so find:    6    .

9

13. DEAN ANTHONY BECKFORD has been a good father to his child, Dean, Jr., a good father-figure to Dawan Corsett, his son's half-brother, and to his goddaughter, Christine O'Brien.

YES __X__

NO _____

Number of jurors who so find: __6__.

14. DEAN ANTHONY BECKFORD has performed many acts of kindness and shown consideration for friends and families.

YES __X__

NO _____

Number of jurors who so find: __2__.

15. Dasmond Miller and Sherman Ambrose consented to the criminal conduct that led to their deaths.

YES __X__

NO _____

Number of jurors who so find: __3__.

16. Other persons who committed murders in furtherance of the continuing criminal enterprise or drug conspiracy alleged in this case, whether indicted or not, will not be punished by death.

YES __X__

NO _____

Number of jurors who so find: __4__.

17. Another defendant or co-conspirator, equally culpable in the crime, will not be punished by death.

YES __X__

NO _____

Number of jurors who so find: __4__.

10

## MITIGATING FACTORS AS TO THE KILLING OF SHERMAN AMBROSE
### (COUNT SIX)

1. As of the date of the offense, DEAN ANTHONY BECKFORD, had no criminal convictions.

YES ___X___

NO _____

Number of jurors who so find: ___7___.

2. As of this date, DEAN ANTHONY BECKFORD has no prior criminal convictions.

YES _____

NO ___X___

Number of jurors who so find: ___0___.

3. DEAN ANTHONY BECKFORD did not commit any violent acts after 1989.

YES ___X___

NO _____

Number of jurors who so find: ___8___.

4. As of the date of the offense, DEAN ANTHONY BECKFORD was youthful, although not under the age of 18.

YES ___X___

NO _____

Number of jurors who so find: ___1___.

5. If incarcerated, DEAN ANTHONY BECKFORD will not represent a continuing danger to society.

YES ___X___

NO _____

Number of jurors who so find: ___7___.

11

6. At the time of the offense, DEAN ANTHONY BECKFORD believed that Dasmond Miller, Sherman Ambrose and/or Delroy Smith posed a danger to his own life.

YES __X__

NO _____

Number of jurors who so find: __1__.

7. DEAN ANTHONY BECKFORD felt and expressed remorse for the killing of Sherman Ambrose.

YES __X__

NO _____

Number of jurors who so find: __6__.

8. A series of abandonments by his parents and other parental figures at multiple, critical stages of development rendered DEAN ANTHONY BECKFORD vulnerable to the corrupting influences of older males and the culture of drug trafficking in his community.

YES __X__

NO _____

Number of jurors who so find: __6__.

9. DEAN ANTHONY BECKFORD's circumstances and environment were conducive to his becoming involved in the drug business as a seller, user, or both.

YES __X__

NO _____

Number of jurors who so find: __7__.

10. DEAN ANTHONY BECKFORD has adjusted to incarceration.

YES __X__

NO _____

Number of jurors who so find: __1__.

11. DEAN ANTHONY BECKFORD expressed remorse for shooting Tracy LaVache.

YES _____

NO ___X_____

Number of jurors who so find: ___0_____.

12. DEAN ANTHONY BECKFORD expressed remorse for the pain that he has brought to his mother by his criminal activity.

YES ___X_____

NO _____

Number of jurors who so find: ___6_____.

13. DEAN ANTHONY BECKFORD has been a good father to his child, Dean, Jr., a good father-figure to Dawan Corsett, his son's half-brother, and to his goddaughter, Christine O'Brien.

YES ___X_____

NO _____

Number of jurors who so find: ___6_____.

14. DEAN ANTHONY BECKFORD has performed many acts of kindness and shown consideration for friends and families.

YES ___X_____

NO _____

Number of jurors who so find: ___2_____.

15. Dasmond Miller and Sherman Ambrose consented to the criminal conduct that led to their deaths.

YES ___X_____

NO _____

Number of jurors who so find: ___3_____.

16. Other persons who committed murders in furtherance of the continuing criminal enterprise or drug conspiracy alleged in this case, whether indicted or not, will not be punished by death.

YES ___X_____

13

NO _____

Number of jurors who so find: __4__ .


17.   Another defendant or co-conspirator, equally culpable in the crime, will not be punished by death.

YES __X__

NO _____

Number of jurors who so find: __4__ .


## ADDITIONAL MITIGATING FACTORS

The following extra spaces are provided to write in additional mitigating factors, if any, found proven by a <u>preponderance of the evidence</u> by one or more jurors.  If none, write "NONE" and cross out the extra spaces with a large "X."  If more space is needed, write "CONTINUED" and use the reverse side of this page.


18.   _Less tendency towards violence in prison because of age._ .

Number of jurors who so find __9__ .


19.   _Questionable reliability of key inmate witnesses_

Number of jurors who so find __2__ .


