UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | Judge William J. Hibbler |
| DARRYL JOHNSON, | ) | |
| Petitioner | ) | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PETITIONER'S SUPPLEMENTAL BRIEFS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a 30-day extension of time, from January 22, 2010, to and including February 22, 2010, within which to respond to petitioner's supplemental briefs. In support of this motion, the government states as follows:

1. In this latest round of briefing, petitioner filed supplemental briefs on December 17, 2009 (with corrected versions of one of them filed a few days later, making formal but not substantive changes). The government's response is due by January 22, 2010.

2. In the time since petitioner's filing, counsel for the government has been in the office only 8 days. Counsel needed to use up 52 hours of use-or-lose annual leave time, and took off approximately 36 additional hours because of two deaths in the family in late December. Counsel has not had sufficient time to respond to the supplemental briefing, which is a combined 65 pages, not including exhibits.

3. Counsel for the government contacted one of petitioner's attorney's, Terrence

Campbell, by phone on January 15, 2010, and Mr. Campbell stated that petitioner had no objection to this motion.

WHEREFORE, the government respectfully requests that this Court grant a 30-day extension of time, to and including February 22, 2010, within which to respond to petitioner's supplemental briefs.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:     /s/ David E. Bindi
        DAVID E. BINDI
        Assistant U.S. Attorney
        219 South Dearborn Street
        5th Floor
        Chicago, Illinois 60604
        (312) 886-7643