UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
    vs.    )    No. 02 C 6998
    )    Judge William J. Hibbler
DARRYL JOHNSON    )

## NOTICE OF MOTION

To:    Terrence Campbell        Lorinda Meier Youngcourt
    Cotsirilos, Tighe & Streicker, Ltd.    P.O. Box 206
    33 North Dearborn Street    Huron, Indiana 47437-0206
    Suite 600
    Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, January 21, 2010, at 9:30 a.m., I shall appear before the Honorable William J. Hibbler, United States District Court, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the government's Agreed Motion for Extension of Time, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
    DAVID E. BINDI
    Assistant U.S. Attorney
    219 South Dearborn Street
    5th Floor
    Chicago, Illinois 60604
    (312) 886-7643