UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Respondent, | ) ) ) | |
| vs. | ) ) | No. 02 C 6998 |
| | ) | Judge William J. Hibbler |
| DARRYL JOHNSON,<br>Petitioner | ) ) | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PETITIONER'S SUPPLEMENTAL BRIEFS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a 30-day extension of time, from February 22, 2010, to and including March 24, 2010, within which to respond to petitioner's supplemental briefs. In support of this motion, the government states as follows:

1. In this latest round of briefing, petitioner filed supplemental briefs on December 17, 2009 (with corrected versions of one of them filed a few days later, making formal but not substantive changes). The government's response was due by January 22, 2010, but an agreed motion for a 30-day extension, to February 22, 2010, was granted. This is the government's second request for an extension of time.

2. Additional time is needed because government counsel has had to spend considerable time over the last 30 days on a time-sensitive matter as a member of a filter team associated with *United States v. Blagojevich*, 08 CR 888, screening computer hard drives. This is a very time-consuming process, and with the trial set for June 2, 2010, must

be given priority.

3.  Counsel for the government contacted one of petitioner's attorney's, Terrence Campbell, by e-mail on February 12, 2010, and Mr. Campbell stated that petitioner agreed to this motion.

WHEREFORE, the government respectfully requests that this Court grant a 30-day extension of time, to and including March 24, 2010, within which to respond to petitioner's supplemental briefs.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643

2