UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
               )
    vs.            )   No.  02 C 6998
               )   Judge William J. Hibbler
DARRYL JOHNSON        )

**NOTICE OF MOTION**

To:   Terrence Campbell          Lorinda Meier Youngcourt
       Cotsirilos, Tighe & Streicker, Ltd.   P.O. Box 206
       33 North Dearborn Street      Huron, Indiana 47437-0206
       Suite 600
       Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, February 18, 2010, at 9:30 a.m., I shall appear before the Honorable William J. Hibbler, United States District Court, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present the government's Agreed Motion for Extension of Time, service of which is made upon you.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:    /s/ David E. Bindi
        DAVID E. BINDI
        Assistant U.S. Attorney
        219 South Dearborn Street
        5th Floor
        Chicago, Illinois 60604
        (312) 886-7643