UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |
| | ) | |
| vs. | ) | No.  02 C 6998 |
| | ) | Judge William J. Hibbler |
| DARRYL JOHNSON, | ) | |
| Petitioner | ) | |

**GOVERNMENT'S AGREED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PETITIONER'S SUPPLEMENTAL BRIEFS**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, moves this Court for a 45-day extension of time, from March 24, 2010, to and including May 10, 2010, within which to respond to petitioner's supplemental briefs.  In support of this motion, the government states as follows:

1.  In this latest round of briefing, petitioner filed supplemental briefs on December 17, 2009 (with corrected versions of one of them filed a few days later, making formal but not substantive changes).  The government's response was due by January 22, 2010, but an agreed motion for a 30-day extension, to February 22, 2010, was granted.  A second agreed motion for a 30-day extension, to March 24, 2010, was also granted.  This is the government's third request for an extension of time.

2.  Additional time is needed because government counsel is assigned to prepare the government's brief in *United States v. Segal*, No. 09-3403, now pending in the Seventh Circuit. The Seventh Circuit previously affirmed Segal's conviction, and an order that Segal

forfeit his interest in a racketeering enterprise. *United States v. Segal*, 495 F.3d 826 (7th Cir. 2007). The Court also affirmed a finding that Segal collected $30,000,000 in racketeering proceeds. However, the Court vacated the proceeds forfeiture order and remanded with directions that the district court determine whether there has been double-counting, *i.e.*, whether enterprise forfeiture captured any of the proceeds that went back into the enterprise. *Id.* Litigation over this question took a year and a half, resulting in an order entered by the district court on August 31, 2009, requiring Segal to forfeit $15,000,000 in proceeds. Segal appealed, and the government cross-appealed. The government's response and cross-appeal brief, after two 30-day extensions, is due on April 9, 2010. Priority must be given to completion of the *Segal* brief.

3. A 45-day extension is requested because after the *Segal* brief gets filed, counsel is planning to travel with his family out of state for (at this time) an unknown period of time to attend a memorial service for his mother-in-law and to spend time with his father-in-law.

4. Counsel for the government contacted one of petitioner's attorney's, Terrence Campbell, by e-mail on March 16, 2010, and Mr. Campbell stated that petitioner agreed to this motion.

WHEREFORE, the government respectfully requests that this Court grant a 45-day extension of time, to and including May 10, 2010, within which to respond to petitioner's supplemental briefs.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:  /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643

3