## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

United States of America

                    Plaintiff,

v.                                                  Case No.: 1:02–cv–06998
                                                    Honorable William J. Hibbler

Darryl Lamont Johnson

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 22, 2010:

        MINUTE entry before Honorable William J. Hibbler: Government's Agreed
Motion for an extension of time until 5/10/2010 to respond to petitioner's supplemental
briefs [96] is granted. Petitioner's reply due by 6/28/2010. Ruling by mail. Mailed notice
(jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.