IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

### *AGREED* MOTION TO MODIFY BRIEFING SCHEDULE

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe &
Streicker, respectfully submits this *Agreed Motion* requesting an extension of time to file Petitioner's
Reply in support of his claim for relief under Section 2255 to August 6, 2010. In support of this
motion, Petitioner states as follows:

1.      On March 22, 2010, pursuant to an agreed motion by the government, the Court
entered a modified scheduling order that called for the government to file its response brief by May
10, 2010, and Petitioner to file his reply brief by June 28, 2010. (Docket Entry 98). No hearings are
set, and the Court indicted in its March 22, 2010 order that it intends to rule by mail once briefing
is completed. (*Id*.).

2.      The government filed its response on May 10, 2010.

3.      Since that date, and continuing through at least the end of June, Petitioner's counsel
has been occupied with several other matters which have taken up a great majority of his time, and
which will demand a great deal of time in the next several weeks. For example, counsel is
representing a defendant in *United States v. Steven Fenzl*, Case No. 09 CR 376, pending here in the

Northern District of Illinois. That case is set for trial starting on June 21, 2010, and the trial is expected to last 1-2 weeks. Obviously, the next few weeks leading up to the trial will be substantially consumed with trial preparation. Undersigned counsel has also spent substantial time in past several weeks on a large criminal antitrust investigation being conducted by the Department of Justice in which he represents three individual subjects of that investigation. Counsel also has to devote some substantial time in the coming weeks to the case of *Colophon v. William J. McEnery, et al.*, Case No. 09 CH 2038, which is pending in Will County, and which has a current discovery close date of June 15, 2010. There are several depositions scheduled between now and that date (as well as the potential for some depositions to take place shortly after the June 15 date). Finally, undersigned counsel also has to devote time to the case of *Citadel v. Hinerfeld*, an arbitration proceeding in which he represents an individual defendant. There are a number of depositions being taken in that case this month and next.

4. Because of the above-referenced matters and others that have dominated undersigned counsel's time during the past month-plus – and which will continue to demand substantial time over the coming weeks – Petitioner's counsel will not be able to devote the time necessary to properly research and prepare the reply brief currently due to be filed in this case by June 28, 2010. ***Based on the above schedules of Petitioner's counsel, we respectfully request that Petitioner be granted a five week extension, until August 6, 2010, to file his reply brief in this matter.*** Undersigned counsel believes that this short extension will be beneficial both to the Court and to the parties, particularly given the significant issues presented in this case.

5. Petitioner's Reply brief which is the subject of this motion will complete the briefing in this case, and the matter will then be submitted to the Court for ruling.

6.      Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi who is handling this matter for the government, and ***the government has no objection to this motion***.  This modification of the briefing schedule will not prejudice any party and is not requested for purposes of delay or any other improper purpose.

WHEREFORE, Petitioner Darryl Johnson respectfully requests this Court to grant his motion to modify the briefing schedule in this case, and allow Petitioner to file his Reply brief on or before August 6, 2010.


Respectfully submitted,


/s/  Terence H. Campbell
An attorney for Petitioner Darryl Johnson


Terence H. Campbell                          Lorinda Meier Youngcourt
Cotsirilos, Tighe & Streicker, Ltd.          Post Office Box 206
33 North Dearborn Street, Suite 600          Huron, Indiana  47437-0206
Chicago, Illinois  60602                     (812) 849-9852
(312) 263-0345

**<u>CERTIFICATE OF SERVICE</u>**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Agreed Motion To Modify Briefing Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell
