IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**_AGREED_ MOTION FOR SHORT EXTENSION OF BRIEFING SCHEDULE**

Petitioner Darryl Johnson, by his attorney, Terence H. Campbell of Cotsirilos, Tighe & Streicker, respectfully submits this _Agreed Motion_ requesting a short extension of time to file Petitioner's Reply in support of his claim for relief under Section 2255 to August 16, 2010. In support of this motion, Petitioner states as follows:

1.  Pursuant to the last scheduling order entered by the Court, Petitioner is due to file his Reply brief on August 6, 2010. No hearings are set, and the Court indicated in its March 22, 2010 order that it intends to rule by mail once briefing is completed. (_Id_.).

2.  In recent weeks, Petitioner's counsel has been occupied with several other matters which have taken up a majority of his time. For example, counsel is representing the plaintiff in _Colophon v. William J. McEnery, et al._, Case No. 09 CH 2038, which is pending in Will County, and which is set for trial on August 23, 2010. The discovery period in that case was extended to July 30, 2010, and there were a number of discovery and expert depositions taken in that case during the past few weeks which has taken up a substantial amount of counsel's time. Undersigned counsel has also spent substantial time in past several weeks representing clients involved in a grand jury

investigation in the Northern District of Illinois. Finally, undersigned counsel also has had to devote a good deal of time during July to the case of *Citadel v. Hinerfeld*, a complex arbitration proceeding in which he represents an individual defendant.

3.      Because of the above-referenced matters and others that have dominated undersigned counsel's time during the past several weeks, Petitioner's counsel will not be able to devote the time necessary to properly research and prepare the reply brief currently due to be filed in this case by August 6, 2010. ***Based on the above schedule of Petitioner's counsel, we respectfully request that Petitioner be granted a 10-day extension, until August 16, 2010, to file his reply brief in this matter.*** Undersigned counsel believes that this short extension will be beneficial both to the Court and to the parties, particularly given the significant issues presented in this case.

4.      Petitioner's Reply brief which is the subject of this motion will complete the briefing in this case, and the matter will then be submitted to the Court for ruling.

5.      Undersigned counsel has spoken with Assistant U.S. Attorney David Bindi who is handling this matter for the government, and ***the government has no objection to this motion***. This modification of the briefing schedule will not prejudice any party and is not requested for purposes of delay or any other improper purpose.

WHEREFORE, Petitioner Darryl Johnson respectfully requests this Court to grant his motion to modify the briefing schedule in this case, and allow Petitioner to file his Reply brief on or before August 16, 2010.

Respectfully submitted,

/s/  Terence H. Campbell
An attorney for Petitioner Darryl Johnson

2

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
(312) 263-0345

Lorinda Meier Youngcourt
Post Office Box 206
Huron, Indiana  47437-0206
(812) 849-9852

**CERTIFICATE OF SERVICE**

Terence H. Campbell, an attorney, hereby certifies that in accordance with hereby certifies that in accordance with Fed.R.Crim.P. 49, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

1.      Agreed Motion For Short Extension of Briefing Schedule

was served pursuant to the District Court's ECF system as to ECF filers, including the United States Attorney's Office.

/s/  Terence H. Campbell
Terence H. Campbell