IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff - Appellee - Respondent, | ) | No. 02 C 6998 |
| | ) | |
| vs. | ) | Hon. William J. Hibbler |
| | ) | |
| DARRYL JOHNSON, | ) | |
| | ) | Death Sentence Imposed |
| Defendant - Appellant - Petitioner. | ) | |

**NOTICE OF *AGREED* MOTION**

To:     AUSA David Bindi
        U.S. Attorney's Office
        219 S. Dearborn, 5th Floor
        Chicago, IL  60604

PLEASE TAKE NOTICE that on Thursday, August 5, 2010, at 9:30 a.m., or as soon thereafter as counsel may be heard, we will present our Agreed Motion For Short Extension of Briefing Schedule before Judge William J. Hibbler, in the Courtroom usually occupied by him, at the Federal Courthouse located at 219 S. Dearborn, Chicago, Illinois.

Respectfully submitted,

/s/  Terence H. Campbell
An attorney for Petitioner Darryl Johnson

Terence H. Campbell
Cotsirilos, Tighe & Streicker, Ltd.
33 North Dearborn Street, Suite 600
Chicago, Illinois  60602
(312) 263-0345