

AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    02 C 6998 |
| DARRYL LAMONT JOHNSON | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)*             recover from the defendant *(name)*             the amount of             dollars ($      ), which includes prejudgment interest at the rate of      %, plus postjudgment interest at the rate of      %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*

X   other:    Respondent's motion to vacate his sentence is granted.

This action was *(check one)*:

❏  tried by a jury with Judge             presiding, and the jury has rendered a verdict.

❏  tried by Judge             without a jury and the above decision was reached.

X   decided by Judge      William J. Hibbler      on a motion to    vacate sentence.

Date:   Dec. 13, 2010                   Michael W. Dobbins, Clerk of Court

                                         /s/ Jacquelyn H. Collier
                                             Deputy Clerk