UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | Hon. William J. Hibbler, |
| DARRYL LAMONT JOHNSON, | ) | Judge Presiding |
| Defendant-Movant. | ) | |

**GOVERNMENT'S NOTICE OF APPEAL**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby gives notice of appeal to the United States Court of Appeals for the Seventh Circuit from the judgment of the District Court, entered December 16, 2010, granting defendant's motion under 28 U.S.C. § 2255.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney

By:      /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff-Respondent, | ) | |
| | ) | |
| vs. | ) | No. 02 C 6998 |
| | ) | Hon. William J. Hibbler, |
| DARRYL LAMONT JOHNSON, | ) | Judge Presiding |
| Defendant-Movant. | ) | |

**GOVERNMENT'S DOCKETING STATEMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, submits the following docketing statement pursuant to Circuit Rule 3(c):

This is the government's appeal from the judgment of the district court granting defendant's motion under 28 U.S.C. § 2255.

Defendant's federal convictions, and sentences of death, were affirmed by the Court of Appeals for the Seventh Circuit on August 3, 2000. *United States v. Johnson*, 223 F.3d 665 (7th Cir. 2000). Certiorari was denied on October 1, 2001. *Johnson v. United States*, 534 U.S. 829 (2001).

On September 30, 2002, defendant filed a motion under § 2255 to vacate, set aside, or correct his federal sentences. The district court had jurisdiction pursuant to 28 U.S.C. § 2255(a). On December 13, 2010, the district court issued a memorandum opinion and order granting the § 2255 motion. A judgment, dated December 13, 2010, was entered on December 16, 2010.

The government's notice of appeal was filed February 10, 2011. The Court of Appeals for the Seventh Circuit has jurisdiction pursuant to 28 U.S.C. §§ 1291 and 2253(a).

Defendant is incarcerated at USP Terre Haute, under sentence of death.

Respectfully Submitted,

PATRICK J. FITZGERALD,
United States Attorney


By:     /s/ David E. Bindi
DAVID E. BINDI
Assistant U.S. Attorney
219 South Dearborn Street
5th Floor
Chicago, Illinois 60604
(312) 886-7643