# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 24, 2011

**To:**    Michael W. Dobbins
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 11-1443
>
> Caption:
> DARRYL L. JOHNSON,
> Petitioner - Appellant
>
> v.
>
> UNITED STATES OF AMERICA,
> Respondent - Appellee
>
> District Court No: 1:02-cv-06998
> Court Reporter Alexandra Roth
> Clerk/Agency Rep Michael Dobbins
> District Judge William Hibbler
>
> Date NOA filed in District Court: 02/23/2011

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)