Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 6998 | **DATE** | 3/10/2011 |
| **CASE TITLE** | U.S.A. vs. DARRYL LAMONT JOHNSON | | |

**DOCKET ENTRY TEXT**

In reviewing the record, the Court adopts the minute order entered by Judge Conlon in 96 CR 379-1 on 6/4/2002 as applicable in this case. Terence H. Campbell and Lorinda Meier Youngcourt are appointed as counsel and co-counsel for defendant nunc pro tunc 9/30/2002.

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | JHC |