# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF ISSUANCE OF MANDATE

May 26, 2011

To:　　Michael W. Dobbins
　　　　UNITED STATES DISTRICT COURT
　　　　Northern District of Illinois
　　　　Chicago , IL 60604-0000

| | |
|---|---|
| No.: 11-1326 | DARRYL L. JOHNSON,<br>Petitioner - Appellee<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellant |

**Originating Case Information:**

District Court No: 1:02-cv-06998
Northern District of Illinois, Eastern Division
District Judge William J. Hibbler

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:　　　　　　F.R.A.P. 42(b)

STATUS OF THE RECORD:　　　　record to be returned later

No. 11-1326                                                    Page 2

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**


_____                    _____


form name: **c7_Mandate**(form ID: **135**)