# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF RECORD RETURN

June 1, 2011

To:        Michael W. Dobbins
           UNITED STATES DISTRICT COURT
           Northern District of Illinois
           Chicago , IL 60604-0000

| | |
|---|---|
| No.: 11-1326 | DARRYL L. JOHNSON,<br>Petitioner - Appellee<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellant |

**Originating Case Information:**

District Court No: 1:02-cv-06998
Northern District of Illinois, Eastern Division
District Judge William J. Hibbler

The mandate or agency closing letter in this cause issued on May 26, 2011.

Returned herewith is the record which was transmitted to this court.

| RECORD ON APPEAL STATUS: | Entire record returned consisting of |
|---|---|
| | |
| Loose pleadings: | 2 |
| | |

Transcripts:                                                    1

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                    **Received by:**

_____                    _____

form name: **c7_Record_Return_toDC**(form ID: **205**)