Case: 1:02-cv-06998 Document #: 131 Filed: 06/02/11 Page 1 of 2 PageID #:1576



# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF RECORD RETURN

June 1, 2011

**F I L E D**

To:     Michael W. Dobbins
        UNITED STATES DISTRICT COURT
        Northern District of Illinois
        Chicago , IL 60604-0000

**JUN 0 2 2011  YM**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| | DARRYL L. JOHNSON,<br>Petitioner - Appellee |
| No.: 11-1326 | v. |
| | UNITED STATES OF AMERICA,<br>Respondent - Appellant |

| Originating Case Information: |
|---|
| District Court No: 1:02-cv-06998 |
| Northern District of Illinois, Eastern Division |
| District Judge William J. Hibbler |

The mandate or agency closing letter in this cause issued on May 26, 2011.
Returned herewith is the record which was transmitted to this court.

RECORD ON APPEAL STATUS:      Entire record returned consisting
                              of

Loose pleadings:                             2   ✓

Transcripts: 1 ✓

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                              **Received by:**

6/2/11                                              *Yvette Montano*

form name: **c7_Record_Return_toDC**(form ID: 205)