# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 4, 2011

*By the Court:*

| | |
|---|---|
| No.: 11-1443 | DARRYL L. JOHNSON,<br>Petitioner - Appellant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:02-cv-06998<br>Northern District of Illinois, Eastern Division<br>District Judge William J. Hibbler |

Upon consideration of the **APPELLEE'S MOTION TO VOLUNTARILY DISMISS CROSS-APPEAL WITHOUT PREJUDICE**, filed on September 30, 2011, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Christine Duff Hedkins
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: *c7_FinalOrderWMandate*(form ID: 137)