Judge John A. Nordberg

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that further judicial action is required in 02 CV 6998, *USA v. Johnson,* a closed case previously pending before the Hon. William J. Hibbler, therefore

It is hereby ordered that the Clerk of Court is to reassign 02 CV 6998, *USA v. Johnson,* by lot to a district judge of this Court.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

*James F. Holderman*

Chief Judge James F. Holderman

Dated at Chicago, Illinois this 18th day of April, 2012