

# United States District Court
# Northern District of Illinois

In the Matter of

USA

v.

JOHNSON

<span style="color:darkred">Senior Judge George W. Lindberg</span>

Case No. 02-CV-6998

Designated Magistrate Judge
Geraldine Soat Brown

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

**Judge John A. Nordberg**

Date: Thursday, May 03, 2012

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated:Friday, May 04, 2012

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot