*flgs*

**FILED**

SEP 08 2015 *EAA* 9/2/15

9-8-15

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Sir

My Name is <u>Darryl Johnson</u>, Case No.# 02 C 6998. I'm writing you because the Recent U.S. Supreme Court case striking down the ARMED CARRER Criminal Act AS unconstitutionally vague (Johnson v. United States, 2015 BL 204915, US, No. 13-7120, 6/26/15), directly impacts My case and sentence.

Please take this as a pro-se motion for a New Sentencing hearing, to correct My sentence.

When this motion is filed, please Mail me a copy of the updated Docket sheet, and the Motion....

Thank You,

Darryl Johnson
# 06710-424
P.O. Box 1000
Lewisburg, PA. 17837