**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | No. 02 C 6998 |
| | ) | |
| Darryl Lamont Johnson, | ) | Judge Feinerman |
| | ) | |
| Petitoner | ) | |

## ORDER

On 9/8/2015, petitioner filed what will be construed as a § 2255 motion, challenging his sentence under Johnson v. United States, 135 S. Ct. 2551 (2015). Dkt. 140. The motion was docketed on 9/14/2015. Because petitioner has already litigated a § 2255 action, he needs permission from the Seventh Circuit to bring the instant motion. See 28 U.S.C. § 2255(h); Curry v. United States, 507 F.3d 603, 604 (7th Cir. 2007) (holding that the district court lacks jurisdiction to rule on a successive § 2255 motion).

The Seventh Circuit recently held that Johnson announced a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, authorizing a successive collateral attack. See Price v. United States, No. 15-2427, 2015 WL 4621024 (7th Cir. Aug. 4, 2015). Accordingly, rather than dismissing the § 2255 motion for lack of jurisdiction, I will transfer the motion to the Seventh Circuit so it may consider authorization of a successive collateral attack under § 2255(h) and Price. See Rodriguez v. United States, 286 F.3d 972, 982 n.8 (7th Cir. 2002) (discussing transfer of second or successive motion to court of appeals).

THEREFORE, IT IS ORDERED that the Clerk of Court forthwith transfer this matter to the court of appeals.

Dated: September 16, 2015

_____
United States District Judge