___.   _____

Number of jurors who so find _____ .


Instructions:  You have now completed your Special Findings respecting DEAN ANTHONY BECKFORD and must begin the process of weighing the aggravating and mitigating factors, in accordance with the Court's instructions, to determine if you will recommend a sentence of death.  Remember, you are now considering only those killings for which you have not already completed Section A of the Decision Form.  Upon completing your deliberations as to the

14

remaining killings for which you have convicted DEAN ANTHONY BECKFORD, complete Section B, C, or D of the Decision Form as appropriate for each crime.

The date and your foreperson's signature should appear below, certifying that these are your Special Findings respecting DEAN ANTHONY BECKFORD.

_____,_____        _____._____
          Date                                    Foreperson

15

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                    Criminal No. 3:96-CR-66-01

DEAN ANTHONY BECKFORD,
    a/k/a "Smiles"
    a/k/a "Smiley"
    a/k/a "Daniel Davis"
    a/k/a "Milo"

## DECISION FORM

As to the crime of killing SHERMAN AMBROSE while engaged in, or in furtherance of, a continuing criminal enterprise as set forth in Count Six of the Superseding Indictment:

A.    WE, THE JURY, do not unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to the killing of SHERMAN AMBROSE for which defendant DEAN ANTHONY BECKFORD has been convicted.

_____      _____
      Date                          Foreperson

OR

B.    WE, THE JURY, unanimously find proven, that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government beyond a reasonable doubt as to Count Six and as to DEAN ANTHONY

17

BECKFORD. We further unanimously find that the proven aggravating factors, as to this crime and this defendant, sufficiently outweigh any mitigating factors, and, in the absence of mitigating factors, we unanimously find that the proven aggravating factors are themselves sufficient to justify a sentence of death. We vote unanimously that DEAN ANTHONY BECKFORD shall be sentenced to death for the killing of SHERMAN AMBROSE.

_____          _____
Date                             Foreperson

<u>OR</u>

C.  WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the proven aggravating factors respecting Count Six and DEAN ANTHONY BECKFORD sufficiently outweigh the proven mitigating factors. We, therefore, return a decision that DEAN ANTHONY BECKFORD <u>not</u> be sentenced to death for the killing of SHERMAN AMBROSE.

_____   __     _____
Date                             Foreperson

<u>OR</u>

D.  WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed upon DEAN ANTHONY BECKFORD for Count Six. We, therefore, return a decision that DEAN ANTHONY BECKFORD <u>not</u> be sentenced to death for the killing of SHERMAN AMBROSE.

_____          _____
Date                             Foreperson

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                                      Criminal No. 3:96-CR-66-01

DEAN ANTHONY BECKFORD,
    a/k/a "Smiles"
    a/k/a "Smiley"
    a/k/a "Daniel Davis"
    a/k/a "Milo"

## DECISION FORM

As to the crime of killing DASMOND MILLER while engaged in, or in furtherance of, a continuing criminal enterprise as set forth in Count Five of the Superseding Indictment:

A.   WE, THE JURY, <u>do</u> <u>not</u> unanimously find proven, beyond a reasonable doubt, the existence of the statutory aggravating factors required by law as prerequisites for the imposition of capital punishment, and therefore do not consider the death penalty as to the killing of DASMOND MILLER for which defendant DEAN ANTHONY BECKFORD has been convicted.

_____          _____
        Date                                Foreperson


<u>OR</u>


B.   WE, THE JURY, unanimously find proven, that the aggravating factors required by law as prerequisites for the imposition of capital punishment have been proven by the government beyond a reasonable doubt as to Count Five and as to DEAN ANTHONY BECKFORD.  We further unanimously find that the proven aggravating factors, as to this crime and this defendant,

15

sufficiently outweigh any mitigating factors, and, in the absence of mitigating factors, we unanimously find that the proven aggravating factors are themselves sufficient to justify a sentence of death. We vote unanimously that DEAN ANTHONY BECKFORD shall be sentenced to death for the killing of DASMOND MILLER.

_____          _____
        Date                              Foreperson

<u>OR</u>

C.   WE, THE JURY, <u>do</u> <u>not</u> unanimously find that the proven aggravating factors respecting Count Five and DEAN ANTHONY BECKFORD sufficiently outweigh the proven mitigating factors. We, therefore, return a decision that DEAN ANTHONY BECKFORD <u>not</u> be sentenced to death for the killing of DASMOND MILLER.

_____          _____
        Date                              Foreperson

<u>OR</u>

D.   WE, THE JURY, having considered and evaluated the evidence presented in light of the instructions of the Court, are not unanimously persuaded that a death sentence should be imposed upon DEAN ANTHONY BECKFORD for Count Five. We, therefore, return a decision that DEAN ANTHONY BECKFORD <u>not</u> be sentenced to death for the killing of DASMOND MILLER.

_____          _____
        Date                              Foreperson

16